IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br>Plaintiff,<br>Counterclaim-Defendant,<br><br>v.<br><br>ALCATEL S.A.,<br><br>Defendant,<br><br>and<br><br>ALCATEL USA, INC.,<br><br>Defendant<br>Counterclaim-Plaintiff | Civil Action No: 04-874-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that on April 7, 2005 copies of (1) Alcatel USA's First Set of Requests for the Production of Documents (1-73), (2) Alcatel USA's First Set of Interrogatories (1-17), and (3) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Richard L. Rainey, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

Additionally, the undersigned certifies that on April 8, 2005 a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Alcatel USA, Inc.*

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire hereby certify that on April 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19801

I further certify that on April 7, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Richard L. Rainey, Esquire
Finnegan, Henderson, Farabow, Garrett
    & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Josy W. Ingersoll
> Josy W. Ingersoll (No. 1088)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> jingersoll@ycst.com
>
> Attorneys for Defendant/Counterclaim Plaintiff
>     Alcatel USA, Inc.