IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., </br></br> Plaintiff, </br> Counterclaim-Defendant, </br></br> v. </br></br> ALCATEL S.A., </br></br> Defendant, </br></br> and </br></br> ALCATEL USA, INC., </br></br> Defendant </br> Counterclaim-Plaintiff | Civil Action No: 04-874-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that on May 4, 2005 copies of (1) Alcatel USA's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1) and (2) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Richard L. Rainey, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

Additionally, the undersigned certifies that on May 4, 2005 a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Josy W. Ingersoll
        Josy W. Ingersoll (No. 1088)
        John W. Shaw (No. 3362)
        Adam W. Poff (No. 3990)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        jingersoll@ycst.com

        *Attorneys for Alcatel USA, Inc.*