IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| Plaintiff, Counterclaim-Defendant, | ) ) ) ) |
| v. | ) ) |
| ALCATEL S.A., | ) ) |
| Defendant, | ) Civil Action No: 04-874-GMS ) ) |
| and | ) ) |
| ALCATEL USA, INC., | ) ) |
| Defendant Counterclaim-Plaintiff | ) ) ) |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Kevin M. Baird is no longer associated with the law firm of Young Conaway Stargatt & Taylor, LLP and that Josy W. Ingersoll should be substituted as lead counsel for defendants Alcatel S.A. and Alcatel USA, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Defendants*

Dated: May 10, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire hereby certify that on May 10, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

I further certify that on April 7, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Richard L. Rainey, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for Defendants

WP3:1092413.1                                                                        63535.1001