IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>          Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>ALCATEL USA, INC., )<br>)<br>          Defendant/Counterclaim Plaintiff. ) | Civil Action No. 04-874-GMS |

**STIPULATED AMENDMENT OF COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)**

Plaintiff Telcordia Technologies, Inc. and defendant Alcatel USA, Inc. hereby stipulate and agree, subject to the approval of the Court, that:

(1) Pursuant to Fed. R. Civ. P. 15(a), plaintiff may file its First Amended Complaint in the form attached hereto at Tab A. A blacklined version of the proposed pleading is attached at Tab B.

(2) Defendant shall answer, move, or otherwise respond to the First Amended Complaint by no later than August 3, 2005.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ John G. Day | /s/ Josy W. Ingersoll |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br><br>*Attorneys for Plaintiff* | Josy W. Ingersoll (I.D. #1088)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>302-571-6600<br><br>*Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

158479.1