# EXHIBIT B
# (Part I)



**ALCATEL**

BROADEN YOUR LIFE

Home    About Alcatel    Products & Solutions    Support

Register   Contact Us   Login

Search

Alcatel Sites Worldwide
- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[Search]

**Products**

| Products by Category | Products by Technology | Products by Name |
|---|---|---|
| Access | ATM | *Product Lines and Groups* |
| Carrier Data | CDMA | Evolium |
| Carrier Voice/Multimedia | CSTA / CTI | Litespan |
| Enterprise | DECT / PWT | Mainstreet |
| Metro | DSL | Omni |
| Mobile | DWDM | TeraLight |
| Modems | Frame Relay | |
| Network Management | FTTH / PON | *Numbered Products* |
| Operation Support Systems | Gigabit Ethernet / 10 GigE | Alcatel 1000-1999 |
| Optical Components (Now part of Avanex) | GPRS / EDGE | Alcatel 2000-2999 |
| Optical Fiber and Cable | GSM | Alcatel 3000-3999 |
| Optical Transmission | IN | Alcatel 4000-4999 |
| Professional Services | IP | Alcatel 5000-5999 |
| Software Applications | ISDN | Alcatel 6000-6999 |
| Space Systems | LMDS / Wireless IP | Alcatel 7000-7999 |
| Submarine Systems | Microwave | Alcatel 8000-8999 |
| Telephones | MPLS | Alcatel 9000-9999 |
| | NGN Voice | |

Alcatel Products Guide

| | | *Unnumbered Products* |
|---|---|---|
| Transport Automation | NM / TMN | A to D |
| Wireless Access and | PSTN Voice | E to L |
| Transmission | QSIG | M to N |
| | Satellite | O to R |
| | SDH | S to Z |
| | SIP | |
| | SONET | |
| | SS7 / C7 | |
| | UMTS / 3G | |
| | VLAN | |
| | VoIP | |
| | WLAN | |
| | X.25 | |
| | XML / VXML | |

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Paris, France.

Legal Notices, Privacy Statement and Terms of Use

http://www.alcatel.com/products/



Register    Cont

Alcatel Sites Worldwide

Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 1000-1999

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 1 - 10 of 94 Products.

☑ Hide Product Descriptions

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[ Search ]

**Alcatel 1000 Multiservice Multimedia (MM) E10 CSN / CNE**

**Alcatel 1000 Multiservice Multimedia (MM) E10 NGS**

**Alcatel 1000 S12**

**Alcatel 1000 S12 Disaster Recovery Application**

**Alcatel 1000 S12 RAPTOR Application**

**Alcatel Evolium 1000 Mobile Switching Center**

**Alcatel 1000 Line Gateway**

**Alcatel Evolium 1000 Serving GPRS Support Node**

**Alcatel Evolium 1000 Mobile Switching Center CDMA**

**Alcatel 1000 S12 Switch**

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 1 - 10 of 94 Products.

Back to top

 **ALCATEL** ▼

BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

○ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 1000-1999

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 11 - 20 of 94 Products.

☑ Hide Product Descriptions

**Alcatel 1000 S12 Extended Assistant Routing System**

**Alcatel 1100 Intelligent Test Environment (ITE)**

**Alcatel 1300 Convergent Network Management Center Smart**

**Alcatel Evolium 1300 Operation & Maintenance Center for Mobile Core Networks**

**Alcatel 1300 Convergent Network Management Center**

**Alcatel 1320 Craft Terminal**
*For SDH, Optical Networks*

**Alcatel 1322 Mediation Device for Wireline BA networks**

**Alcatel 1330 FTP Gateway**

**Alcatel 1330 Inter-Operator Accounting**

**Alcatel 1330 On-Demand Reporting**

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 11 - 20 of 94 Products.



**ALCATEL**

BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

○ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 1000-1999

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 21 - 30 of 94 Products.

