# EXHIBIT B
# (Part II)



Register    Cont

**BROADEN YOUR LIFE**

<u>Alcatel Sites Worldwide</u>     <u>Home</u>    <u>About Alcatel</u>    <u>Products & Solutions</u>    <u>Support</u>

- <u>Products</u>
- <u>Solutions</u>
- <u>Services</u>
- <u>Technologies</u>
- <u>Articles and Papers</u>

**Product Search**

☉ Product Area Only
○ All of Alcatel.com

[ Search ]

<u>Products</u> >

Alcatel 7000-7999

**Pages:** <u>1</u> 2 3 4 <u>5</u>
**Showing:** 21 - 30 of 47 Products.
☑ Hide Product Descriptions

**<u>Alcatel 7340 Business Optical Network Terminal -- ANSI version</u>**

**<u>Alcatel 7340 Home Optical Network Terminal -- ETSI version</u>**

**<u>Alcatel 7340 Packet Optical Line Terminal -- ETSI version</u>**

**<u>Alcatel 7340 Multi Dwelling/Tenant Unit Optical Network Terminal -- ANSI Version</u>**

**<u>Alcatel 7340 Packet Optical Line Terminal -- ANSI Version</u>**

**<u>Alcatel 7340 Home Optical Network Terminal -- ANSI Version</u>**

**<u>Alcatel 7342 ISAM FTTU</u>**
*An integral part of the Alcatel User-Centric Triple Play Solution.*

**<u>Alcatel 7385 Wireless IP Antenna Unit - Radio Equipment</u>**

**<u>Alcatel 7385 Wireless IP Digital Base Station</u>**

**<u>Alcatel 7385 Wireless IP Subscriber Unit-Radio Termination</u>**

**Pages:** <u>1</u> 2 3 4 <u>5</u>
**Showing:** 21 - 30 of 47 Products.



Register  Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide      Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

○ Product Area Only
○ All of Alcatel.com

Search

Products >

Alcatel 7000-7999

**Pages:** 1 2 3 4 5
**Showing:** 31 - 40 of 47 Products.
☑ Hide Product Descriptions

**Alcatel 7385 Wireless IP Subscriber Unit-Network Termination**

**Alcatel 7390 LMDS Digital Base Station**

**Alcatel 7390 LMDS Broadband Wireless Access System**

**Alcatel 7390 LMDS Co-pol Radio Base Station**

**Alcatel 7390 LMDS Co-pol Radio Termination**

**Alcatel 7390 LMDS Exchange Base Station**

**Alcatel 7390 LMDS Network Termination**

**Alcatel 7450 Ethernet Service Switch**
*An integral part of the Alcatel User-Centric Triple Play Solution*

**Alcatel 7470 Multiservice Platform**

**Alcatel 7505 Media Gateway**

**Pages:** 1 2 3 4 5
**Showing:** 31 - 40 of 47 Products.

Back to top



**BROADEN YOUR LIFE**

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 7000-7999

**Pages:** 1 2 3 4 5
**Showing:** 41 - 47 of 47 Products.

☑ Hide Product Descriptions

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[Search]

**Alcatel 7510 Media Gateway**
*An integral part of the Alcatel User-Centric Triple Play Solution.*

**Alcatel 7515 Media Gateway**

**Alcatel 7670 Edge Services Extender**

**Alcatel 7670 Routing Switch Platform**

**Alcatel Evolium 7670 Media Gateway**

**Alcatel Evolium 7720 Intelligent Gateway GPRS Support Node**

**Alcatel 7750 Service Router**
*An integral part of the Alcatel User-Centric Triple Play Solution*

**Pages:** 1 2 3 4 5
**Showing:** 41 - 47 of 47 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



**ALCATEL** ▼

BROADEN YOUR LIFE

Register   Cont

Alcatel Sites Worldwide    Home   About Alcatel   Products & Solutions   Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 8000-8999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 1 - 10 of 51 Products.

**Product Search**

☑ Hide Product Descriptions

**Alcatel MDR-8000 & MDR-8000s Low-to-High Capacity Microwave Digital Radio**

⦿ Product Area Only
○ All of Alcatel.com

**Alcatel MDR-8000 CommPak Low Profile Shelf**

**Alcatel TSM-8000 Fault Management System**
*Surveillance for Microwave Radio Networks*

Search

**Alcatel 8601 OSA/Parlay Gateway**

**Alcatel 8602 Location Server**

**Alcatel 8605 OPEN Service Capabilities**

**Alcatel 8608 Enhanced Assisted-GPS Server**

**Alcatel 8610 Prepaid-Postpaid Suite**

**Alcatel 8611 Prepaid Calling Card**

**Alcatel 8612 Prepaid Telecom**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 1 - 10 of 51 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa



BROADEN YOUR LIFE

Register   Cont

Alcatel Sites Worldwide      Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 8000-8999

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 11 - 20 of 51 Products.

