IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> Plaintiff, <br> Counterclaim-Defendant, <br><br> v. <br><br> ALCATEL S.A., <br><br> Defendant, <br><br> and <br><br> ALCATEL USA, INC., <br><br> Defendant <br> Counterclaim-Plaintiff | Civil Action No: 04-874-GMS |

## STIPULATED ORDER EXTENDING TIME

IT IS HEREBY STIPULATED by the parties to this action, subject to the order of this court, that defendants' time in which to move, plead or otherwise respond to the Amended Complaint is extended from August 3, 2005 to and including August 10, 2005.

ASHBY & GEDDES

_____  #2403
Steven J. Balick (No. 2114)
222 Delaware Avenue
Wilmington, DE 19801
(302) 654-1888
sbalick@ashby-geddes.com
Attorneys for Plaintiff and Counterclaim
  Defendant

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll  by RJMorse
Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com
Attorneys for Defendant and Counterclaim
Plaintiff

SO ORDERED this ____ day of

_____, 2005.


_____
U.S.D.C.