**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-874-GMS |
| ) | |
| ALCATEL USA, INC., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |
| ) | |

**FIRST STIPULATION SEEKING AN ORDER EXTENDING DEADLINE FOR
TELCORDIA TO ANSWER ALCATEL'S AUGUST 10, 2005 COUNTERCLAIMS**

WHEREAS defendant Alcatel USA, Inc. ("Alcatel") filed counterclaims on August 10, 2005, along with its answer (D.I. 49) to plaintiff Telcordia Technologies, Inc.'s ("Telcordia's") amended complaint;

WHEREAS Telcordia's answer to Alcatel's counterclaims is due on August 30, 2005; and

WHEREAS, due to vacation schedules and unavailability of key personnel, Telcordia has requested additional time to prepare and file its answer to Alcatel's counterclaims;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that Telecordia shall file and serve its answer to Alcatel's counterclaims on September 29, 2005.

2

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John G. Day* | */s/ Josy W. Ingersoll* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888 | Josy W. Ingersoll (I.D. #1088)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>302-571-6600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

160660.1