IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ALCATEL S.A., )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>ALCATEL USA, INC., )<br>)<br>Defendant )<br>Counterclaim-Plaintiff ) | Civil Action No: 04-874-GMS |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mark A. Hannemann, Esquire, Michelle Carniaux, Esquire, Michael G. Gabriel, Esquire, Elizabeth S. Tse, Esquire, Scott E. Kolassa, Esquire and Andrew P. Nemiroff, Esquire to represent Alcatel USA, Inc. in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 for each admission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com
Attorneys for Defendant and Counterclaim Plaintiff

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2005          _____
                                        United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: September 8, 2005

_____
Mark A. Hannemann
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: September 7, 2005

Michelle Carniaux
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: September 6, 2005

Michael G. Gabriel
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: September 8, 2005

_____
Elizabeth S. Tse
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: September 12, 2005

Scott E. Kolassa
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: September 6, 2005

Andrew P. Nemiroff
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire hereby certify that on September 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY HAND DELIVERY**

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

I further certify that on September 26, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Richard L. Rainey, Esquire
>Finnegan, Henderson, Farabow
> Garrett & Dunner, L.L.P.
>901 New York Avenue, NW
>Washington, DC 20001

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>Josy W. Ingersoll (No. 1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jingersoll@ycst.com
>Attorneys for Alcatel USA, Inc.