IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-874-GMS |
| ALCATEL USA, INC., | ) |
| | ) |
| Defendant. | ) |

## **STIPULATED ORDER**

WHEREAS, plaintiff's reply papers in support of its motion to dismiss, or in the alternative, to sever and stay defendant's infringement counterclaim (D.I. 54) (the "Motion") are due on October 21, 2005;

WHEREAS, plaintiff's counsel have found themselves temporarily overloaded with several pressing, but conflicting, client obligations, and defense counsel therefore have consented to relief from the foregoing reply brief deadline; and

WHEREAS, the parties have attempted for several days to reach agreement regarding an extension, but busy schedules and multiple exchanges of telephone messages regrettably prevented the reaching of an agreement until the morning of the current deadline; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that plaintiff's reply brief deadline in support of the Motion is extended through and including November 1, 2005.

2

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Josy W. Ingersoll* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888 | Josy W. Ingersoll (I.D. #1088)<br>Adam W. Poff (I.D. #3990)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>302-571-6600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

162644.1