# EXHIBIT A

**From:** Don Burley
**To:** "SSinder@kenyon.com".Internet.DOMGWIA
**Date:** 7/28/05 4:53PM
**Subject:** Re: Telcordia v. Alcatel

Stu,

Thank you for your email and letter of July 26. I was on travel and received them today when I returned to the office.

Candidly, I don't understand why you're trying to tie a possible claim by Alcatel against Telcordia for patent infringement to the due date for Alcatel's response to Telcordia's amended complaint. Any infringement claim that Alcatel might have based on the Telcordia systems you've identified in your letter would be unrelated to the subject matter of Telcordia's present case against Alcatel, and certainly not be a compulsory counterclaim. Indeed, Telcordia would strongly oppose any attempt to make the claim a part of the current case.

In short, if Alcatel wants to bring an infringement suit against Telcordia based on Telcordia's performance of the services you've identified, that should not be done as a counterclaim in the present case, so it does not need to be done by August 3. Rather, Alcatel should (if and when it concludes that Rule 11 has been satisfied) file a separate lawsuit against Telcordia.

Also, I must admit to being taken aback at the extraordinary breadth of the requests for information in your letter. You've complained about the breadth of our discovery requests, which have been made in the context of a filed lawsuit, yet you appear to seek more information from us without even giving us proper notice of infringement. Indeed, you've identified no Alcatel patent you believe even *may have been* infringed by Telcordia, much less indicated *why* you've reached such a conclusion. Not surprisingly, therefore, Telcordia is unwilling to provide you with any information at this time in response to your letter.

Finally, please note that I do not believe that you've yet replied to my letter to you of June 17. That letter contains a number of requests for information, including a request for information that I had requested in at least three earlier letters. Accordingly, I would appreciate a response to my letter as soon as possible.

If you have any questions, please let me know.

With best regards,
Don


>>> "Sinder, Stuart" <SSinder@kenyon.com> 07/26/05 04:21PM >>>

Don,

Please see the attached letter.

Regards,

Stu

Stuart J. Sinder
Kenyon & Kenyon
One Broadway
New York, NY 10004
<mailto:ssinder@kenyon.com>
Direct Dial: 212-908-6151
Facsimile: 212-425-5288

NOTE: The information in this e-mail message is confidential and intended only for the use of the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by e-mail, and destroy the original message. Thank you.