IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-874-GMS |
| | ) |
| ALCATEL S.A. and | ) |
| ALCATEL USA, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ronald E. Myrick to represent the plaintiff in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above.

    ASHBY & GEDDES

    */s/ Tiffany Geyer Lydon*
    _____
    Steven J. Balick (I.D. # 2114)
    John G. Day (I.D. # 2403)
    Tiffany Geyer Lydon (I.D. #3950)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE 19899
    (302) 654-1888

    *Attorneys for Plaintiff*

Dated: December 7, 2005
164328.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-874-GMS |
| | ) |
| ALCATEL S.A. and | ) |
| ALCATEL USA, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 2005, the Court having considered the motion for the admission *pro hac vice* of Ronald E. Myrick to represent the plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the States of Massachusetts, Connecticut, Illinois and Texas pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Ronald E. Myrick
FINNEGAN, HENDERSON
FARABOW, GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway, Suite 700
Cambridge, MA 02142
Direct: (617) 452-1630
Fax: (617) 452-1666
e-mail: ron.myrick@finnegan.com

Dated: 12/5/05

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Stuart J. Sinder, Esquire                                                           VIA FEDERAL EXPRESS
Kenyon & Kenyon
One Broadway
New York, NY  10004


/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon