**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-874-GMS |
| | ) | |
| ALCATEL S.A. and | ) | |
| ALCATEL USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of December, 2005, **TELCORDIA TECHNOLOGIES, INC.'S THIRD SUPPLEMENTAL RESPONSE TO ALCATEL USA'S FIRST SET OF INTERROGATORIES (1-17)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Stuart J. Sinder, Esquire                                                          VIA FEDERAL EXPRESS
Kenyon & Kenyon
One Broadway
New York, NY  10004

                          ASHBY & GEDDES

                          */s/ Tiffany Geyer Lydon*

                          ——————————————————
                          Steven J. Balick (I.D. #2114)
                          John G. Day (I.D. #2403)
                          Tiffany Geyer Lydon (I.D. #3950)
                          222 Delaware Avenue, 17th Floor
                          P.O. Box 1150
                          Wilmington, Delaware 19899-1150
                          (302) 654-1888
                          sbalick@ashby-geddes.com
                          jday@ashby-geddes.com
                          tlydon@ashby-geddes.com

                          *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675
(650) 849-6600

Dated: December 9, 2005

150913.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon