## YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MONTE T. SQUIRE
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
KAREN L. PASCALE
PATRICIA A. WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

December 13, 2005

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Telcordia Technologies, Inc. v. Alcatel U.S.A., Inc.*
             Civil Action No. 04-874-GMS

Dear Judge Sleet:

    In preparation for the teleconference scheduled on December 15, 2005, at 11:30 a.m., Alcatel submits this letter agenda.

### Alcatel's Issues

1) **Telcordia's unseasonable assertion of additional claims**

    a) Telcordia should be precluded from adding new claims at this late date because Telcordia has long known of the functionality of the allegedly third-party infringing integrated circuits in the accused products

2) **Telcordia's Document Production**

    a) Telcordia's refusal to provide any discovery on Alcatel's '052 patent, including any sales information on the Telcordia products that Alcatel has accused of infringement

    b) Telcordia's withholding of Telcordia's documents relating to the testing and certification of the specifically accused Alcatel products under Telcordia's OSMINE process

YOUNG CONAWAY STARGATT & TAYLOR, LLP
December 13, 2005
Page 2

    c) Telcordia's failure to provide relevant license agreements

    d) Telcordia's withholding of Fore Systems pleadings, depositions, and other court submissions from the Fore Systems case as Fore Systems confidential

3) **The Alcatel/Telcordia Protective Order**

    a) Alcatel proposes that Alcatel's proposed "source code" protection provisions are sufficient

    b) Alcatel proposes including European Patent Attorneys in the definition of in-house counsel

    c) Alcatel opposes the inclusion of Telcordia employees who are actively involved in Telcordia's day-to-day licensing negotiations as persons permitted to view Alcatel confidential material

4) **Discovery From Alcatel**

    a) Telcordia should be precluded from seeking Alcatel's financial information related to Alcatel's sales to the Regional Bell Operating Companies (RBOCs) and AT&T, because Telcordia has conceded that those sales are not infringing and has stated that it would not seek damages for those sales

Respectfully Submitted,

*/s/ Karen E. Keller*

Karen E. Keller (#4489)

cc: Steven J. Balick, Esq. (by CM/ECF)