IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| Plaintiff/Counterclaim –Defendant, | ) |
| v. | ) C.A. No. 04-874-GMS |
| ALCATEL USA, INC., | ) |
| Defendant/Counterclaim-Plaintiff. | ) |

## NOTICE OF DEPOSITION OF JASKARAN SINGH

PLEASE TAKE NOTICE that Plaintiff Telcordia Technologies, Inc. ("Telcordia") will take the deposition of Jaskaran Singh by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 am on February 22, 2006, at the offices of FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., 901 New York Avenue NW, Washington, DC 20001-4431, or such other date and location as mutually agreeable to the parties, and will continue from day to day until completed. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

You are invited to attend and examine the witness.

                        ASHBY & GEDDES

                        */s/ Tiffany Geyer Lydon*

                        _____
                        Steven J. Balick (I.D. #2114)
                        John G. Day (I.D. #2403)
                        Tiffany Geyer Lydon (I.D. #3950)
                        222 Delaware Avenue, 17th Floor
                        P.O. Box 1150
                        Wilmington, Delaware 19899-1150
                        (302) 654-1888
                        sbalick@ashby-geddes.com
                        jday@ashby-geddes.com
                        tlydon@ashby-geddes.com

                        *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675
(650) 849-6600

Dated: January 10, 2006
165445.1

## **CERTIFICATE OF SERVICE**

hereby certify that on the 10th day of January, 2006, the attached **NOTICE OF DEPOSITION OF JASKARAN SINGH** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon