IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,       ) | |
|                                         ) | |
|             Plaintiff,                    ) | |
|      v.                                        ) | Civil Action No. 04-874 GMS |
|                                         ) | |
| ALCATEL USA, INC.,                ) | |
|                                         ) | |
|            Defendant.                ) | |

## NOTICE OF WITHDRAWAL OF DISCOVERY REQUEST

PLEASE TAKE NOTICE that Telcordia hereby withdraws TELCORDIA'S FIRST SET OF REQUESTS FOR ADMISSION TO ALCATEL USA INC. (NOS. 1-55), which was served on January 11, 2006.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. # 3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Dated: January 12, 2006

165597.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2006, the attached **NOTICE OF WITHDRAWAL OF DISCOVERY REQUEST** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | VIA FEDERAL EXPRESS |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon