IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ALCATEL USA, INC., )<br>)<br>Defendant )<br>Counterclaim-Plaintiff )<br>) | Civil Action No: 04-874-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that on February 10, 2006, copies of (1) Alcatel USA's Third Set of Interrogatories (No. 22) and (2) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDEX**

Donald R. Dunner, Esquire
Don O. Burley, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

Additionally, the undersigned certifies that on February 10, 2006, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*