## <u>NOTICE OF SCHEDULING</u>

IT IS HEREBY ORDERED that a discovery dispute telephone conference in the above-referenced matter has been set.  Counsel for the plaintiff(s) is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

IT IS FURTHER ORDERED that not less than forty-eight hours prior to the teleconference, the parties shall file with the court a **joint**, **non-argumentative** letter agenda, not to exceed two pages, outlining the issues in dispute.  Should the court find briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a two page letter, exclusive of exhibits, describing the issues in contention.

/s/

_____
UNITED STATES DISTRICT JUDGE