IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-874-GMS |
| | ) |
| ALCATEL S.A. and | ) |
| ALCATEL USA, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven M. Anzalone to represent the plaintiff in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*

Dated: February 27, 2006
166787.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-874-GMS |
| | ) |
| ALCATEL S.A. and | ) |
| ALCATEL USA, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Steven M. Anzalone to represent the plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*[signature: Steven Anzalone]*
Steven M. Anzalone
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: Feb. 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2006, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                        HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Stuart J. Sinder, Esquire                                         VIA FEDERAL ESPRESS
Kenyon & Kenyon
One Broadway
New York, NY  10004

/s/ Steven J. Balick
_____
Steven J. Balick