IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br>*Plaintiff,*<br>*Counterclaim-Defendant,*<br><br>vs.<br><br>ALCATEL USA, INC.,<br><br>*Defendant,*<br>*Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF DEPOSITION OF THIERRY HOUDOIN

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, on Thursday, April 6, 2006 at 9:00 am at 54 rue la Boetie, Paris F-75008, France or at such other time and place as may be mutually agreed upon by the parties, Defendant/Counterclaim-Plaintiff Alcatel USA, Inc. ("Alcatel") shall take the deposition by oral examination of Thierry Houdoin.

The above noticed deposition shall be recorded by stenographic and/or videographic means before a Notary Public or other officer authorized by law. You are invited to attend and cross examine.

By: _____
Josy W. Ingersoll (I.D. No. 1088)
Karen L. Pascale (I.D. No. 2903)
Adam Poff (I.D. No. 3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801
Tel. (302) 571-6672
kpascale@ycst.com
*Attorneys for Defendant /*
*Counterclaim Plaintiff Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark A. Hannemann
Clement J. Naples
Michael G. Gabriel
KENYON & KENYON, LLP
One Broadway
New York, NY 10004
Tel. (212) 425-7200
Fax. (212) 425-5288

Dated: March 1, 2006

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19801

I further certify that on March 1, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Donald R. Dunner, Esquire
> Don O. Burley, Esquire
> Finnegan, Henderson, Farabow
>   Garrett & Dunner, L.L.P.
> 901 New York Avenue, NW
> Washington, DC 20001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com

Attorneys for Alcatel USA, Inc.