UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br><br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

### ALCATEL'S APPENDIX OF EXHIBITS TO ITS OPENING CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NOS. 6,247,052 AND RE. 36,633

Josy W. Ingersoll (I.D. No. 1088)
Adam Poff (I.D. No. 3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801
(302) 571-6672
apoff@ycst.com

*Attorneys for Defendant / Counterclaim Plaintiff Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Lewis V. Popovski
Mark A. Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: March 3, 2006