# EXHIBIT 6

ATTORNEY'S DOCKET NO.
0:6560.5892



RULE 116 AMENDMENT
RESPONSE TO FINAL REJECTION

1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:    Peter Sung-An Huang, et al.
Serial No.:              08/997,348
Filing Date:             December 23, 1997
Group Art Unit:          2756
Examiner:                Mehmet B. Geckil
Title:                   GRAPHIC USER INTERFACE SYSTEM FOR A
                         TELECOMMUNICATIONS SWITCH MANAGEMENT
                         SYSTEM

Assistant Commissioner
    for Patents
Washington, D.C.    20231

Dear Sir:

---

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on the date shown below.

_____
Name

10 Apr 00
Date of Signature

---

RESPONSE TO EXAMINER'S FINAL ACTION

In response to the Official Action mailed January 24, 2000, Applicants respectfully request the Examiner to reconsider the rejection of the claims in view of the following amendments thereto and the comments as set forth below.

DAL01:513733.3

ATTORNEY'S DOCKET NO.                    PATENT APPLICATION
036560.5892                                  08/997,348

                                2

                          IN THE CLAIMS

        For the convenience of the Examiner, all pending claims are
shown below whether or not an amendment has been made.  Please
amend the claims as follows:

        1.  (Twice Amended)  A graphic user interface system which
provides displays for enabling one or more users to access a
telecommunications switching system, comprising:

        a remote computer having a browser for providing
communications, the remote computer generating an access request
by a user for access to the telecommunications switching system;

        a server [publicly] accessible by said browser and operable
to receive the access request from the remote computer over a
first communications link, the server having an application
program which enables said remote computer to communicate with
the telecommunications switching system, [said server being in
communication with said remote computer via a first public
communications link, and] the server being capable of providing
a copy of said application program to said remote computer, said
remote computer running the application program separate from the
server; and

        a system manager building block in communication via a
second [public] communications link with said remote computer
running said application program, the second communication link
being separate from the first communication link, said system
manager building block also being in communication with a system
management interface building block for communicating with the
telecommunications switching system, said system manager building
block containing information related to authorized users for
determining whether to permit the users to access the
telecommunications switching system, the remote computer operable
to access the telecommunications switching system through and as
authorized by the system manager building block using the
application program.

DAL01:513733.1

ATTORNEY'S DOCKET NO.
036560.5892

PATENT APPLICATION
08/997,348

3

2.  The graphic user interface system of claim 1, wherein said server further comprises a server page for storing said application program.

3.  The graphic user interface system of claim 1, wherein said server is a hypertext markup language (HTML) server.

4.  The graphic user interface system of claim 1, wherein said system manager building block further comprises a runtime library for containing said information related to authorized users.

5.  The graphic user interface system of claim 1, wherein said system manager building block is configured to maintain records related to each instance a user accesses the telecommunications switching system.

6.  The graphic user interface system of claim 1, wherein said server provides said application program to said remote computer in the form of a Java Applet.

7.  The graphic user interface system of claim 1, wherein said application program is configured to run on said remote computer in a stand-alone capacity without additional communication with said server, in order to communicate with said system manager building block to access said telecommunications switching system.

8.  The graphic user interface system of claim 1, wherein said system manager building block and said system management interface building block conform to a common object request broker architecture (CORBA).

DAL01:513733.1

ATTORNEY'S DOCKET NO.                          PATENT APPLICATION
036560.5892                                         08/997,348

4

9.   (Amended) The graphic user interface system of claim 1,
wherein said remote computer is in communication with said server
via a first <u>public</u> communications link, and wherein said remote
computer is in communication with said system manager building
block via a second <u>public</u> communications link.

10.   (Amended) The graphic user interface system of claim
9, wherein said first and second <u>public</u> communications links are
internet communications links.

11.   (Amended) The graphic user interface system of claim
9, wherein said first and second <u>public</u> communications links use
an internet inter-ORB protocol (IIOP) communications protocol.

12.   (Amended) The graphic user interface system of claim
9, wherein said first and second <u>public</u> communications links use
a hypertext transport protocol (HTTP) communications protocol.

13.   The graphic user interface system of claim 1, wherein
said system manager building block further comprises said server,
and wherein said remote computer is in communication with said
server and with said system manager building block via a single
communications link.

14.   The graphic user interface system of claim 13, wherein
said single communications link is an internet communications
link.

