# EXHIBIT 10



08/997,948

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/997,948 | 12/23/97 | HUANG | |

TM02/0112

ALCATEL USA
INTELLECTUAL PROPERTY DEPARTMENT
1000 COIT ROAD, MS LEGL2
PLANO TX 75075

EXAMINER

ART UNIT | PAPER NUMBER
15

DATE MAILED:

01/12/01

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to __11/9/00__

☒ The allowed claim(s) is/are __1-30__

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

☐ because the originally filed drawings were declared by applicant to be informal.

☒ including changes required by the Notice of Draftperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. __4__.

☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Notice of Draftperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☐ Examiner's Statement of Reasons for Allowance

X Attachment to and Modification of Notice of Allowability

MEHMET B. GECKIL
PRIMARY EXAMINER

PTOL-37 (Rev. 10/95)

http://westbrs:8820/bin/cgi-bin/PreSearch.pl

WEST 2.0 Refine Search

# WEST

[Help] [Logout] [Interrupt]

| Main Menu | Search Form | Posting Counts | Show S Numbers | Edit S Numbers | Preferences |

**Search Results -**

| Terms | Documents |
|---|---|
| l2 same (java or executable or active or downloadable or code) | 5 |

Database:
- US Patents Full-Text Database
- JPO Abstracts Database
- EPO Abstracts Database
- Derwent World Patents Index
- IBM Technical Disclosure Bulletins

Refine Search: `l2 same (java or executable or active or downloadable or code)`  [Clear]

**Search History**

Today's Date: 1/11/2001

| DB Name | Query | Hit Count | Set Name |
|---|---|---|---|
| USPT,JPAB,EPAB,DWPI,TDBD | l2 same (java or executable or active or downloadable or code) | 5 | L6 |
| USPT,JPAB,EPAB,DWPI,TDBD | l2 and (java or executable or active or downloadable or code) | 31 | L5 |
| USPT,JPAB,EPAB,DWPI,TDBD | l2 and applet | 1 | L4 |
| USPT,JPAB,EPAB,DWPI,TDBD | l2 near applet | 0 | L3 |
| USPT,JPAB,EPAB,DWPI,TDBD | l1 adj10 monitor$3 | 66 | L2 |
| USPT,JPAB,EPAB,DWPI,TDBD | (telecommunication$1 adj2 switch$3) or (switch$3 adj3 telecommunication$1) | 4809 | L1 |

1/11/01 8:08 AM

1 of 1



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE
TM02/0112

ALCATEL USA
INTELLECTUAL PROPERTY DEPARTMENT
1000 COIT ROAD, MS LEGL2
PLANO TX 75075

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/997,348 | 12/23/97 | 030 | GECKIL, M    2152 | 01/12/01 |

First Named Applicant: HUANG,                    35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: GRAPHIC USER INTERFACE SYSTEM FOR A TELECOMMUNICATIONS SWITCH MANAGEMENT SYSTEM

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 036560.5892 | 709-224.000 | A58 | UTILITY | NO | $1240.00 | 04/12/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)        *U.S. GPO: 1999-454-457/24601

# EXHIBIT 11

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6

When the IEEE Standards Board approved this standard on 10 December 1996, it had the following membership.

**Donald C. Loughry,** *Chair*   **Richard J. Holleman,** *Vice Chair*
**Andrew G. Salem,** *Secretary*

| | | |
|---|---|---|
| Gilles A. Baril | E. G. "Al" Kiener[1] | José R. Ramos |
| Clyde R. Camp | Joseph L. Koepfinger* | Arthur K. Reilly |
| Joseph A. Cannatelli | Stephen R. Lambert | Ronald H. Reimer |
| Stephen L. Diamond | Lawrence V. McCall | Gary S. Robinson |
| Harold E. Epstein | L. Bruce McClung | Ingo Rüsch |
| Donald C. Fleckenstein | Marco W. Migliaro | John S. Ryan |
| Jay Forster* | Mary Lou Padgett | Chee Kiow Tan |
| Donald N. Heirman | John W. Pope | Leonard L. Tripp |
| Ben C. Johnson | | Howard L. Wolfman |

*Member Emeritus

Also included are the following nonvoting IEEE Standards Board liaisons:

Satish K. Aggarwal
Alan H. Cookson
Chester C. Taylor

Kim Breitfelder (1995–present), *IEEE Std 100 Editor*
Stephen Huffman (1993–1995), *IEEE Std 100 Editor*

Assistance was provided by the IEEE Standards editorial staff.