☑ Hide Product Descriptions

### Alcatel 1330 Unified Service for Billing Systems

### Alcatel 1350 Management Suite
*For Multiservice Transport Networks*

### Alcatel 1352 Compact Manager

### Alcatel 1353 Litespan Management System

### Alcatel 1353 Generic Element Manager

### Alcatel 1353 NM Element Manager
*For Multiservice Transport Networks*

### Alcatel 1353 SH Element Manager
*For Multi-Service Transport Networks*

### Alcatel Evolium 1353 UMTS Operation and Maintenance Center for Radio

### Alcatel 1353 LineView Element Management System

### Alcatel Evolium 1353 Operation and Maintenance Center for Radio

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 21 - 30 of 94 Products.



Register   Cont

**BROADEN YOUR LIFE**

Alcatel Sites Worldwide       Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⊙ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 1000-1999
_____

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 31 - 40 of 94 Products.

☑ Hide Product Descriptions

### Alcatel 1353 PDH Node Manager

### Alcatel 1353 LineView

### Alcatel 1354 NP Restoration Manager
*For Optical Networks*

### Alcatel 1354 Broadband Manager
*For Data Services in Multiservice Transport Networks*

### Alcatel 1354 SY Synchronization Network Manager

### Alcatel 1354 SN Submarine Management System (SMS)

### Alcatel 1354 RM Network Manager
*For SDH/SONET and Optical Networks*

### Alcatel 1355 Bandwidth On Demand Manager

### Alcatel 1355 Virtual Private Network Manager

### Alcatel 1356 DCN Manager

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 31 - 40 of 94 Products.

 **ALCATEL** ▼

BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

○ Product Area Only
○ All of Alcatel.com

Search

Products >

Alcatel 1000-1999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 41 - 50 of 94 Products.

☑ Hide Product Descriptions

**Alcatel 1356 Network Toolkit**

**Alcatel 1357 Lawful Interception**

**Alcatel 1359 High Availability**

**Alcatel 1359 IOO Open Interface**

**Alcatel 1359 ISN Open Interface**

**Alcatel 1359 Ioo Alarm Proxy**

**Alcatel 1360 Switch Management Center**

**Alcatel 1411 Digital Announcement Machine**

**Alcatel Evolium 1422 Home Location Register/Authentication Center**

**Alcatel 1430 Next-Generation HLR**
*An innovative solution for the key database of your network*

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 41 - 50 of 94 Products.

Back to top

 **ALCATEL** ▼

BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

☉ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 1000-1999

**Pages:** << Previous   6 7 8 9 10
**Showing:** 51 - 60 of 94 Products.
☑ Hide Product Descriptions

**Alcatel 1511   2 Mbps Multiservice Business Access Multiplexer**

**Alcatel 1512 SHDSL**

**Alcatel 1515 Compact 1-0 Digital Cross-Connect (up to 32 ports, 2Mbps)**

**Alcatel 1521 Fiber optical Line systems**

**Alcatel 1521 Copper Line IP**

**Alcatel 1531 Fiber Optical Line systems**

**Alcatel 1531 EL**

**Alcatel 1540 Litespan Multiservice Access Gateway**

**Alcatel 1560   11 and 16 Channel Digital Pairgain System**

**Alcatel 1570 Intelligent cable modem network termination**

**Pages:** << Previous   6 7 8 9 10
**Showing:** 51 - 60 of 94 Products.

Alcatel Product Range: 1-2                                                    Page 1 of 2



BROADEN YOUR LIFE                                            Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[Search]

Products >

Alcatel 1000-1999

**Pages:** << Previous   6 7 **8** 9 10
**Showing:** 61 - 70 of 94 Products.

☑ Hide Product Descriptions

**Alcatel 1570 Optical Fiber Distribution Network over HFC (FITL Broadband)**

**Alcatel 1575 Fiber in the Loop (Active Optical Network, HYTAS)**

**Alcatel 1603 SE OC-3 ( 155 Mbps) SONET Extender/Multiplexer (US)**

**Alcatel 1603 SM OC-3 ( 155 Mbps) SONET Transport System (US)**

**Alcatel 1603 SMX SONET Multi-Service Network Element**

**Alcatel 1620 Light Manager**

**Alcatel 1621 Link Extender**

**Alcatel 1626 Light Manager**
*192-Channel Long Haul and Ultra Long Haul DWDM System*

**Alcatel 1630 GSX Global Synchronous Cross-Connect**

**Alcatel 1631 LMC 3-1 Wideband Digital Cross Connect (US)**

**Pages:** << Previous   6 7 **8** 9 10
**Showing:** 61 - 70 of 94 Products.



Register    Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide          Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 1000-1999