☑ Hide Product Descriptions

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[Search]

**Alcatel 8616 M-Payment**

**Alcatel 8619 Protocol Test System**

**Alcatel 8619 Advanced Network Adapter**

**Alcatel 8619 Monitoring Center Simulator**

**Alcatel 8619 Monitoring System Portable for Lawful Interception**

**Alcatel 8619 Voice Quality Analyser**

**Alcatel 8619 Interception Management Center**

**Alcatel 8620 Browse and Talk**

**Alcatel 8628 MultiMedia Instant Conferencing**

**Alcatel 8640 Corporate Mobility Manager**

**Pages**: 1 2 3 4 5 Next >>
**Showing**: 11 - 20 of 51 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

**ALCATEL**                BROADEN YOUR LIFE                    Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⊙ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 8000-8999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 21 - 30 of 51 Products.
☑ Hide Product Descriptions

**Alcatel 8642 Flexible Routing and Charging Services**

**Alcatel 8677 Access and Profile Checking**

**Alcatel 8678 Mass Calling Services**

**Alcatel 8680 Video Mail Box**

**Alcatel 8683 Voice Messaging Services**

**Alcatel 8684 Short Message Service Center**

**Alcatel 8685 Multimedia Messaging Services**

**Alcatel 8686 Specialized Resource Point**

**Alcatel 8690 Open Services Platform**

**Alcatel 8692 SMS-to-Voice**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 21 - 30 of 51 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide

Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 8000-8999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 31 - 40 of 51 Products.
☑ Hide Product Descriptions

**Alcatel 8693 Personalized Ring Back Tone**

**Alcatel 8695 Service Creation Environment**

**Alcatel 8696 Lite Service Creation Environment**

**Alcatel 8788 Media Resource Platform**

**Alcatel 8790 Application Server**

**Alcatel 8791 Home Location Register**

**OmniSwitch 8800 for Enterprise**

**Alcatel 8855 Voice and Multimedia Browser**

**Alcatel 8913 Problem Management**

**Alcatel 8915 GSEM for SNMP**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 31 - 40 of 51 Products.

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

Search

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide      Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 8000-8999

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 41 - 50 of 51 Products.

☑ Hide Product Descriptions

**Product Search**

**Alcatel 8917 No7 Central Surveillance System**

⦿ Product Area Only
○ All of Alcatel.com

**Alcatel 8920 Traffic Management & Service Monitoring**

**Alcatel 8950 DSL Assurance**

Search

**Alcatel 8950 OSS for Triple Play**

**Alcatel 8950 DSL Provisioning**

**Alcatel 8950 DSL Subscriber Care**

**Alcatel 8960 Telco Business Intelligence**

**Alcatel 8965 Charging Gateway**

**Alcatel 8966 Fraud Management System**

**Alcatel 8970 Law Enforcement & Security Support**

**Pages:** 1 2 3 4 5 Next >>
**Showing:** 41 - 50 of 51 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa



Register    Cont

**BROADEN YOUR LIFE**

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 8000-8999

**Pages**: << Previous   6
**Showing**: 51 - 51 of 51 Products.
☑ Hide Product Descriptions

**Product Search**

○ Product Area Only
○ All of Alcatel.com

Search

**Alcatel 8985 Mobile Provisioning**

**Pages**: << Previous   6
**Showing**: 51 - 51 of 51 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

○ Product Area Only
○ All of Alcatel.com

Search

Products >

Alcatel 9000-9999

**Pages:** 1 2 3 4 5
**Showing:** 1 - 10 of 47 Products.
☑ Hide Product Descriptions

**Alcatel MDR-9000 High-Capacity, High Frequency Microwave Digital Radio**

**Alcatel Evolium 9100 Multistandard Base Station**

**Alcatel Evolium 9110 Micro Base Station**

**Alcatel Evolium 9120 Base Station Controller**

**Alcatel Evolium 9125 Compact Transcoder**

**Alcatel Evolium 9130 Base Station Controller/Multi-BSC Fast Packet Server**

**Alcatel Evolium 9135 Multi-BSS Fast Packet Server**

**Alcatel Evolium 9140 Radio Network Controller**

**Alcatel Evolium 9155, 9156, 9157 Toolchain**

**Alcatel 9230 SpaceBus 3000 Platform**
*For fixed, mobile and broadcasting satellite services*

**Pages:** 1 2 3 4 5
**Showing:** 1 - 10 of 47 Products.



Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⊙ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