15.   The graphic user interface system of claim 13, wherein
said single communications link uses an internet inter-ORB
protocol (IIOP) communications protocol.

ATTORNEY'S DOCKET NO.                          PATENT APPLICATION
036560.5892                                          08/997,348

5

16.   The graphic user interface system of claim 13, wherein
said single communications link uses a hypertext transport
protocol (HTTP) communications protocol.

17.   (Amended)  A method for accessing a telecommunications
switching system, comprising the steps of:
     initializing a browser running on a remote computer;
     accessing a server with said browser, said server having an
application    program    for    communicating    with    said
telecommunications switching system;
     providing a copy of the application program from said server
to said remote computer;
     initializing  said  application  program  on  said  remote
computer and accessing said telecommunications switching system
with said application program from said remote computer;
     determining    whether    to    permit    access    to    said
telecommunications switching system by said remote computer; and
     communicating with a system manager building block from said
remote    computer    to    provide    communication    with    the
telecommunications switching system.

18.   The method of claim 17, wherein said step of accessing
a server further comprises the step of accessing a server page
in the server, wherein the server page contains said application
program for communicating between said remote computer and said
telecommunications switching system.

19.   The method of claim 17, wherein the server comprises
a hypertext markup language (HTML) server.

DAL01:513733.1

ATTORNEY'S DOCKET NO.                           PATENT APPLICATION
036560.5892                                          08/997,348

6

20.    The method of claim 17, wherein said step of determining whether to permit access to said telecommunications switching system further comprises the step of comparing information provided by a user at said remote computer with information related to authorized users contained in a runtime library in said system manager building block.

21.    The method of claim 17, wherein said step of determining whether to permit access to said telecommunications switching system further comprises the steps of:
comparing identification numbers provided by a user at said remote computer with identification numbers of authorized users; and
comparing passwords provided by said user with passwords of authorized users.

22.    The method of claim 17, further comprising the step of maintaining records related to each instance a user accesses the telecommunications switching system.

23.    The method of claim 17, further comprising the step of establishing a socket connection between said remote computer and a system security manager client building block.

24.    The method of claim 17, wherein said application program is provided to the remote computer in the form of a Java Applet.

25.    The method of claim 17, wherein said step of initializing said application program on said remote computer comprises running said application program in a stand-alone capacity without further communicating with the server.

ATTORNEY'S DOCKET NO.                           PATENT APPLICATION
036560.5892                                            08/997,348

7

26. The method of claim 17, wherein said system manager building block conforms to a common object request broker architecture (CORBA).

27. A graphic user interface system which provides displays for enabling one or more users to remotely access a telecommunications switching system, comprising:

a remote computer having an internet browser for accessing a first internet communications link;

a hypertext markup language (HTML) remote server accessible by said internet browser and having a server page, said server page having a Java application program which enables said remote computer to communicate with the telecommunications switching system, said remote server being in communication with said remote computer via said first internet communications link, and being capable of providing a copy of said Java application program to said remote computer in the form of a Java Applet so that said remote computer can run said copy of said Java application program in a stand-alone capacity without additional communication with said remote server; and

a system manager building block having a CORBA architecture and having a runtime library, said system manager building block being in communication via a second internet communications link with said remote computer running said copy of said Java application program, said system manager building block also being in communication with a system management interface building block having a CORBA architecture for communicating with the telecommunications switching system, said runtime library containing information related to identification numbers and passwords of authorized users for determining whether to permit the users to access the telecommunications switching system.

ATTORNEY'S DOCKET NO.
036560.5892

PATENT APPLICATION
08/997,348

8

28.   The graphic user interface launcher of claim 27, wherein said system manager building block is configured to maintain records related to each instance a user accesses the telecommunications switching system.

29.   The graphic user interface launcher of claim 27, wherein said first and second internet communications links use an internet inter-ORB protocol (IIOP) communications protocol.

30.   The graphic user interface launcher of claim 27, wherein said first and second internet communications links use a hypertext transport protocol (HTTP) communications protocol.

DAL01:513733.1

ATTORNEY'S DOCKET NO.                                        PATENT APPLICATION
036560.5892                                                        08/997,348

.9

## REMARKS

This Application has been carefully reviewed in light of the
Official Action mailed January 24, 2000. In order to advance
prosecution of this case, Claims 1 and 9-12 have been amended in
order to clarify and further describe various inventive concepts.
Applicants respectfully request reconsideration and favorable
action in this case.