## How to use this dictionary

The terms defined in this dictionary are listed in *letter-by-letter* alphabetical order. Spaces are ignored in this style of alphabetization, so *cable value* will come before *cab signal*. Descriptive categories associated with the term in earlier editions of IEEE Std 100 will follow the term in parentheses. New categories appear after the definitions (see Categories, below), followed by the designation of the standard or standards that include the definition. If a standard designation is followed by the letter s, it means that edition of the standard was superseded by a newer revision and the term was not included in the revision. If a designation is followed by the letter w, it means that edition of the standard was withdrawn and not replaced by a revision. A bracketed number refers to the non-IEEE standard sources given in the back of the book.

Acronyms and abbreviations are no longer listed in a separate section in the dictionary; rather, they are incorporated alphabetically with other terms. Each acronym or abbreviation refers to its expanded term, where it is defined. Acronyms and abbreviations for which no definition was included in past editions have been deleted from this edition of IEEE Std 100.

Abstracts of the current set of approved IEEE standards are provided in the back of the book. It should be noted that updated information about IEEE standards can be obtained at any time from the IEEE Standards World Wide Web site at http://standards.ieee.org/.

## Categories

The category abbreviations that are used in this edition of IEEE Std 100 are defined below. This information is provided to help elucidate the context of the definition. Older terms for which no category could be found have had the category "Std100" assigned to them. Note that terms from sources other than IEEE standards, such as the National Electrical Code® (NEC®) or the National Fire Protection Association, may not be from the most recent editions; the reader is cautioned to check the latest editions of all sources for the most up-to-date terminology.

iv

**MOE** *See:* measure of effectiveness.

**MOF** *See:* maximum observed frequency.

**Moho** (mohorovicic discontinuity) Seismic discontinuity situated about 35 km below the continents and about 10 km below the oceans. Crudely speaking, it separates the earth's crust and mantle. (COM) 365-1974w

**moiré** (television) The spurious pattern in the reproduced picture resulting from interference beats between two sets of periodic structures in the image. *Note:* The most common cause of moiré is the interference between scanning lines and some other periodic structure such as a line pattern in the original scene, a mesh or dot pattern in the camera sensor (for example, the target mesh in an image orthicon), or the phosphor dots or other structure in a shadow-mask picture tube. Moiré may result from the interference between the subcarrier elements of the chrominance signal and another periodic structure. In systems using an fm carrier, such as magnetic or video-disc record-playback systems, moiré may also be caused by interference between the upper sidebands of the fm carrier and lower sidebands of harmonics of the fm carrier. In general, moiré may be caused by interference beats between any two periodic structures that are not perfectly aligned and not of the same frequency. (BT) 201-1979w

**moisture barrier** A metal barrier that prevents moisture from permeating radially into the cable core. (PE) 1142-1995

**moisture block** A means for preventing moisture from migrating longitudinally along the cable core, either through the conductor or within the space allowable between the extruded insulation shield and the jacket. (PE) 1142-1995

**moisture content** The amount of water in parts per million by volume (ppmv) that is in the gaseous state and mixed with the insulating gas. (PE/SUB) C37.122.1-1993

**moisture-resistant** (1) (packaging machinery) So constructed or treated that exposure to a moist atmosphere will not readily cause damage. (IA) 333-1980w
(2) Not readily injured by exposure to a moist atmosphere. (PE/SWG) C37.100-1992