**Pages**: << Previous   6 7 8 9 10
**Showing**: 71 - 80 of 94 Products.

☑ Hide Product Descriptions

**Alcatel 1640 FOX STM1/4 Multi-service Node for Customer Premises**

**Alcatel 1640 Wavelength Multiplexer (80/160 channel DWDM System)**

**Alcatel 1640 Optical Add/Drop Multiplexer (80/160 channel DWDM System)**

**Alcatel 1641 SX 4/1 Multiservice Metro Gateway**

**Alcatel 1642 Edge Multiplexer Compact**

**Alcatel 1642 Edge Multiplexer**
*(STM-1 Multiservice System for Customer Premises)*

**Alcatel 1650 SMC STM1/4 Multiservice Metro Node**

**Alcatel 1660 SM STM-16/64 Optical Multi-Service Node for Metro Applications**
*An integral part of the Alcatel User-Centric Triple Play Solution*

**Alcatel 1660 OCP Optical Channel Protection**

**Alcatel 1660 OPS Optical Path Switch**

**Pages**: << Previous   6 7 8 9 10
**Showing**: 71 - 80 of 94 Products.



Register    Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide          Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 1000-1999

**Product Search**

**Pages**: << Previous    6 7 8 9 10
**Showing**: 81 - 90 of 94 Products.

☑ Hide Product Descriptions

**Alcatel 1662 Packet Ring Switch**

**Alcatel 1662 SMC STM-4/16 Compact
Multiservice Node for Metro Networks**

☉ Product Area Only
○ All of Alcatel.com

**Alcatel 1664 SX 4-4 Multiservice Core Gateway
and Cross Connect**

[Search]

**Alcatel 1670 STM16/64 Optical Multiservice
Node for Metro/Core Networks**

**Alcatel 1671 Service Connect**

**Alcatel 1674 Lambda Gate**

**Alcatel 1677 SONET Link**
*Next-Generation SONET Multi-Services Platform*

**Alcatel 1678 Metro Core Connect**
*An integral part of the Alcatel User-Centric Triple
Play Solution*

**Alcatel 1686 WM Wavelength Multiplexer 32-
channel DWDM System**

**Alcatel 1688 Core Connect**

**Pages**: << Previous    6 7 8 9 10
**Showing**: 81 - 90 of 94 Products.

 **ALCATEL**    BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide         Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Products** >

Alcatel 1000-1999

**Pages:** << Previous   6 7 8 9 10
**Showing:** 91 - 94 of 94 Products.

☑ Hide Product Descriptions

**Product Search**

☐

⊙ Product Area Only
○ All of Alcatel.com

[ Search ]

**Alcatel 1692 Metro Span Edge (Metro CWDM System)**

**Alcatel 1693 SAN Extender**

**Alcatel 1696 Metro Span (Metro WDM)**
*An integral part of the Alcatel User-Centric Triple Play Solution*

**Alcatel 1696 SAN Extender**

**Pages:** << Previous   6 7 8 9 10
**Showing:** 91 - 94 of 94 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pა

Legal Notices, Privacy Statement and Terms of Use



Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⦿ Product Area Only
◯ All of Alcatel.com

[ Search ]

Products >

## Alcatel 2000-2999

**Pages**: 1
**Showing**: 1 - 8 of 8 Products.
☑ Hide Product Descriptions

**Alcatel 2000 Litespan multiservice
access/transport platform with integrated ADSL**

**Alcatel 2012 Litespan multiservice
access/transport platform with integrated ADSL**

**Alcatel 2315/2325 Hotel Sets**

**Alcatel TSM-2532 Fault Management System**
*Surveillance for Microwave Radio Networks*

**Alcatel 275x MainStreet IDSL Data Termination
Units (DTUs)**

**Alcatel 2801 MainStreet HDSL Data
Termination Unit**

**Alcatel 2842 WebTouch Easy Plug'n Surf
Internet Station**

**Alcatel 2902 MainStreet Network Termination
Unit**

**Pages**: 1
**Showing**: 1 - 8 of 8 Products.

Back to top



Register    Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide          Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Products >**