Alcatel 9000-9999

**Pages:** 1 2 3 4 5
**Showing:** 11 - 20 of 47 Products.
☑ Hide Product Descriptions

**Alcatel 9240 SpaceBus 4000 Platform**
*For advanced telecommunications via satellite*

**Alcatel 9260 Proteus LEO Platform**
*LEO Platform for all fields of applications*

**Alcatel 9330 Antenna Subsystem**

**Alcatel 9341 Payload Telecom Microwave Equipment**

**Alcatel 9342 Payload Observation Microwave Equipment**

**Alcatel 9343 Payload Telecom Digital Equipment**

**Alcatel 9344 Payload Observation Data Handling Equipment**

**Alcatel 9346 Payload Power Equipment**

**Alcatel 9352 Platform Mechanical and Thermal Equipment**

**Alcatel 9353 Platform Power Equipment**

**Pages:** 1 2 3 4 5
**Showing:** 11 - 20 of 47 Products.



Register    Cont

**BROADEN YOUR LIFE**

<u>Alcatel Sites Worldwide</u>    <u>Home</u>    <u>About Alcatel</u>    <u>Products & Solutions</u>    <u>Support</u>

- <u>Products</u>
- <u>Solutions</u>
- <u>Services</u>
- <u>Technologies</u>
- <u>Articles and Papers</u>

<u>Products</u> >

Alcatel 9000-9999

**Pages**: <u>1</u> <u>2</u> <u>3</u> <u>4</u> <u>5</u>
**Showing**: 21 - 30 of 47 Products.

☑ Hide Product Descriptions

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[ Search ]

**Alcatel 9354 Platform Mechanism Equipment**

**Alcatel 9355 Platform TC&R Equipment**

**Alcatel 9356 Platform Propulsion Equipment**

**Alcatel 9400 AWY Digital Microwave Radio Links**
*Low/Medium Capacity, for Short-Haul PDH Networks*

**Alcatel 9400 LX Digital Microwave Radio Links**
*Low/Medium Capacity, for Long-Haul PDH Networks (ETSI)*

**Alcatel 9400 UX Digital Microwave Radio Links**
*Low/Medium Capacity, for Short-Haul PDH Networks (ETSI)*

**Alcatel 9600 LSY Long-Haul Digital Radio Links**
*For SDH and PDH (ETSI)*

**Alcatel 9600 USY SDH Urban Digital Radio Links**
*(ETSI)*

**Alcatel 9711 Dynamic Satellite Simulator**
*A simulation tool for full representation of the satellite behavior*

**Alcatel 9712 Satellite Control Station**
*Adaptable flight-proven turnkey TCR systems*

**Pages**: <u>1</u> <u>2</u> 3 4 <u>5</u>
**Showing**: 21 - 30 of 47 Products.



BROADEN YOUR LIFE

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 9000-9999

**Pages:** 1 2 3 4 5
**Showing:** 31 - 40 of 47 Products.

☑ Hide Product Descriptions

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[ Search ]

### Alcatel 9713 Satellite Control Center
*Satellite monitoring and control*

### Alcatel 9714 Mission Control Center
*A complete geostationary satellite capacity management toolkit*

### Alcatel 9715 In Orbit Test
*Satellite testing after launch and orbit positioning phases*

### Alcatel 9716 Space Communication System Monitoring
*Automatic measurement and reporting of satellite communication traffic*

### Alcatel 9717 Telecom Carrier Analyzer
*A fast and accurate package to perform RF and digital measurements on satellite carriers*

### Alcatel 9720 DVB-S Broadband Multimedia System
*Satellite broadband access system with possible terrestrial return link*