Claims 1-16 stand rejected under 35 U.S.C. § 112, second
paragraph, as being indefinite. Claim 1 has been amended to
address matters raised by the Examiner. Therefore, Applicants
respectfully submit that Claims 1-16 are in accordance with 35
U.S.C. § 112, second paragraph.

Claims 1-30 stand rejected under 35 U.S.C. § 103(a) as being
unpatentable over Branton, Jr., et al. in view of Koved. With
respect to Independent Claim 1, there is recited ". . . a server
accessible by said browser and operable to receive the access
request from the remote computer over a first communications
link, the server having an application program which enables said
remote computer to communicate with the telecommunications
switching system, the server being capable of providing a copy
of said application program to said remote computer, said remote
computer running the application program separate from the
server; and a system manager building block in communication via
a second communication link with said remote computer running
said application program, the second communication link being
separate from the first communication link, . . . , the remote
computer operable to access the telecommunications switching
system through and as authorized by the system manager building
block using the application program." The Examiner has not shown
how the cited references provide for these limitations of the
claimed invention.

By contrast, the Branton, Jr., et al. patent has no
communication link to its switch network other than through its
server and no application program is provided to the workstation
by the server to enable the workstation to access a

DAL01513733.1

ATTORNEY'S DOCKET NO.
036560.5892

PATENT APPLICATION
08/997,348

10

telecommunications switching system. The Examiner identifies the
Branton, Jr., et al. web server 284 as the claimed server and its
controllers 271-273 as the claimed system manager building block.
However, the Examiner has not shown where the Branton, Jr., et
al. patent shows a remote computer with a first communication
link to web server 284 and with a separate second communication
link to controllers 271-273 as would be required by the claimed
invention. At best, the Branton, et al. patent at FIG. 7 shows
each of workstations 702-706 with a single communication link to
intranet 708, web server 710, and LAN 714 in order to communicate
with web server 284 or controllers 271-273.  Thus, the Branton,
Jr., et al. patent does not provide the access to a
telecommunication switching system from a stand alone remote
computer as specified by the claimed invention.  Further, the
applet identified by the Examiner in col. 13 of the Branton, Jr.,
et al. patent is used to display to the user, for example, of
workstation 702 the results of the user's request. The Branton,
Jr., et al. patent provides no disclosure with respect to
providing a remote computer with an application program over a
first communication link that is used to enable the remote
computer to access a telecommunications switching system through
a system manager building block over a separate public
communication link.  The Koved patent is only used to provide
support for user access and has no disclosure pertaining to the
limitations discussed above.  Therefore, Applicants respectfully
submit that Claims 1-30 are patentably distinct from the proposed
Branton, Jr., et al. - Koved combination.

    The Examiner has not provided a full and complete
examination of every claim pending in the present Application.
Though Claims 1-30 were stated as being rejected, the Examiner
only has shown that Claim 1 was considered in the Office Action
with no specific reference made to Claims 2-30.  As such, the
Office Action is not in compliance with M.P.E.P. § 707.07(i).
Accordingly, Applicants respectfully request the withdrawal of
the finality of the present Office Action in order that proper

DAL01:513753.1

ATTORNEY'S DOCKET NO.                              PATENT APPLICATION
036560.5892                                              08/997,348

                                11

consideration can be given to all pending claims and their
limitations.

     Applicants have now made an earnest attempt to place this
case in condition for allowance.  For the foregoing reasons and
for other reasons clearly apparent, Applicants respectfully
request full allowance of Claims 1-30.

     The present Response to Examiner's Final Action is necessary
to address and clarify the Examiner's characterization of the
cited references.  The present Response could not have been
presented earlier as the Examiner has only now provided this
characterization of the cited references.

     The Commissioner is hereby authorized to charge any fees or
credit any overpayments to Deposit Account No. 02-0384 of BAKER
BOTTS L.L.P.