**molded-case circuit breaker** (1) (electric installations on shipboard) A circuit breaker assembled as an integral unit in a supporting and enclosing housing of insulating material; the overcurrent and tripping means being of the thermal type, the magnetic type, or a combination of both. (IA) .45-1983r
(2) One that is assembled as an integral unit in a supporting and enclosing housing of molded insulating material. (PE/SWG) C37.100-1992

**mole** (metric practice) The amount of substance of a system which contains as many elementary entities as there are atoms in 0.012 kilogram of carbon-12 (adopted by 14th General Conference on Weights and Measures). *Note:* When the mole is used, the elementary entities must be specified and may be atoms, molecules, ions, electrons, other particles, or specified groups of such particles. (QUL) 268-1982s

**molecular data element** *See:* composite data element.

**momentary current** The current flowing in a device, an assembly, or a bus at the major peak of the maximum cycle as determined from the envelope of the current wave. *Note:* The current is expressed as the rms value, including the dc component, and may be determined by the method shown in IEEE Std C37.09-1979. (PE/SWG) C37.100-1992

**momentary disturbance** A variation in the level of the steady-state supply voltage that results from surges, sags, faults, circuit and equipment switching, or from the operation of circuit breakers or reclosers resulting from their response to abnormal circuit conditions. *See also:* transient. (PE/T&D) 1250-1995

**momentary interruption** *See:* interruption, momentary.

**momentary rating (x-ray)** A rating based on an operating interval that does not exceed five seconds. (NEC/NESC) [86]

**monadic** (mathematics of computing) Pertaining to an operation involving a single operand. *Contrast:* dyadic. (C) 1084-1986w

**monadic Boolean operation** A logical operation involving one operand. For example, the NOT operation. *Contrast:* dyadic Boolean operation. (C) 1084-1986w

**monadic operation** An operation involving one operand. For example, the square root operation. *Synonym:* unary operation. *Contrast:* dyadic operation. (C) 1084-1986w

**monadic operator** An operator that specifies an operation on one operand. For example, the square root operator. *Synonym:* unary operator. *Contrast:* dyadic operator. (C) 1084-1986w

**monadic selective construct** An if-then-else construct in which processing is specified for only one outcome of the branch, the other outcome resulting in skipping this processing. *Contrast:* dyadic selective construct. (C) 610.12-1990

**monarch** A processor that has the responsibility for initializing a part of the system, such as a ringlet. If a system has multi-ple monarchs, they eventually defer to an emperor that coordinates the initialization process. (C/MM) 1596-1992

**monarch processor** (1) The processor selected to manage the configuration and initialization of all modules on one logical bus. (BA/C) 896.3-1993
(2) The processor that is selected to partially initialize the local-bus resources and fetch the initial boot code. (BA/C/MM) 1212-1991s, 896.2-1991
(3) The monarch processor, or simply the monarch, is the processor selected to manage the configuration and initialization of all modules on one logical bus. (BA/C) 896.4-1993
(4) The processor selected to manage the configuration and initialization of all modules on one logical bus. An emperor processor is the monarch processor selected to direct the configuration and initialization of an entire system with multiple interconnected logical buses. *See also:* monarch. (BA/C) 10857-1994

**monitor** (1) (token ring access method) That function that recovers from various error situations. It is contained in each ring station; however, only the monitor in one of the stations on a ring is the active monitor at any point in time. The monitor function in all other stations on the ring is in standby mode. (C/LM) 802.5-1985s
(2) (radioactivity monitoring instrumentation) An instrument that provides a continual measurement of one or more parameters and generates a signal to record or transmit that measurement. (NI) N42.17B-1989r
(3) (software) A software tool or hardware device that operates concurrently with a system or component and supervises, records, analyzes, or verifies the operation of the system or component. *Synonym:* execution monitor. *See also:* hardware monitor; software monitor. (C) 610.10-1994, 610.12-1990
(4) (A) A device that observes and records selected activities with a computer system for analysis. (B) A generic term referring to any kind of display device. (C) 610.10-1994
(5) Continual or periodic testing with comparison to observe or determine trends. (PE/SWG) C37.10-1995