Alcatel 3000-3999

**Product Search**

**Pages**: 1
**Showing**: 1 - 5 of 5 Products.
☑ Hide Product Descriptions

**Alcatel 3600 MainStreet Multiservice Bandwidth Manager**

☉ Product Area Only
○ All of Alcatel.com

**Alcatel 3600+ MainStreet Multiservice Bandwidth Manager**

[Search]

**Alcatel 3612 MainStreet Narrowband Multiplexer**

**Alcatel 3624 MainStreet Intelligent T1 Channel Bank**

**Alcatel 3630 MainStreet Primary Rate Multiplexer**

**Pages**: 1
**Showing**: 1 - 5 of 5 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use

Case 1:04-cv-00874-GMS   Document 46-3   Filed 07/22/2005   Page 16 of 34



Register    Cont

**ALCATEL**   BROADEN YOUR LIFE

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 4000-4999

**Pages**: 1
**Showing**: 1 - 5 of 5 Products.
☑ Hide Product Descriptions

**Product Search**

○ Product Area Only
○ All of Alcatel.com

[Search]

**Alcatel MDR-4000s High-Capacity SONET Microwave Digital Radio**

**Alcatel OmniMessage 4635 Voice & Fax Messaging Server**

**Alcatel 4645 Voice Messaging Services**

**Alcatel OmniVista 4760 Network Mangement for Enterprise IP Telephony**

**Alcatel 4980 PC Telephony Application**

**Pages**: 1
**Showing**: 1 - 5 of 5 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



ALCATEL

BROADEN YOUR LIFE

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

- Product Area Only
- All of Alcatel.com

[Search]

Products >

Alcatel 5000-5999

**Pages:** 1 2 3 4
**Showing:** 1 - 10 of 36 Products.
☑ Hide Product Descriptions

**Alcatel 5020 Media Gateway Controller**

**Alcatel 5020 Softswitch Platform**
*An integral part of the Alcatel User-Centric Triple Play Solution.*

**Alcatel 5020 Call Session Controller**

**Alcatel 5020 Element Manager**

**Alcatel 5020 Call Management Server**

**Alcatel 5023 Remote Signaling Gateway**

**Alcatel 5023 Remote Tunneling Gateway**

**Alcatel 5070 Signaling Server Global -- ANSI Version**

**Alcatel 5070 Signaling Server Global SSG -- ETSI Version**

**Alcatel 5073 Signaling Gateway**

**Pages:** 1 2 3 4
**Showing:** 1 - 10 of 36 Products.

Back to top



Register    Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

☑ Product Area Only
☐ All of Alcatel.com

Search

Products >

Alcatel 5000-5999

**Pages**: 1 2 3 4
**Showing**: 11 - 20 of 36 Products.
☑ Hide Product Descriptions

**Alcatel 5301 Proxy Platform**

**Alcatel 5311 WAP/Push Gateway**

**Alcatel 5430 Session Resource Broker**

**Alcatel 5521 PC-based Element Manager**

**Alcatel 5523 ADSL Work Station**

**Alcatel 5526 Access Management System**

**Alcatel 5528 Web-based Access Manager (WAM)**

**Alcatel 5530 Network Analyzer**

**Alcatel 5570 Auxiliary Service Platform**

**Alcatel 5580 Home Device Manager**

**Pages**: 1 2 3 4
**Showing**: 11 - 20 of 36 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, P

 BROADEN YOUR LIFE

Register   Cont

Alcatel Sites Worldwide   Home   About Alcatel   Products & Solutions   Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**



◉ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 5000-5999

**Pages:** 1 2 3 4
**Showing:** 21 - 30 of 36 Products.
☑ Hide Product Descriptions

**Alcatel 5620 Analysis and Inventory Module**

**Alcatel 5620 SNMP Descriptor Module**

**Alcatel 5620 CMIP OSS Interface Module**

**Alcatel 5620 CORBA OSS Interface Module**

**Alcatel 5620 Network Manager**

**Alcatel 5620 Service Aware Manager**

**Alcatel 5735 Service Management Center**

**Alcatel 5750 Subscriber Services Controller**

**Alcatel 5950 Broadcast TV**

**Alcatel 5950 Open Media Platform**

**Pages:** 1 2 3 4
**Showing:** 21 - 30 of 36 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⊙ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 5000-5999