### Alcatel 9731 Satellite Communication Equipment Management Platform
*An SNMP platform adapted to the space segment*

### Alcatel 9732 Equipment Mediation

### Alcatel 9740 Multiservice VSAT Network
*Product for rural telecommunications and voice & data corporate networks*

### Alcatel 9760 Cellular Network Backhaul by

Case 1:04-cv-00874-GMS    Document 46-4    Filed 07/22/2005    Page 15 of 25

**Satellite**
*GSM/GPRS whenever you want, wherever you are*

**Pages:** 1 2 3 4 5
**Showing:** 31 - 40 of 47 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



Register   Cont

**BROADEN YOUR LIFE**

Alcatel Sites Worldwide     Home     About Alcatel     Products & Solutions     Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

Alcatel 9000-9999

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[ Search ]

**Pages**: 1 2 3 4 5
**Showing**: 41 - 47 of 47 Products.
☑ Hide Product Descriptions

**Alcatel 9763 E1 Compressor**
*For performing seamless traffic compression on Abis and Ater interfaces of GSM/GPRS networks.*

**Alcatel 9765 Optimized IBS/IDR Modem**
*Ideal for satellite GSM backhaul and ISP trunking*

**Alcatel 9780 DVB-RCS Broadband Interactive Satellite System**
*A two-way satellite broadband access solution.*

**Alcatel 9798 Advanced Navigation Evaluation TOol**
*A solution to analyze satellite navigation system and application.*

**Alcatel 9901 Integrated Mobile Communication Terminal**
*The market-leading positioning system in Europe*

**Alcatel 9902 Monitoring and Tracking System by Satellite**
*Bi-directional data communication system*

**Alcatel 9909 Fleet Manager 4**
*System for computer-supported management of your fleet*

**Pages**: 1 2 3 4 5
**Showing**: 41 - 47 of 47 Products.



**ALCATEL**    ▼    BROADEN YOUR LIFE                     Register    Cont

Alcatel Sites Worldwide        Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

☐ Product Area Only
☐ All of Alcatel.com

[ Search ]

Products >

A to D
_____

**Pages**: 1 2
**Showing**: 1 - 10 of 15 Products.
☑ Hide Product Descriptions

**Alcatel Audience Corded Telephones**

**Alcatel Biloba 250 CTO Cordless Phone with Numeric Screen**

**Alcatel Branching Unit for Optical Fiber Submarine Cable System**

**CABLEwatch Element Manager for HFC Networks**

**Alcatel CCagent Solution**
*Contact Center Agent*

**Alcatel CCdistribution Solution**
*Contact Center Distribution*

**Alcatel CCivr Solution**
*Interactive Voice Response*

**Alcatel CCoutbound**
*Contact Center Outbound*

**Alcatel CCsupervision Solution**
*Contact Center Supervision*

**Alcatel CCweb Web Contact Center Solution**

**Pages**: 1 2
**Showing**: 1 - 10 of 15 Products.



Register    Cont

**BROADEN YOUR LIFE**

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

○ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

A to D

**Pages:** 1 2
**Showing:** 11 - 15 of 15 Products.
☑ Hide Product Descriptions

**Alcatel CommLite Low-Profile Unlicensed Radio**

**Alcatel Consulting Services**

**CrystalSec Security Solutions for Enterprise networks**

**Alcatel Deploy & Integrate Services**

**Alcatel Design & Plan Services**

**Pages:** 1 2
**Showing:** 11 - 15 of 15 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use

Case 1:04-cv-00874-GMS    Document 46-4    Filed 07/22/2005    Page 19 of 25    Page 1 of 2



Register    Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide          Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

- ⦿ Product Area Only
- ○ All of Alcatel.com

[ Search ]

Products >

E to L

**Pages**: 1
**Showing**: 1 - 8 of 8 Products.
☑ Hide Product Descriptions

**Alcatel Educational Services for Enterprise Networks**

**Evolium Mobile Switching Center - Alcatel 1000 MSC**

**Genesys Suite 7**
*Genesys is a wholly-owned subsidiary of Alcatel*

**Home and Office Telephony**
*Corded and Cordless Phones from Atlinks, an Alcatel/Thomson joint venture company*

**INfusion STP A32 Signal Transfer Point**

**INfusion STP C Signal Transfer Point**

**IP Touch**
*(Alcatel 4068, 4038, 4028, and 4018 models)*

**Litespan Enclosures**

**Pages**: 1
**Showing**: 1 - 8 of 8 Products.

**Learn all ab
call center s**

2700 custom
have built a b
better brand
interactions
using Genes

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Case 1:04-cv-00874-GMS    Document 46-4    Filed 07/22/2005    Page 20 of 25