                              Respectfully submitted,
                              BAKER BOTTS L.L.P.
                              Attorneys for Applicants


                              Charles S. Fish
                              Reg. No. 35,870

2001 Ross Avenue
Dallas, Texas  75201-2980
(214) 953-6507
April 10, 2000

DAL01:513733.1

# EXHIBIT 7



**UNITED STAT** **DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/997,348 | 12/23/97 | HUANG | P | U06560.5897 |

LMC1/0804

```
┌                    ┐
  BAKER & BOTTS
  2001 ROSS AVENUE
  DALLAS TX 75201-2980
└                    ┘
```

| EXAMINER |
|---|
| GECKIL,M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2756 | 11 |

DATE MAILED: 08/04/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

1- File Copy

PTO-90C (Rev. 2/95)

U.S. G.P.O. 2000 : 485-188/25266

| **Office Action Summary** | Application No.<br>08/997,348 | Applicant(s)<br>Peter Sung-An Hwang et al |
|---|---|---|
| | Examiner<br>Gecheol | Group Art Unit<br>2756 |

---*The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address—*

**Period for Response**

A SHORTENED STATUTORY PERIOD FOR RESPONSE IS SET TO EXPIRE _3 (thru)_ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a response be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for response is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to respond within the set or extended period for response will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

☒ Responsive to communication(s) filed on _4/17/00_

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 1 1; 453 O.G. 213.

**Disposition of Claims**

☒ Claim(s) _1-30_ is/are pending in the application.

   Of the above claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _1-30_ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 11 9(a)-(d).

   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

   ☐ received.

   ☐ received in Application No. (Series Code/Serial Number) _____.

   ☐ received in this national stage application from the International Bureau (PCT Rule 1 7.2(a)).

   *Certified copies not received: _____.

**Attachment(s)**

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____     ☐ Interview Summary, PTO-413

☒ Notice of References Cited, PTO-892     ☐ Notice of Informal Patent Application, PTO-152

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948     ☐ Other _____

**Office Action Summary**

U. S. Patent and Trademark Office
PTO-326 (Rev. 3-97)     *U.S. GPO: 1997-417-381/62710     Part of Paper No. _11_.

Application/Control Number: 08/997,348                                    Page 2

Art Unit: 2756

1.    Claims 1-30 are presented for examination.

2.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

3.    Claims 1-30 are rejected under 35 U.S.C. 103(a) as being unpatentable over Ingrassia et

al.

4.    Ingrassia, Jr. et al (6,035,332) taught the invention substantially as claimed including a

graphical user interface for enabling one or more users to access a telecommunications switching

system, comprising:

a) a remote computer or terminal  (column 4 lines 13-19) having a browser (Figure 1 element

114), the remote computer generating  requests by a user for access to the web pages provided by

the web server system (column 4 line 38 et seq);

b) a http web server (152) accessible by the browser via a first communication link (figure 3

elements 1-2)  and having an interface application program (applets, see column 4 line 23 et seq)

which enables the remote computer to communicate with the telecommunications network

Application/Control Number: 08/997,348                                            Page 3

Art Unit: 2756

switching system (col 4 line 5 et seq), and being capable of providing a copy of the application

program to the remote computer, (col 4 line 45 et seq); and

c) a system manager building block (Figure 3 element 142) in communications via a second

communications link (Figure 3 element 7), with the remote computer running the browser

application program wherein the second communication link is being separate from the first

communication link (Figure 3 elements 1-2 is separate from the element 7), the system manager

building block (142) also being in communication with the system management interface building

block (column 4 element 144), the system manager building block containing information related

to authorized users (col 5 line 7 et seq e.g. where it says "Master Applet, (7) sending commands

to WTS server to request services...or itself and for DTS Applets...or any other consumer

Applets....sending user class information together with the commands, to indicate that its

respective browser is a consumer user" as well as column 14 lines 13-17 and column 16 line 5 et

seq. )

5.      It would have been obvious to one of ordinary skill in the Internet art at the time of the

invention that the claimed invention differed from the teachings of Ingrassia, Jr. et al only by a

degree, e.g., in the recitation of the word "management" in the claim language but this recitation

is no more than a name because claim only recites language for accessing to telecommunication

services and not for managing the telecommunication switching system. There is a big difference

between the two. Examiner found another Patent (6,052,456) issued one of the inventors. In that