**monitor functions** The functions that recover from various error situations and are contained in each ring station. In normal operation only one of the stations on a ring is the active monitor at any point in time. The monitor functions in all other stations on the ring ensures that the active monitor function is being performed. (C/LM) 8802-5-1995

**monitor hazard current (health care facilities)** The hazard current of the line isolation monitor alone. *See also:* hazard current. (EMB) [47]

**monitoring** (1) (data transmission) In communication, an observation of the characteristics of transmitted signals. (PE) 599-1985w
(2) (electric pipe heating systems) To check the operation and performance of an equipment or system by sampling the results of the operation. Monitoring with respect to electric pipe heating systems usually consists of checking system tem-

peratures or operation of the heater circuits; voltage, current, etc. (PE) 622A-1984r

(3) **(electric heat tracing systems)** To check the operation and performance of an equipment or system by sampling the results of the operation. Monitoring with respect to electric heat tracing systems usually consists of checking system temperatures or operation of the heater circuits; voltage, current, etc. (PE) 622B-1988r

(4) The process of observing a system to verify that its parameters are within prescribed limits. (PE) 1129-1992

(5) That aspect of performance management concerned with tracking the system activities in order to gather the appropriate data for determining performance. (C/LM) 802.1F-1993

**monitoring laboratory** An accredited laboratory that prepares and distributes test materials to a service laboratory for the purpose of monitoring the day-to-day operation of the service laboratory. The service laboratory may also be a monitoring laboratory providing third party testing materials to another service laboratory or a special QA function within the service laboratory not involved in the routine processing of samples. (NI) N42.23-1995

**monitoring relay** A relay that has as its function to verify that system or control-circuit conditions conform to prescribed limits. (PE/SWG) C37.100-1992

**monkey tail** See: running board.

**monochromatic (1) (color) (television)** Having spectral emission over an extremely small region of the visible spectrum. (BT) 201-1979w

(2) **(fiber optics)** Consisting of a single wavelength or color. In practice, radiation is never perfectly monochromatic but, at best, displays a narrow band of wavelengths. See also: coherent; line source; spectral width. (Std100) 812-1984w

**monochromator (fiber optics)** An instrument for isolating narrow portions of the spectrum. (Std100) 812-1984w

**monochrome (television)** Having only one chromaticity, usually achromatic. (BT) 201-1979w

**monochrome channel (television)** Any path that is intended to carry the monochrome signal. (BT) 201-1979w

**monochrome channel bandwidth (television)** The bandwidth of the path intended to carry the monochrome signal. (BT) 201-1979w

**monochrome display device** A display device that can display only one color, or shades of that color, in addition to the background color. Contrast: color display device. See also: gray scale display device. (C) 610.10-1994, 610.6-1991

**monochrome signal\* (television) (monochrome television)** A signal wave for controlling the luminance values in the picture. See also: luminance signal. (Std100)
* Deprecated.

**monochrome television** The electric transmission and reception of transient visual images in only one chromaticity, usually achromatic. Note: Also termed black-and-white television. (BT) 201-1979w

**monochrome transmission (television)** The transmission of a signal wave for controlling the luminance values in the picture, but not the chromaticity values. Note: Also termed black-and-white transmission. (BT) 201-1979w

**monoclinic system (piezoelectricity)** A monoclinic crystal has either a single axis of twofold symmetry or a single plane of reflection symmetry, or both. Either the twofold axis or the normal to the plane of symmetry (they are the same if both exist, and this direction is called the unique axis in any case) is taken as the $b$ or $Y$ axis. Of the two remaining axes, the smaller is the $c$ axis. In class 2, $+Y$ is chosen so that $d_{22}$ is positive; $+Z$ is chosen parallel to $c$ (sense trivial), and $+X$ such that it forms a right-handed system with $+Z$ and $+Y$. In class m, $+Z$ is chosen so that $d_{33}$ is positive, and $+X$ so that $d_{11}$ is positive, and $+Y$ to form a right-handed system. Note: "Positive" and "negative" may be checked using a carbon-zinc flashlight battery. The carbon anode connection will have the same effect on meter deflection as the $+$ end of the crystal axis upon release of compression. See also: crystal systems. (UFFC) 176-1978s