**Pages:** 1 2 3 4
**Showing:** 31 - 36 of 36 Products.
☑ Hide Product Descriptions

**Alcatel 5950 Personal Video Recorder**

**Alcatel 5950 Video on Demand**

**Alcatel 5950 TV Internet**

**Alcatel 5959 Open Media Content Manager**

**Alcatel 5959 Open Media Distribution Manager**

**Alcatel 5959 Open Video Server**

**Pages:** 1 2 3 4
**Showing:** 31 - 36 of 36 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use

 **ALCATEL**    BROADEN YOUR LIFE                    Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[Search]

Products >

Alcatel 6000-6999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 1 - 10 of 115 Products.
☑ Hide Product Descriptions

**OmniStack 6100 Series (OmniStack 6124 and 6148)**

**Alcatel 6111 LockTrac Electronic Interlocking System (ESTW L90)**

**Alcatel 6131 LockTrac Electronic Interlocking System (ELEKTRA)**

**Alcatel 6151 LockTrac Electronic Interlocking System (L90 5)**

**Alcatel 6152 LockTrac Data Preparation Tool for L90 5 Interlocking**

**Alcatel 6171 LockTrac PC based Interlocking System (PIPC)**

**Alcatel 6172 LockTrac Geographical Interlocking and Block System (TRICON-E)**

**Alcatel 6181 LockTrac Small Relay based Interlocking System (KSW 90)**

**Alcatel 6191 LockTrac Field Element Controller**

**Alcatel 6211 LockTrac Electronic Interlocking System (ESTW L90N)**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 1 - 10 of 115 Products.



Register   Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide          Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 6000-6999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 11 - 20 of 115 Products.

☑ Hide Product Descriptions

**Product Search**

☉ Product Area Only
○ All of Alcatel.com

[ Search ]

**Alcatel 6252 LockTrac Electronic Interlocking System (LockTrac MT)**

**Alcatel 6271 LockTrac PC based Interlocking System (PIPC)**

**Alcatel 6291 LockTrac Field Element Controller (FEC)**

**OmniStack 6300 Series**

**Alcatel 6311 FieldTrac Electronic Single Section Axle Counter (AzL 70-30)**

**Alcatel 6312 FieldTrac Microprocessor-Based Multiple Section Axle Counter (Az L90)**

**Alcatel 6313 FieldTrac Microprocessor-based Multiple Section Axle Counter (2 out of 2) (Az L90M-2)**

**Alcatel 6314 FieldTrac Microprocessor-based Multiple Section Axle Counter (2 out of 3) (Az L90M-3)**

**Alcatel 6315 FieldTrac Microprocessor Based Multiple Section Axle Counter (Az LM)**

**Alcatel 6316 FieldTrac Microprocessor Based Single Section Axle Counter (Az LS)**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 11 - 20 of 115 Products.

 **ALCATEL** ▼    BROADEN YOUR LIFE    Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 6000-6999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 21 - 30 of 115 Products.

☑ Hide Product Descriptions

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[Search]

**Alcatel 6331 FieldTrac Track Circuit with Joints (TRC)**

**Alcatel 6341 FieldTrac Electro-Hydraulic Point Machine with External Lock (L700H)**

**Alcatel 6342 FieldTrac Electro-Hydraulic Point Machine with Internal Lock (L710H)**

**Alcatel 6343 FieldTrac Electro-Hydraulic Point Machine with Variable Stroke (L826H)**

**Alcatel 6344 FieldTrac Electromechanical Point Machine (S-4842)**

**Alcatel 6381 FieldTrac Automatic Half Barrier for Level Crossings (S.B.A.)**

**Alcatel 6382 FieldTrac Level Crossing in Station Area (S.B.E.)**

**Alcatel 6383 FieldTrac Level Crossing without Barriers (S.L.A.)**

**Alcatel 6391 FieldTrac Gang Protection System (SAS, AKA-L90)**

**Alcatel 6411 AlTrac Intermittent Train Protection System (INDUSI I60R)**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 21 - 30 of 115 Products.