**BROADEN YOUR LIFE**

Register   Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

M to N

**Pages**: 1
**Showing**: 1 - 5 of 5 Products.
☑ Hide Product Descriptions

**Alcatel MainStreet ATM Service Card**

**Alcatel MainStreet Frame Relay**

**Alcatel MainStreet X.25 Service**

**Alcatel MegaHub 600E High Capacity Universal Switching Platform**

**Alcatel MegaHub 600ES Compact MegaHub Switching Platform**

**Pages**: 1
**Showing**: 1 - 5 of 5 Products.

**Product Search**

⦿ Product Area Only
○ All of Alcatel.com

[ Search ]

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use

Case 1:04-cv-00874-GMS     Document 46-4     Filed 07/22/2005     Page 21 of 25



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⊙ Product Area Only
○ All of Alcatel.com

[ Search ]

Home    About Alcatel    Products & Solutions    Support

Products >

O to R

**Pages:** 1 2 3
**Showing:** 1 - 10 of 23 Products.
☑ Hide Product Descriptions

**Alcatel OAL Repeaters for Submarine Systems**

**Alcatel OALC4 for Repeatered Submarine Systems**

**OmniAccess WAN**

**OmniAccess WLAN**

**Alcatel OmniDesktop TAPI Premium Server**

**Alcatel OmniMobility Notification Server**

**Alcatel OmniPCX Office**

**Alcatel OmniPCX Enterprise**

**OmniSwitch ATM Aggregation Switch**

**OmniTouch Unified Communication**

**Pages:** 1 2 3
**Showing:** 1 - 10 of 23 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa



Register    Cont

BROADEN YOUR LIFE

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

Products >

O to R

**Pages:** 1 2 3
**Showing:** 11 - 20 of 23 Products.
☑ Hide Product Descriptions

**Product Search**

◉ Product Area Only
○ All of Alcatel.com

[ Search ]

**OmniVista NMS Network Management System**

**One Touch First Intuitive DECT Cordless Phone**

**Alcatel Operate & Maintain Services**

**Optical Components**
*Products formerly sold by Alcatel Optronics (Now part of Avanex)*

**Alcatel PolicyView Network Management System**

**Alcatel PRC Manager**
*A Protection Restoration Combined Manager*

**Alcatel Professional Services for Enterprise Networks**

**Reflexes Advanced Digital High-end Set**

**Reflexes Advanced IP Digital Dedicated Set with IP interface**

**Reflexes Easy Digital Workstation**

**Pages:** 1 2 3
**Showing:** 11 - 20 of 23 Products.



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide      Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

● Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

O to R

**Pages**: 1 2 3
**Showing**: 21 - 23 of 23 Products.
☑ Hide Product Descriptions

**Reflexes First Digital Entry Level Set**

**Reflexes Premium Digital Teamware**

**Reflexes Premium IP Digital Teamware Set with
IP interface**

**Pages**: 1 2 3
**Showing**: 21 - 23 of 23 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

Legal Notices, Privacy Statement and Terms of Use



BROADEN YOUR LIFE

Register    Cont

Alcatel Sites Worldwide    Home    About Alcatel    Products & Solutions    Support

- Products
- Solutions
- Services
- Technologies
- Articles and Papers

**Product Search**

⊙ Product Area Only
○ All of Alcatel.com

[ Search ]

Products >

S to Z

**Pages**: 1
**Showing**: 1 - 9 of 9 Products.
☑ Hide Product Descriptions

### Alcatel Selene Two-dimensional mode solvers

### Alcatel Space Telecom Systems
*Satellite and ground systems*

### SpeedTouch Alcatel Modems
*Now products of manufactured and sold by Thomson*

### Starspan Electrically-Fed Network Unit

### Alcatel Submarine PFE Power Feed Equipment

### Telco Systems T5C Service Extension Node

### Alcatel Temporis Corded Telephones

### Alcatel URC2 Unrepeatered Fiber Optic Cable 2

### Alcatel X-Vision Network Management System

**Pages**: 1
**Showing**: 1 - 9 of 9 Products.

Back to top

All rights reserved © Copyright 2005 Compagnie Financière Alcatel, Pa

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2005, the attached **FIRST NOTICE OF**

**30(B)(6) DEPOSITION TO ALCATEL** was served upon the below-named counsel of record

at the address and in the manner indicated:


Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Stuart J. Sinder, Esquire                                     VIA FEDERAL EXPRESS
Kenyon & Kenyon
One Broadway
New York, NY  10004



/s/ John G. Day
John G. Day