Application/Control Number: 08/997,348                                    Page 4

Art Unit: 2756

patent the claims are directed to performing functions on a telecommunications switching system.
In this applications claims are directed to accessing to a server for authenticating the user for
telecommunication services. The scope of meaning of the telecommunication services in the
present claims is rather broad and includes for making telephone calls and not for executing
functions to manage the telecommunications switching system. But, Ingrassia, Jr. et al also taught
accessing telecommunications switching system for making telephone calls via call centers (see
figures 9-12 and column 12 line 7 et seq.) Other claimed features are all obvious variations of
the well known features of using graphical interfaces to access remote devices via the www
features and applets, e.g., for example maintaining records related to each instance a user accesses
the telecommunication switching system is an obvious variation of Ingrassia, Jr. et al teaching of
URL history (see column 16 line 10 et seq.) It would have been obvious to one of ordinary skill
in the Internet art at the time of the invention that one skill in the networking art would recognize
that loadable content could be adapted to other environments, such as active X, or OMG's
CORBA and IIOP, where the loadable content is executable. Moreover, It would have been
obvious to one of ordinary skill in the Internet art at the time of the invention that one skill in the
networking art would recognize that tem word "management" is used interchangeably with the
word "admin" or "administration" by those one of ordinary skill in the art and Ingrassia, Jr. et
chose to use the word "admin" in his description of his invention, see for example figures 8 for the
usage of "admin."

Application/Control Number: 08/997,348                                        Page 5

Art Unit: 2756

6.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Mehmet Geckil whose telephone number is (703) 305-9676.  The examiner

can normally be reached on Monday through Friday from 6:30 A.M. to 3:00 P.M..

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Mark Rinehart, can be reached on (703) 305-4815. The fax phone number for the organization

where this application or proceeding is assigned is (703) 305-9564.


        Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 305-3900.

        **Any response to this action should be mailed to:**

                Commissioner of Patents and Trademarks
                Washington, D.C. 20231

        **or faxed to:**

                (703) 308-9051, (for formal communications intended for entry)

        **Or:**

                (703) 308-5359 (for informal or draft communications, please label
                "PROPOSED" or "DRAFT")

        Hand-delivered responses should be brought to Crystal Park II,  2021 Crystal
        Drive, Arlington, VA.; Sixth Floor  (Receptionist).

8/2/00                                                          MEHMET B. GECKIL
                                                               PRIMARY EXAMINER

**Notice of References Cited**

| Application No. | Applicant(s) |
|---|---|
| 08/997,348 | Peter Sung-An Huang et al |
| Examiner | Group Art Unit | Page 1 of 1 |
| Gechi'l | 2756 | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 6,079,020 | 6/20/00 | Liu | 713 | 201 |
| | B | 6,052,456 | 4/18/00 | Huang | 379 | 201 |
| | C | 6,049,827 | 4/11/00 | Sugauchi et al | 709 | 223 |
| | D | 6,075,332 | 3/7/00 | Ingrassia Jr. et al | 709 | 224 |
| | E | 6,031,904 | 2/29/00 | An et al | 379 | 201 |
| | F | 5,996,010 | 11/30/99 | Leong et al | 709 | 223 |
| | G | 5,987,513 | 11/16/99 | Prthviraj et al | 709 | 223 |
| | H | 6,032,184 | 2/29/00 | Cogger et al | 709 | 223 |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

## NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-96)

Part of Paper No. 11

*U.S. GPO: 1998-433-211/97440

2757

Please type a plus sign (+) inside this box → ⊞

PTO/SB/21 (6-98)
Approved for use through 09/30/2000. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **Application Number** | 08/997,348 |
| **Filing Date** | December 23, 1997 |
| **First Named Inventor** | Huang, et al. |
| **Group Art Unit** | 2756 |
| **Examiner Name** | M. Geckil |
| **Attorney Docket Number** | 036560.5892 |

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

Total Number of Pages in This Submission: 3

## ENCLOSURES (check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Response
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Assignment Papers (for an Application)
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition Routing Slip (PTO/SB/69) and Accompanying Petition
- [ ] Petition to Convert to a Provisional Application
- [x] Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Small Entity Statement
- [ ] Request for Refund
- Remarks

- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Additional Enclosure(s) (please identify below):
  - Postcard

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm or Individual name | Alcatel USA |
| Signature | |
| Date | August 31, 2000 |

Registration No. 38,917

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: August 31, 2000

| Typed or printed name | Melanie Murdock, Legal Assistant | | |
|---|---|---|---|
| Signature | | Date | August 31, 2000 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# EXHIBIT 8

ATTORNEY DOCKET NO.
036560.5892

#14/AROK of
T. H°Cott-Bond
PATENT APPLICATION 2150
11/17/00 08/997,348

1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:      Peter Sung-An Huang, et al.