**monocular visual field (illuminating engineering)** The field for a single eye. (EEC/IE) [126]

**monolithic integrated circuit** An integrated circuit formed in a single piece of the substrate material. Contrast: hybrid circuit. (C) 610.10-1994

**monomode optical waveguide** See: single mode optical waveguide.

**monopinch** Single-axis monompulse used in search radars to provide effective beam narrowing by displacing the displayed azimuth by the target angle off axis. Also called "ECS (electrical correction system)" and "EBS (electrical beam sharpening)." (AE) 686-1990w

**monopolar ion density (dc electric-field strength and ion-related quantities)** The number of ions of a given polarity per unit volume. The preferred unit is $m^{-3}$; another commonly used unit is $cm^{-3}$. (PE/T&D) 1227-1990r, 539-1990

**monopolar space-charge density (overhead power lines)** The space charge density of one polarity. The preferred unit is $C/m^3$. (PE/T&D) 1227-1990r, 539-1990

**monopole** An antenna, constructed above an imaging plane, that produces a radiation pattern approximating that of an electric dipole in the half-space above the imaging plane. (AP) 145-1993

**monoprocessor architecture** See: single processor architecture.

**monopulse (1)** Simultaneous lobing whereby direction-finding information is obtainable from a single pulse. (AP) 145-1993

(2) A radar technique in which information concerning the angular location of a source or target is obtained by comparison of signals received in two or more simultaneous antenna beams, as distinguished from techniques such as lobe switching or conical scanning in which the beams are generated sequentially. The simultaneity of the beams makes it possible to obtain a two-dimensional angle estimate from a single pulse (hence the term "monopulse"), although multiple pulses are usually employed to improve the accuracy of the estimate or to provide Doppler resolution. The monopulse principle can be used with continuous wave as well as pulsed radar. (AE) 686-1990w

**monostable** Pertaining to a circuit or device that is capable of assuming one of two states, one of which is stable. Synonym: one-shot. See also: bistable; monostable circuit. (C) 610.10-1994

**monostable circuit** A trigger circuit that has one stable and one quasistable state. (C) 610.10-1994

**monostatic cross section** The scattering cross section in the direction toward the source. Synonym: back-scattering cross section. Contrast: bistatic cross section. (AP) 145-1993

**monostatic radar** A radar system that transmits and receives through either a common antenna or through adjacent antennas. (AE) 686-1990w

**monotonic recorder** A recorder that has output codes that do not decrease (increase) for a uniformly increasing (decreasing) input signal, disregarding random noise. (IM) 1057-1994

**Monte Carlo method** In modeling and simulation, any method that employs Monte Carlo simulation to determine estimates for unknown values in a deterministic problem. (C) 1084-1986w, 610.3-1989

**Monte Carlo simulation** A deterministic simulation in which random statistical sampling techniques are employed such that the result determines estimates for unknown values. (C) 610.3-1989

**month** A service observing month, which is not generally a calendar month. See also: time-consistent traffic measures. (COM) 973-1990w

**telecommunication circuit** A circuit that is designed to handle remote transmission of information. *See also:* wideband circuit. (C) 610.10-1994, 610.7-1995

**telecommunication line** A medium, such as wire or circuit, that connects equipment which enables data to be sent and received. (C) 610.7-1995

**telecommunication loop (telephone switching systems)** A channel between a telecommunications station and a switching entity. (COM) 312-1977w

**telecommunication monitor** *See:* teleprocessing monitor.

**telecommunications customer (telephone switching systems)** One for whom telecommunications service is provided (formerly referred to as a "subscriber"). (COM) 312-1977w