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

## Alcatel 6000-6999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 31 - 40 of 115 Products.
☑ Hide Product Descriptions

### Alcatel 6412 AlTrac Intermittent Train Protection System (PZB 90)

### Alcatel 6413 AlTrac European Level 1 Train Control System (AlTrac ETCS L1)

### Alcatel 6414 AlTrac GPS Train Driver Recall System (GPS ES)

### Alcatel 6415 AlTrac On-Board Unit for AlTrac ETCS L1

### Alcatel 6431 AlTrac Semi Continuous Automatic Control System (SELCAB/EUROLOOP)

### Alcatel 6451 AlTrac On-Board Unit for Automatic Train Control (LZB 80)

### Alcatel 6452 AlTrac Trackside Equipment for Automatic Train Control (LZB L72)

### Alcatel 6472 AlTrac Low Traffic Line Signaling System (ALSITRA)

### Alcatel 6481 AlTrac European Level 2 Train Control System (AlTrac ETCS L2)

### Alcatel 6482 AlTrac On-Board Unit for AlTrac ETCS

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 31 - 40 of 115 Products.



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⊙ Product Area Only
○ All of Alcatel.com

[Search]

Products >

Alcatel 6000-6999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 41 - 50 of 115 Products.

☑ Hide Product Descriptions

**Alcatel 6484 AlTrac On-Board Uniit on ETCS Equipped Trains for a National Automatic Train Control (LZB 80E STM PZB90)**

**Alcatel 6510 SelTrac Speed Enforcement System (SelTrac S10)**

**Alcatel 6511 SelTrac Automatic Train Control System for Urban Rail (SelTrac LZB L90)**

**Alcatel 6513 SelTrac On-Board Unit for SelTrac LZB-M21**

**Alcatel 6520 SelTrac Train Protection Overlay System (SelTrac S20)**

**Alcatel 6530 SelTrac Automatic Train Operation Overlay System (SelTrac S30)**

**Alcatel 6540 SelTrac Automatic Train Operation and Management System (SelTrac S40)**

**Alcatel 6550 SelTrac Real Time Vital Control Unit for Use On-Board and Way-Side (SelTrac RTVCU)**

**OmniSwitch 6600 Series**

**Alcatel 6611 Connectivity Hardware - Closures (US Only)**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 41 - 50 of 115 Products.



Register    Cont

**BROADEN YOUR LIFE**

Alcatel Sites Worldwide      Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 6000-6999

**Pages:** << Previous   6 **7** 8 9 10 Next >>
Showing: 51 - 60 of 115 Products.

☑ Hide Product Descriptions

**Product Search**

◉ Product Area Only
◯ All of Alcatel.com

[ Search ]

**Alcatel 6611 NetTrac Supervisory and Control
Center (BZ)**

**Alcatel 6612 Connectivity Hardware - Closures
(US Only)**

**Alcatel 6613 Connectivity Hardware - Closures
(US Only)**

**Alcatel 6613 NetTrac Advanced Railway
Management and Information System
(ARAMIS)**

**Alcatel 6614 NetTrac Automatic Train Routing
System (ZL L800/L2000)**

**Alcatel 6615 NetTrac Train Tracking System
(ZV L2000)**

**Alcatel 6616 NetTrac Train Describer System
(ZN L2000)**

**Alcatel 6617 NetTrac Centralized Traffic
Control (CTC 1000)**

**Alcatel 6619 NetTrac Diagnostic System for
Electronic Interlocking Systems (RIES)**

**Alcatel 6620 Fiber to the User (FTTU) Systems**

**Pages:** << Previous   6 **7** 8 9 10 Next >>
Showing: 51 - 60 of 115 Products.



**ALCATEL**    BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**



- ◉ Product Area Only
- ○ All of Alcatel.com

[Search]