Serial No.:               08/997,348

Filing Date:              December 23, 1997

Group Art Unit:           2756

Examiner:                 Mehmet B. Geckil

Title:                    GRAPHIC USER INTERFACE SYSTEM

                          FOR A TELECOMMUNICATIONS SWITCH

                          MANAGEMENT SYSTEM



RECEIVED
NOV 15 2000
TC 2100 MAIL ROOM

Assistant Commissioner
    for Patents
Washington, D.C.    20231

I hereby certify that this
correspondence is being deposited
with the United States Postal
Service as first class mail in an
envelope addressed to: Assistant
Commissioner for Patents,
Washington, D.C. 20231, on the date
shown below.

_____
Name

06 NOV 00
_____
Date of Signature

Dear Sir:

## RESPONSE TO EXAMINER'S ACTION

In response to the Official Action mailed August 4, 2000, Applicants respectfully request the Examiner to reconsider the rejection of the claims in view of the following Amendments thereto and the comments as set forth below. Please amend the Application as follows.

DAL01:564015.1

ATTORNEY DOCK...T NO.
036560.5892

PATENT APPLICATION
08/997,348

2

IN THE CLAIMS

For the convenience of the Examiner, all pending claims are shown below whether or not an amendment has been made. Please amend the claims as follows.

1.    (Three Times Amended)    A graphic user interface system which provides displays for enabling one or more users to access a telecommunications switching system, comprising:

a remote computer having a browser for providing communications, the remote computer generating an access request by a user for access to the telecommunications switching system;

a server accessible by said browser and operable to receive the access request from the remote computer over a first communications link, the server having an application program which enables said remote computer to communicate with the telecommunications switching system, the server being capable of providing a copy of said application program to said remote computer, said remote computer running the application program separate from the server; and

a system manager building block in communication via a second communications link with said remote computer running said application program, the second communication link being separate from the first communication link, said system manager building block also being in communication with a system management interface building block for communicating with the telecommunications switching system, said system manager building block containing information related to authorized users for determining whether to permit the users to access the telecommunications switching system, the remote computer operable to access the telecommunications switching system for monitoring of the telecommunications switching system through and as authorized by the system manager building block using the application program.

DAL01:564015.1

5 )

ATTORNEY DOCKET NO.                    PATENT APPLICATION
036560.5892                               08/997,348

3

2.  The graphic user interface system of claim 1, wherein said server further comprises a server page for storing said application program.

3.  The graphic user interface system of claim 1, wherein said server is a hypertext markup language (HTML) server.

4.  The graphic user interface system of claim 1, wherein said system manager building block further comprises a runtime library for containing said information related to authorized users.

5.  The graphic user interface system of claim 1, wherein said system manager building block is configured to maintain records related to each instance a user accesses the telecommunications switching system.

6.  The graphic user interface system of claim 1, wherein said server provides said application program to said remote computer in the form of a Java Applet.

7.  The graphic user interface system of claim 1, wherein said application program is configured to run on said remote computer in a stand-alone capacity without additional communication with said server, in order to communicate with said system manager building block to access said telecommunications switching system.

8.  The graphic user interface system of claim 1, wherein said system manager building block and said system management interface building block conform to a common object request broker architecture (CORBA).

DAL01:564015.1

ATTORNEY DOCKET NO.                    PATENT APPLICATION
036560.5892                                08/997,348

4

9.    (Previously Amended) The graphic user interface system of claim 1, wherein said remote computer is in communication with said server via a first public communications link, and wherein said remote computer is in communication with said system manager building block via a second public communications link.

10.    (Previously Amended) The graphic user interface system of claim 9, wherein said first and second public communications links are internet communications links.

11.    (Previously Amended) The graphic user interface system of claim 9, wherein said first and second public communications links use an internet inter-ORB protocol (IIOP) communications protocol.

12.    (Previously Amended) The graphic user interface system of claim 9, wherein said first and second public communications links use a hypertext transport protocol (HTTP) communications protocol.

13.    The graphic user interface system of claim 1, wherein said system manager building block further comprises said server, and wherein said remote computer is in communication with said server and with said system manager building block via a single communications link.

14.    The graphic user interface system of claim 13, wherein said single communications link is an internet communications link.

15.    The graphic user interface system of claim 13, wherein said single communications link uses an internet inter-ORB protocol (IIOP) communications protocol.

ATTORNEY DOCK.. NO.                    PATENT APPLICATION
036560.5892                                 08/997,348

5

16.   The graphic user interface system of claim 13, wherein said single communications link uses a hypertext transport protocol (HTTP) communications protocol.