**telecommunications exchange (telephone switching systems)** A means of providing telecommunications services to a group of users within a specified geographical area. (COM) 312-1977w

**Telecommunications Industries Association** A sister organization of EIA that establishes and maintains standards for the telecommunications industries in the United States. (C) 610.7-1995

**telecommunications interface equipment** A portion of a relay system that transmits or receives information from a telecommunications system; eg, audio tone equipment or carrier transmitter-receiver included as an integral part of the relay system. (PE) C37.90.1-1989r

**telecommunications switchboard (telephone switching systems)** A manual means of interconnecting telecommunications lines, trunks, and associated circuits, and including signaling facilities. (COM) 312-1977w

**telecommunications switching (telephone switching systems)** The function of selectively establishing and releasing connections among telecommunication transmission paths. (COM) 312-1977w

**telecommunications system (1) (telephone switching systems)** An assemblage of telecommunications stations, lines, and channels, and switching arrangements for their interconnection, together with all the accessories for providing telecommunications services. (COM) 312-1977w (2) (surge withstand capability tests for protective relays and relay systems) Any of the telecommunication media; eg, microwave, power-line carrier, wire line. (PE) C37.90.1-1989r

**telecommuting** An employment alternative involving working at home using a computer and telecommunication system instead of commuting between home and workplace. (C/PE/SWG) 610.2-1987, C37.20.1-1987s

**teleconferencing** A form of communication that uses telephones, computer networks, and television to allow participants at different geographical locations to confer. (C/PE/SWG) 610.2-1987, C37.20.1-1987s

**telecopier** A device used for facsimile transmission. (C) 610.10-1994, 610.2-1987

**telefax** *See:* facsimile transmission.

**telegraph** A mechanized or electric device for the transmission of stereotyped orders or information from one fixed point to another. *Note:* The usual form of telegraph is a transmitter and a receiver, each having a circular dial in sectors upon which are printed standard orders. When the index of the transmitter is placed at any order, the pointer of the receiver designates that order. dual mechanism is generally provided to permit repeat back or acknowledgment of orders. (EEC/PE) [119]

**telegraph channel (data transmission)** A channel suitable for the transmission of telegraph signals. *Note:* Three basically different kinds of telegraph channels used in multichannel telegraph transmission are (1) One of a number of paths for simultaneous transmission in the same frequency range as in bridge duplex, differential duplex, and quadruplex telegraphy. (2) One of a number of paths for simultaneous transmission in the same frequency range as in bridge duplex, differential duplex, and quadruplex telegraphy. (3) One of a number of paths for successive transmission as in multiplex printing telegraphy. Combinations of these three types may be used on the same circuit. (PE) 599-1985w

**telegraph concentrator** A switching arrangement by means of which a number of branch or subscriber lines or station sets may be connected to a lesser number of trunk lines or operating positions or instruments through the medium of manual or automatic switching devices in order to obtain more efficient use of facilities. *See also:* telegraphy. (COM) [49]

**telegraph distortion (data transmission)** The condition in which the significant intervals have not all exactly their theoretical durations. The reference point used when measuring telegraph distortion is the initial space-to-mark transition of each character which occurs at the beginning of each "start" element. The slicing level for all measurements is at the 50% point on the rising or falling current waveforms. Percent distortion is expressed by

$$\text{percent distortion} = \frac{\Delta t}{t_e} \times 100$$

where

$t$ = time difference between the actual slicing point and the ideal crossover point

$t_e$ = time interval of one signal element.