Products >

Alcatel 6000-6999

**Pages:** << Previous   6 7 8 9 10 Next >>
**Showing:** 61 - 70 of 115 Products.
☑ Hide Product Descriptions

**Alcatel 6620 NetTrac Electronic Protocol and Storage Device (DOKU)**

**Alcatel 6630 Connectivity Hardware - Cabinets (US Only)**

**Alcatel 6650 NetTrac Central Control System for Urban Rail Applications (NetTrac MT)**

**Alcatel 6651 Connectivity Hardware - ERK (US Only)**

**Alcatel 6651 NetTrac Vital HMI for ESTW L90 (ISA)**

**Alcatel 6652 Connectivity Hardware - Raucut-1 (US Only)**

**Alcatel 6652 NetTrac Vital HMI for ELEKTRA (Elektra-BOS)**

**Alcatel 6653 NetTrac Vital Remote Control for Relay Interlocking (COMMAND 900)**

**Alcatel 6654 NetTrac Vital Remote control System for Relay Interlocking (F L90)**

**Alcatel 6710 Connectivity Hardware - Cabinets (US Only)**

**Pages:** << Previous   6 7 8 9 10 Next >>
**Showing:** 61 - 70 of 115 Products.



Register    Cont

**BROADEN YOUR LIFE**

Alcatel Sites Worldwide          Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 6000-6999

**Pages:** << Previous   6 7 8 9 10 Next >>
**Showing:** 71 - 80 of 115 Products.
☑ Hide Product Descriptions

**Alcatel 6711 ComTrac Alcatel Passenger Information System (APIS)**

**Alcatel 6721 ComTrac Metro Continuous Video (MCV)**

**Alcatel 6730 Connectivity Hardware - Frames (US Only)**

**Alcatel 6731 Connectivity Hardware - Patch Panels (US Only)**

**Alcatel 6732 Connectivity Hardware - Patch & Splice Panels (US Only)**

**Alcatel 6733 Connectivity Hardware - Splice Panels (US Only)**

**Alcatel 6734 Connectivity Hardware - Ribbon Patch & Splice Panels (US Only)**

**Alcatel 6735 Connectivity Hardware - Sliding Patch & Splice Panel (US Only)**

**Alcatel 6741 ComTrac Inductive Data Transmission System for Trackswitch Control, Passenger Information and Train Identification (IDTS)**

**Alcatel 6751 Connectivity Hardware - Building Distribution Cabinet (US Only)**

**Pages:** << Previous   6 7 8 9 10 Next >>
**Showing:** 71 - 80 of 115 Products.



**ALCATEL**

BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

- ⦿ Product Area Only
- ○ All of Alcatel.com

Search

Products >

Alcatel 6000-6999

**Pages:** << Previous   6 7 **8** 9 10 Next >>
**Showing:** 81 - 90 of 115 Products.

☑ Hide Product Descriptions

**Alcatel 6752 Connectivity Hardware - Building Distribution Cabinet (US Only)**

**Alcatel 6753 ComTrac Radio System for Mass Transit Applications**

**Alcatel 6753 Connectivity Hardware - Building Distribution Cabinet (US Only)**

**Alcatel 6754 Connectivity Hardware - Building Distribution Cabinet (US Only)**

**Alcatel 6791 Connectivity Hardware - Patchcords (US Only)**

**Alcatel 6800 Flextube Cable**

**OmniSwitch 6800 Series**

**Alcatel 6801 Loose Tube Cable**

**Alcatel 6820 Stranded Ribbon Cable**

**Alcatel 6821 Central Tube Ribbon Cable**

**Pages:** << Previous   6 7 **8** 9 10 Next >>
**Showing:** 81 - 90 of 115 Products.



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[Search]