17.  (Twice Amended)   A method for accessing a telecommunications switching system, comprising the steps of:

initializing a browser running on a remote computer;

accessing a server with said browser, said server having an application program for communicating with said telecommunications switching system;

providing a copy of the application program from said server to said remote computer;

initializing said application program on said remote computer and accessing said telecommunications switching system with said application program from said remote computer;

determining whether to permit access to said telecommunications switching system by said remote computer; and

communicating with a system manager building block of the telecommunications switching system from said remote computer to provide [communication with] monitoring of the telecommunications switching system.

18.   The method of claim 17, wherein said step of accessing a server further comprises the step of accessing a server page in the server, wherein the server page contains said application program for communicating between said remote computer and said telecommunications switching system.

19.   The method of claim 17, wherein the server comprises a hypertext markup language (HTML) server.

DAL01:564015.1                                   58

ATTORNEY DOCKET NO.
036560.5892

PATENT APPLICATION
08/997,348

6

20.    The method of claim 17, wherein said step of determining whether to permit access to said telecommunications switching system further comprises the step of comparing information provided by a user at said remote computer with information related to authorized users contained in a runtime library in said system manager building block.

21.    The method of claim 17, wherein said step of determining whether to permit access to said telecommunications switching system further comprises the steps of:

comparing identification numbers provided by a user at said remote computer with identification numbers of authorized users; and

comparing passwords provided by said user with passwords of authorized users.

22.    The method of claim 17, further comprising the step of maintaining records related to each instance a user accesses the telecommunications switching system.

23.    The method of claim 17, further comprising the step of establishing a socket connection between said remote computer and a system security manager client building block.

24.    The method of claim 17, wherein said application program is provided to the remote computer in the form of a Java Applet.

25.    The method of claim 17, wherein said step of initializing said application program on said remote computer comprises running said application program in a stand-alone capacity without further communicating with the server.

DAL01:564015.1

ATTORNEY DOCK... NO.                      PATENT APPLICATION
036560.5892                                    08/997,348

7

26.  The method of claim 17, wherein said system manager building block conforms to a common object request broker architecture (CORBA).

27.  (Amended) A graphic user interface system which provides displays for enabling one or more users to remotely access a telecommunications switching system, comprising:

a remote computer having an internet browser for accessing a first internet communications link;

a hypertext markup language (HTML) remote server accessible by said internet browser and having a server page, said server page having a Java application program which enables said remote computer to communicate with the telecommunications switching system, said remote server being in communication with said remote computer via said first internet communications link, and being capable of providing a copy of said Java application program to said remote computer in the form of a Java Applet so that said remote computer can run said copy of said Java application program in a stand-alone capacity without additional communication with said remote server; and

a system manager building block having a CORBA architecture and having a runtime library, said system manager building block being in communication via a second internet communications link with said remote computer running said copy of said Java application program, said system manager building block also being in communication with a system management interface building block having a CORBA architecture for communicating with the telecommunications switching system, said runtime library containing information related to identification numbers and passwords of authorized users for determining whether to permit the users to access the telecommunications switching system for monitoring thereof.

ATTORNEY DOCKET NO.                    PATENT APPLICATION
036560.5892                                   08/997,348

8

28.   The graphic user interface launcher of claim 27,
wherein said system manager building block is configured to
maintain records related to each instance a user accesses the
telecommunications switching system.

29.   The graphic user interface launcher of claim 27,
wherein said first and second internet communications links
use an internet inter-ORB protocol (IIOP) communications
protocol.

30.   The graphic user interface launcher of claim 27,
wherein said first and second internet communications links
use a hypertext transport protocol (HTTP) communications
protocol.

ATTORNEY DOCKET NO.
036560.5892

PATENT APPLICATION
08/997,348

9

## REMARKS

This Application has been carefully reviewed in light of the Official Action mailed August 4, 2000. In order to advance prosecution of the present Application, Claims 1, 17, and 27 have been amended in order to clarify and further describe various inventive concepts. Applicants respectfully request reconsideration and favorable action in this case.