(PE) 599-1985w

**telegraph distributor** A device that effectively associates one direct-current or carrier telegraph channel in rapid succession with the elements of one or more signal sending or receiving devices. *See also:* telegraphy. (EEC/PE) [119]

**telegraph key** A hand-operated telegraph transmitter used primarily in Morse telegraphy. *See also:* telegraphy. (EEC/PE) [119]

**telegraph repeater** An arrangement of apparatus and circuits for receiving telegraph signals from one line and retransmitting corresponding signals into another line. *See also:* telegraphy. (EEC/PE) [119]

**telegraph selector** A device that performs a switching operation in response to a definite signal or group of successive signals received over a controlling circuit. *See also:* telegraphy. (EEC/PE) [119]

**telegraph sender** A transmitting device for forming telegraph signals. Examples are a manually operated telegraph key and a printer keyboard. *See also:* telegraphy. (EEC/PE) [119]

**telegraph signal (telecommunications)** The set of conventional elements established by the code to enable the transmission of a written character (letter, figure, punctuation sign, arithmetic sign, etc.) or the control of a particular function (spacing, shift, line-feed, carriage return, phase correction, etc.); this set of elements being characterized by the variety, the duration and the relative position of the component elements or by some of these features. (COM) [49]

**telegraph signal distortion** Time displacement of transitions between conditions, such as marking and spacing, with respect to their proper relative positions in perfectly timed signals. *Note:* The total distortion is the algebraic sum of the bias and the characteristic and fortuitous distortions. *See also:* telegraphy. (EEC/PE) [119]

**telegraph sounder** A telegraph receiving instrument by means of which Morse signals are interpreted aurally (or read) by noting the intervals of time between two diverse sounds. *See also:* telegraphy. (EEC/PE) [119]

**telegraph transmission speed** The rate at which signals are transmitted, and may be measured by the equivalent number of dot cycles per second or by the average number of letters or words transmitted, and received per minute. *Note:* A given speed in dot cycles per second (often abbreviated to dots per second) may be converted to bauds by multiplying by two. The baud is the unit of signaling transmission speed recon-

# EXHIBIT 12

# The New IEEE Standard Dictionary of Electrical and Electronics Terms

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms
[Including Abstracts of All Current IEEE Standards]

## Fifth Edition

Gediminas P. Kurpis, Chair

Christopher J. Booth, Editor



The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

*January 15, 1993*                                                                                           SH15594

**IEEE Standards** documents are developed within the Technical Committees of the IEEE Societies, the accredited committees of the Institute, and the Standards Coordinating Committees of the IEEE Standards Board. Members of the committees serve voluntarily and without compensation. They are not necessarily members of the Institute. The standards developed within IEEE represent a consensus of the broad expertise on the subject within the Institute as well as those activities outside of IEEE that have expressed an interest in participating in the development of the standard.

Use of an IEEE Standard is wholly voluntary. The existence of an IEEE Standard does not imply that there are no other ways to produce, test, measure, purchase, market, or provide other goods and services related to the scope of the IEEE Standard. Furthermore, the viewpoint expressed at the time a standard is approved and issued is subject to change brought about through developments in the state of the art and comments received from users of the standard. Every IEEE Standard is subjected to review at least every five years for revision or reaffirmation. When a document is more than five years old and has not been reaffirmed, it is reasonable to conclude that its contents, although still of some value, do not wholly reflect the present state of the art. Users are cautioned to check to determine that they have the latest edition of any IEEE Standard.

Comments for revision of IEEE Standards are welcome from any interested party, regardless of membership affiliation with IEEE. Suggestions for changes in documents should be in the form of a proposed change of text, together with appropriate supporting comments.

Interpretations: Occasionally questions may arise regarding the meaning of portions of standards as they relate to specific applications. When the need for interpretations is brought to the attention of IEEE, the Institute will initiate action to prepare appropriate responses. Since IEEE Standards represent a consensus of all concerned interests, it is important to ensure that any interpretation has also received the concurrence of a balance of interests. For this reason IEEE and the members of its technical committees are not able to provide an instant response to interpretation requests except in those cases where the matter has previously received formal consideration.

Comments on standards and requests for interpretations should be addressed to:

> Secretary, IEEE Standards Board
> 445 Hoes Lane
> P.O. Box 1331
> Piscataway, NJ 08855-1331
> USA

IEEE Standards documents are adopted by the Institute of Electrical and Electronics Engineers without regard to whether their adoption may involve patents on articles, materials, or processes. Such adoption does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the standards documents.