Products >

Alcatel 6000-6999

**Pages:** << Previous   6 7 8 9 10 Next >>
**Showing:** 91 - 100 of 115 Products.

☑ Hide Product Descriptions

### Alcatel 6822 Ribbon Riser Indoor Cable

### Alcatel 6830 Riser/Plenum Indoor Cable

### Alcatel 6834 Emergency Restoration Kit

### Alcatel 6840 All-Dielectric Self-Supporting Cables for Power Lines

### Alcatel 6841 Optical Ground Wire Power lines

### Alcatel 6842 All-Dielectric Lashed Cables for Power Lines

### Alcatel 6843 Optical Phase Conductor for Power Lines

### Alcatel 6844 Metallic Self-Suporting Cable for Power lines

### Alcatel 6850 FAST Solutions Cable for Sewer Systems

### Alcatel 6851 Gas Solutions

**Pages:** << Previous   6 7 8 9 10 Next >>
**Showing:** 91 - 100 of 115 Products.



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

☑ Product Area Only
○ All of Alcatel.com

Search

Products >

Alcatel 6000-6999

**Pages**: << Previous   11 12
**Showing**: 101 - 110 of 115 Products.

☑ Hide Product Descriptions

**Alcatel 6852 Access/Drop Cables**

**Alcatel 6855 Highway Solutions**

**Alcatel 6856 Flame-Retardant Cable Solutions for Subways & Tunnels**

**Alcatel 6857 Mini-Trench/Subduct Solutions**

**Alcatel 6891 Micro Unitube Loose Tube Cable**

**Alcatel 6900 Singlemode Fiber**

**Alcatel 6901 Enhanced Singlemode Fiber**

**Alcatel 6910 Teralight Fiber (*only cabled fiber available in U.S.)**

**Alcatel 6911 TeraLight Metro Fiber (*only cabled fiber available in U.S.)**

**Alcatel 6912 TeraLight Ultra (*only cabled fiber available in U.S.)**

**Pages**: << Previous   11 12
**Showing**: 101 - 110 of 115 Products.

Back to top

Alcatel Product Range: 6-7                                                                    Page 1 of 1

 **ALCATEL**    BROADEN YOUR LIFE                    Register   Cont

Alcatel Sites Worldwide        Home   About Alcatel   Products & Solutions   Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

[                    ]

⦿ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 6000-6999

**Pages**: << Previous  11 12
**Showing**: 111 - 115 of 115 Products.
☑ Hide Product Descriptions

**Alcatel 6930 Multimode Fiber 50/125**

**Alcatel 6931 Multimode Glight  62.5/125 Fiber**

**Alcatel 6932 Multimode Fiber  62.5/125**

**Alcatel 6934  10 Gigabit GLight Multimode
Fiber**

**Alcatel 6940 Dispersion Compensating Module -
Singlemode Fiber**

**Pages**: << Previous  11 12
**Showing**: 111 - 115 of 115 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[Search]

Products >

Alcatel 7000-7999

**Pages:** 1 2 3 4 5
**Showing:** 1 - 10 of 47 Products.
☑ Hide Product Descriptions

**Alcatel MDR-7000 Low-to-Medium Capacity, High Frequency Microwave Digital Radio**

**OmniSwitch 7000 Series (OmniSwitch 7700 and 7800)**

**Alcatel 7102 Residential Gateway**

**Alcatel 7270 Multiservice Concentrator**

**Alcatel 7300 ASAM IP Services Module (ISM) -- ANSI Version**

**Alcatel 7300 Advanced Services Access Manager (ASAM) -- ANSI Version**

**Alcatel 7300 ASAM IP Services Module (ISM) -- ETSI Version**

**Alcatel 7300 Advanced Services Access Manager (ASAM) -- ETSI Version**

**Alcatel 7300 Advanced Services Access Manager (ASAM) Low Profile Ultra Density (LP-UD)**

**Alcatel 7300 Advanced Services Access Manager Outdoor Cabinet**
*ETSI Version*

**Pages:** 1 2 3 4 5
**Showing:** 1 - 10 of 47 Products.



**ALCATEL**

BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

( Product Area Only
( All of Alcatel.com

[ Search ]

Products >

Alcatel 7000-7999

**Pages:** 1 2 3 4 5
**Showing:** 11 - 20 of 47 Products.
☑ Hide Product Descriptions

**Alcatel 7300 Advanced Services Access Manager -- compact unit**
*ETSI version*

**Alcatel 7300 ASAM LP**
*ANSI Version*

**Alcatel 7301 Advanced Services Access Manager (ASAM) -- ANSI Version**

**Alcatel 7301 Advanced Services Access Manager (ASAM) -- ETSI Version**

**Alcatel 7302 Intelligent Services Access Manager**

**Alcatel 7310 Loop Voice Gateway -- ETSI Version**

**Alcatel 7320 Remote Unit for VDSL**

**Alcatel 7321 Remote Unit Enhanced Density**

**Alcatel 7324 Remote Unit**

**Alcatel 7330 ISAM FTTN**
*An integral part of the Alcatel User-Centric Triple Play Solution.*

**Pages:** 1 2 3 4 5
**Showing:** 11 - 20 of 47 Products.