Claims 1-30 stand rejected under 35 U.S.C. §103(a) as being unpatentable over Ingrassia, Jr., et al. Independent Claims 1, 17, and 27 recite in general the ability to access a telecommunications switching system for monitoring purposes over a second communication link from a remote computer independently from a server upon receiving an application program from the server over a first communication link separate from the second communication link. By contrast, the Ingrassia, Jr., et al. patent provides only a terminal to server occupied web site connection with no capability to access a telecommunications switching system as required by the claimed invention. The Ingrassia, Jr., et al. patent merely discloses the ability for a consumer to connect to a call center by dialing a telephone number but has no capability to monitor a telecommunications switching system. Moreover, the Ingrassia, Jr., et al. patent has a single communication link between its terminal and its web site through its network. The dotted lines identified by the Examiner as communication links in Figure 3 of the Ingrassia, Jr., et al. patent merely show process steps through the single communication link and not separate communication links. Thus, the Ingrassia, Jr., et al. patent cannot access a telecommunications switching system for monitoring thereof through a dual communication link function provided for by the claimed invention. Therefore, Applicants respectfully submit that Claims 1-30 are patentably distinct from the Ingrassia, Jr., et al. patent.

DAL01:564015.1

ATTORNEY DOCKET NO.                    PATENT APPLICATION
036560.5892                                 08/997,348
                              10

     Applicants have now made an earnest attempt to place this
case in condition for allowance.  For the foregoing reasons,
and   for   other   reasons   clearly   apparent,   Applicants
respectfully request full allowance of Claims 1-30.

     The Commissioner is hereby authorized to charge any fees
or credit any overpayments to Deposit Account No. 02-0384 of
BAKER BOTTS L.L.P.


                         Respectfully submitted,


                         BAKER BOTTS L.L.P.
                         Attorneys for Applicants


                         Charles S. Fish
                         Reg. No. 35,870


2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6507
November 6, 2000


DAL01:564015.1

# EXHIBIT 9

**U.S. Patent No. 6,247,052**
**Comparison of Claims 1, 17 and 27**

| Claim 17 |
|---|
| 17.  (Twice Amended)  A method for accessing a telecommunications switching system, comprising the steps of: |
| initializing a browser running on a remote computer; |
| accessing a server with said browser, said server having an application program for communicating with said telecommunications switching system; |
| providing a copy of the application program from said server to said remote computer; |
| initializing said application program on said remote computer and accessing said telecommunications switching system with said application program from said remote computer; |
| determining whether to permit access to said telecommunications switching system by said remote computer; and |
| communicating with a system manager building block of the telecommunications switching system from said remote computer to provide [communication with] monitoring of the telecommunications switching system. |

| Claim 1 |
|---|
| 1.  (Three Times Amended)  A graphic user interface system which provides displays for enabling one ore more users to access a telecommunications switching system, comprising: |
| a remote computer having a browser for providing communications, the remote computer generating an access request by a user for access to the telecommunications switching system; |
| a server accessible by said browser and operable to receive the access request from the remote computer over a first communications link, the server having an application program which enables said remote computer to communicate with the telecommunications switching system, the server being capable of providing a copy of said application program to said remote computer, said remote computer running the application program separate from the server; and |

a system manager building block in communication via a second communications link with said remote computer running said application program, the second communication link being separate from the first communication link, said system manager building block also being in communication with a system management interface building block for communicating with the telecommunications switching system, said system manager building block containing information related to authorized users for determining whether to permit the users to access the telecommunications switching system, the remote computer operable to access the telecommunications switching system for monitoring of the telecommunications switching system through and as authorized by the system manager building block using the application program.

| Claim 27 |
| --- |
| 27. (Amended)  A graphic user interface system which provides displays for enabling one or more users to remotely access a telecommunications switching system, comprising: |
| a remote computer having an internet browser for accessing a first internet communications link; |
| a hypertext markup language (HTML) remote server accessible by said internet browser and having a server page, said server page having a Java application program which enables said remote computer to communicate with the telecommunications switching system, said remote server being in communication with said remote computer via said first internet communications link, and being capable of providing a copy of said Java application program to said remote computer in the form of a Java Applet so that said remote computer can run said copy of said Java application program in a stand-alone capacity without additional communication with said remote server; and |
| a system manager building block having a CORBA architecture and having a runtime library, said system manager building block being in communication via a second internet communications link with said remote computer running said copy of said Java application program, said system manager building block also being in communication with a system management interface building block having a CORBA architecture for communicating with the telecommunications switching system, said runtime library containing information related to identification numbers and passwords of authorized users for determining whether to permit the users to access the telecommunications switching system for monitoring thereof. |