# EXHIBIT F

ATTORNEY'S DOCKET NO.                          PATENT APPLICATION
036560.5892

1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

re Application of:        Peter Sung-An Huang, et al.

Serial No.:               08/997,348

Filing Date:              December 23, 1997

Group Art Unit:           2756

Examiner:                 Mehmet B. Geckil

Title:                    GRAPHIC USER INTERFACE SYSTEM FOR A
                          TELECOMMUNICATIONS SWITCH MANAGEMENT
                          SYSTEM

Assistant Commissioner
    for Patents
Washington, D.C.    20231

Dear Sir:

> I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on the date shown below.
>
> _Lori Vonin_
> Name
>
> _November 10, 1999_
> Date of Signature

RESPONSE TO EXAMINER'S ACTION

In response to the Official Action mailed August 11, 1999, Applicants respectfully request the Examiner to reconsider the rejection of the claims in view of the following amendments thereto and the comments as set forth below.

IN THE ABSTRACT

Please delete the last sentence of the Abstract from page 56, line 26, to page 57, line 5.

DAL01:484197.1

ATTORNEY'S DOCKET NO.                    PATENT APPLICATION
036560.5892                                     08/997,348

2

## IN THE CLAIMS

For the convenience of the Examiner, all pending claims are shown below whether or not an amendment has been made. Please amend the claims as follows:



1. (Amended)   A graphic user interface system which provides displays for enabling one or more users to access a telecommunications switching system, comprising:

a remote computer having a browser for providing communications;

a server publicly accessible by said browser and having an application program which enables said remote computer to communicate with the telecommunications switching system, said server being in communication with said remote computer via a first public communications link, and being capable of providing a copy of said application program to said remote computer, said remote computer running the application program separate from the server; and

a system manager building block in communication via a second public communications link with said remote computer running said application program, said system manager building block also being in communication with a system management interface building block for communicating with the telecommunications switching system, said system manager building block containing information related to authorized users for determining whether to permit the users to access the telecommunications switching system.

2. The graphic user interface system of claim 1, wherein said server further comprises a server page for storing said application program.

3. The graphic user interface system of claim 1, wherein said server is a hypertext markup language (HTML) server.

ATTORNEY'S DOCKET NO.                    PATENT APPLICATION
036560.5892                                      08/997,348

3

4.  The graphic user interface system of claim 1, wherein said system manager building block further comprises a runtime library for containing said information related to authorized users.

5.  The graphic user interface system of claim 1, wherein said system manager building block is configured to maintain records related to each instance a user accesses the telecommunications switching system.

6.  The graphic user interface system of claim 1, wherein said server provides said application program to said remote computer in the form of a Java Applet.

7.  The graphic user interface system of claim 1, wherein said application program is configured to run on said remote computer in a stand-alone capacity without additional communication with said server, in order to communicate with said system manager building block to access said telecommunications switching system.

8.  The graphic user interface system of claim 1, wherein said system manager building block and said system management interface building block conform to a common object request broker architecture (CORBA).

9.  The graphic user interface system of claim 1, wherein said remote computer is in communication with said server via a first communications link, and wherein said remote computer is in communication with said system manager building block via a second communications link.

10.  The graphic user interface system of claim 9, wherein said first and second communications links are internet communications links.

DAL01:484197.1

ATTORNEY'S DOCKET NO.                          PATENT APPLICATION
036560.5892                                         08/997,348

                                    4

     11.  The graphic user interface system of claim 9, wherein
said first and second communications links use an internet inter-
ORB protocol (IIOP) communications protocol.

     12.  The graphic user interface system of claim 9, wherein
said first and second communications links use a hypertext
transport protocol (HTTP) communications protocol.

     13.  The graphic user interface system of claim 1, wherein
said system manager building block further comprises said server,
and wherein said remote computer is in communication with said
server and with said system manager building block via a single
communications link.

     14.  The graphic user interface system of claim 13, wherein
said single communications link is an internet communications
link.

     15.  The graphic user interface system of claim 13, wherein
said single communications link uses an internet inter-ORB
protocol (IIOP) communications protocol.

     16.  The graphic user interface system of claim 13, wherein
said single communications link uses a hypertext transport
protocol (HTTP) communications protocol.

ATTORNEY'S DOCKET NO.
036560.5892

PATENT APPLICATION
08/997,348

5

17.   (Amended)  A method for accessing a telecommunications switching system, comprising the steps of:

initializing a browser running on a remote computer;

accessing a server with said browser, said server having an application program for communicating with said telecommunications switching system;

providing a copy of the application program from said server to said remote computer;

initializing said application program on said remote computer and accessing said telecommunications switching system with said application program from said remote computer;

determining whether to permit access to said telecommunications switching system by said remote computer; and

communicating with a system manager building block from said remote computer to provide communication with the telecommunications switching system.

18.   The method of claim 17, wherein said step of accessing a server further comprises the step of accessing a server page in the server, wherein the server page contains said application program for communicating between said remote computer and said telecommunications switching system.

19.   The method of claim 17, wherein the server comprises a hypertext markup language (HTML) server.

20.   The method of claim 17, wherein said step of determining whether to permit access to said telecommunications switching system further comprises the step of comparing information provided by a user at said remote computer with information related to authorized users contained in a runtime library in said system manager building block.

ATTORNEY'S DOCKET NO.                                    PATENT APPLICATION
036560.5892                                                    08/997,348

6

21.    The method of claim 17, wherein said step of determining whether to permit access to said telecommunications switching system further comprises the steps of:

comparing identification numbers provided by a user at said remote computer with identification numbers of authorized users; and

comparing passwords provided by said user with passwords of authorized users.

22.    The method of claim 17, further comprising the step of maintaining records related to each instance a user accesses the telecommunications switching system.

23.    The method of claim 17, further comprising the step of establishing a socket connection between said remote computer and a system security manager client building block.

24.    The method of claim 17, wherein said application program is provided to the remote computer in the form of a Java Applet.

25.    The method of claim 17, wherein said step of initializing said application program on said remote computer comprises running said application program in a stand-alone capacity without further communicating with the server.

26.    The method of claim 17, wherein said system manager building block conforms to a common object request broker architecture (CORBA).

DAL01:484197.1

ATTORNEY'S DOCKET NO.                          PATENT APPLICATION
036560.5892                                          08/997,348

7

27. A graphic user interface system which provides displays
for enabling one or more users to remotely access a
telecommunications switching system, comprising:

a remote computer having an internet browser for
accessing a first internet communications link;

a hypertext markup language (HTML) remote server
accessible by said internet browser and having a server page,
said server page having a Java application program which enables
said remote computer to communicate with the telecommunications
switching system, said remote server being in communication with
said remote computer via said first internet communications link,
and being capable of providing a copy of said Java application
program to said remote computer in the form of a Java Applet so
that said remote computer can run said copy of said Java
application program in a stand alone capacity without additional
communication with said remote server; and

a system manager building block having a CORBA
architecture and having a runtime library, said system manager
building block being in communication via a second internet
communications link with said remote computer running said copy
of said Java application program, said system manager building
block also being in communication with a system management
interface building block having a CORBA architecture for
communicating with the telecommunications switching system, said
runtime library containing information related to identification
numbers and passwords of authorized users for determining whether
to permit the users to access the telecommunications switching
system.

28. The graphic user interface launcher of claim 27,
wherein said system manager building block is configured to
maintain records related to each instance a user accesses the
telecommunications switching system.

29. The graphic user interface launcher of claim 27,
wherein said first and second internet communications links use
an internet inter-ORB protocol (IIOP) communications protocol.

DAL01:484197.1

ATTORNEY'S DOCKET NO.                    PATENT APPLICATION
036560.5892                                  08/997,348

8

30.    The graphic user interface launcher of claim 27,
wherein said first and second internet communications links use
a hypertext transport protocol (HTTP) communications protocol.

ATTORNEY'S DOCKET NO.                                    PATENT APPLICATION
036560.5892                                                  08/997,348

9

## REMARKS

This Application has been carefully reviewed in light of the Official Action mailed August 11, 1999. In order to advance prosecution of this case, Claims 1 and 17 have been amended in order to clarify and further describe various inventive concepts. Applicants respectfully request reconsideration and favorable action in this case.

The abstract of the disclosure has been objected to as not being on a single page. The abstract has been amended to comply with M.P.E.P. § 608.01(b).

Claims 1-30 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Branton, Jr., et al. in view of Koved. Applicants note that the Examiner only provided an examination with respect to Independent Claim 1 and did not mention any of the limitations found in the other claims. Applicants respectfully request a full and complete examination of each and every presented claim. With respect to Independent Claim 1, there is recited ". . . said server being in communication with said remote computer via a first public communication link, and being capable of providing a copy of said application program to said remote computer, said remote computer running said application program separate from said server; and a system manager building block in communication via a second public communication link with said remote computer running said application program . . ." By contrast, the Branton, Jr., et al. patent uses a private Intranet for communications between a server and a workstation. Also, the workstations of the Branton, Jr., et al. patent have no communication link to its switch network other than through its server and no application program is provided to the workstation by the server. Thus, the Branton, Jr., et al. patent does not provide public access to a telecommunication switching system from a stand alone remote computer as provided by the claimed invention. Independent Claims 17 and 27 include similar patentably distinct limitations. Support for the above recitation can be found at page 12, lines 24-26, and page 13, lines 13-17, of Applicants' specification. Therefore, Applicants respectfully submit that Claims 1-30 are

ATTORNEY'S DOCKET NO.                                    PATENT APPLICATION
036560.5892                                                      08/997,348

10

patentably distinct from the proposed Branton, Jr., et al. - Koved combination.

Applicants have now made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicants respectfully request full allowance of Claims 1-30.

The Commissioner is hereby authorized to charge any fees or credit any overpayments to Deposit Account No. 02-0384 of Baker & Botts, L.L.P.

Respectfully submitted,

BAKER & BOTTS, L.L.P.

Attorneys for Applicant

Charles S. Fish

Reg. No. 35,870

2001 Ross Avenue
Dallas, Texas 75201-2980
(214) 953-6507
November 10, 1999

DAL01:484197.1

# EXHIBIT G

# THE

# AMERICAN HERITAGE®

# COLLEGE

# *dic·tion·ar·y*

NEWEST definitions — over 200,000
MOST photographs and illustrations — over 2,500
BEST usage guidance — over 400 notes



## THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)


*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
        p.    cm.
      ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
      1. English language—Dictionaries.   2. Americanisms.
PE1628.A6227   1993
      423—dc20                                              92-42124
                                                                CIP


Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

used in combination: *a warmonger.* —*tr.v.* **-gered, -ger·ing, -gers.** To peddle. [ME *mongere* < OE *mangere* < Lat. *mangō,* prob. of Gk. orig.]
[Mongolian.]

**Mon·go** (mŏng′gō) *n., pl.* **mongo.** See table at currency. [Mongolian.]

**Mon·gol** (mŏng′gəl, -gŏl′, mŏn′-) *n.* **1.** A member of any of the traditionally nomadic peoples of Mongolia. **2.** See Mongolian **4. 3.** *Anthro.* A member of the Mongoloid racial division. No longer in scientific use. —*adj.* **1.** Of or relating to Mongolia, the Mongols, or their language or culture. **2.** *Anthro.* Of or relating to the Mongoloid racial division. No longer in scientific use. [Mongolian *Mongγol*]

**Mon·go·li·a** (mŏng-gō′lē-ə, -gŏl′yə, mŏn-). **1.** An ancient region of E-central Asia comprising modern-day Nei Monggol (Inner Mongolia) and the country of Mongolia; center of a great empire forged by Genghis Khan in the 13th cent. **2.** Formerly **Out·er Mongolia** (out′ər). A country of N-central Asia between Russia and China; under Chinese control (1691–1911 and 1919–21) until it formed a separate state under the protection of the USSR. Cap. Ulan Bator. Pop. 1,866,300.

**Mon·go·li·an** (mŏng-gō′lē-ən, -gŏl′yən, mŏn-) *adj.* **1.** Of or relating to Mongolia, the Mongols, or their language or culture. **2.** Also **Mongol.** Offensive. Of or relating to Down syndrome. —*n.* **1.** A native or inhabitant of Mongolia. **2.** A member of the Mongol people. **3.** *Anthro.* A member of the Mongoloid racial division. No longer in scientific use. **4.a.** A subfamily of the Altaic language family, including Mongolian and Kalmyk. **b.** Any of the various dialects and languages of the Mongols living in Mongolia and China.

**Mongolian fold** *n.* The epicanthic fold.

**Mon·gol·ic** (mŏng-gŏl′ĭk, mŏn-) *adj.* Of or relating to the Mongoloid racial division. No longer in scientific use.

**mon·gol·ism** Also **Mon·gol·ism** (mŏng′gə-lĭz′əm, mŏn′-) *n.* Offensive. Down syndrome. [< Mongolian, term used in a system of classification for mentally retarded people, devised by J. Langdon H. Down (1828–96), British physician.]

**Mon·gol·oid** (mŏng′gə-loid′, mŏn′-) *adj.* **1.** *Anthro.* Of or relating to a purported human racial classification distinguished by yellowish-brown skin and straight black hair and including peoples indigenous to central and eastern Asia. No longer in scientific use. **2.** Characteristic of or resembling a Mongol. **3.** Also **mongoloid.** Offensive. Of or relating to Down syndrome. —*n.* **1.** *Anthro.* A member of the Mongoloid racial division. No longer in scientific use. **2.** Also **mongoloid.** Offensive. A person affected with Down syndrome.

**mon·goose** (mŏng′gōōs′, mŏn′-) *n., pl.* **-goos·es.** Any of various Old World carnivorous mammals of the genus *Herpestes* and related genera, having a slender agile body and a long tail and noted for the ability to seize and kill venomous snakes. [Marathi *mangūs,* of Dravidian orig.]

**mon·grel** (mŭng′grəl, mŏng′-) *n.* **1.** An animal or a plant resulting from various interbreedings, esp. a dog of mixed or undetermined breed. **2.** A cross between different breeds, groups, or varieties, esp. a mixture that is or appears to be incongruous. —*adj.* Of mixed origin or character. [Prob. < ME *mong,* mixture < OE *gemang.* See **mag·**.] — **mon′grel′ism** *n.* — **mon′grel·ly** *adv.*

**mon·grel·ize** (mŭng′grə-līz′, mŏng′-) *tr.v.* **-ized, -iz·ing, -iz·es.** To make mongrel in race, nature, or character. — **mon′grel·i·za′tion** (-grə-lĭ-zā′shən) *n.*

**mon·ied** (mŭn′ēd) *adj.* Var. of **moneyed.**

**mon·ies** (mŭn′ēz) *n., pl.* of **money.**

**mon·i·ker** or **mon·ick·er** (mŏn′ĭ-kər) *n. Slang.* A personal name or nickname. [Prob. < Shelta *munik,* name, poss. alteration of Ir.Gael. *ainm* < Oir. See **nō·men·**.]

**mo·nil·i·a·sis** (mō′nə-lī′ə-sĭs, mŏn′ə-) *n.* See **candidiasis.** [NLat. *Monilia,* type genus (< Lat. *monīle,* necklace) + -IASIS.]

**mo·nil·i·form** (mō-nĭl′ə-fôrm′) *adj.* Resembling a string of beads, as the antennae of certain insects. [Lat. *monīle,* necklace + -FORM.] — **mo·nil′i·form′ly** *adv.*

**mon·ish** (mŏn′ĭsh) *tr.v.* **-ished, -ish·ing, -ish·es.** To admonish; warn. [ME *monesten, monishe* < OFr. *monester* < VLat. *\*monestāre,* alteration of Lat. *monēre,* to warn. See **men·¹\***.]

**mo·nism** (mō′nĭz′əm, mŏn′ĭz′əm) *n. Philos.* **1.** The view in metaphysics that reality is a whole and that all existing things can be ascribed to or described by a single concept or system. **2.** The doctrine that mind and matter are formed from or reducible to the same substance or principle of being. — **mo′nist** *n.* — **mo·nis′tic** (mō-nĭs′tĭk, mŏ-) *adj.* — **mo·nis′ti·cal·ly** *adv.*

**mo·ni·tion** (mō-nĭsh′ən, mə-) *n.* **1.** A warning or an intimation of something imminent, esp. danger. **2.** Cautionary advice or counsel; an admonition. **3.** A formal order from a bishop or an ecclesiastical court to stop a specified offense. **4.** A summons or citation in civil or admiralty law. [ME *monicioun* < OFr. *monicion* < Lat. *monitiō, monitiōn-* < *monitus,* p.part. of *monēre,* to warn. See **men·¹\***.]

**mon·i·tor** (mŏn′ĭ-tər) *n.* **1.** One that admonishes, cautions, or reminds, esp. with respect to matters of conduct. **2.** A pupil who assists a teacher in routine duties. **3.a.** A usu. electronic device used to record, regulate, or control a process or system.

**b.** A receiver, such as a screen, used to check the quality or content of an electronic transmission. **c.** *Comp. Sci.* A device that accepts video signals from a computer and displays information on a screen. **4.** *Comp. Sci.* A program that observes, supervises, or controls the activities of other programs. **5.** An articulated device with a rotating nozzle that regulates a jet of water, used in mining and firefighting. **6.a.** A heavily ironclad warship of the 19th century with a low flat deck and one or more gun turrets. **b.** A modern warship designed for coastal bombardment. **7.** *Biol.* Any of various tropical carnivorous lizards of the family *Varanidae,* ranging in length from several centimeters to 3 meters (10 feet). —*v.* **-tored, -tor·ing. -tors.** —*tr.* **1.** To check the quality or content of (an electronic audio or visual signal) by means of a receiver. **2.** To check by means of an electronic receiver for significant content, such as illegal activity. **3.** To keep track of systematically with a view to collecting information. **4.a.** To test or sample on a regular or ongoing basis. **b.** To test (air or an object's surface, for example) for radiation intensity. **5.** To keep close watch over; supervise. **6.** To direct. —*intr.* To act as a monitor. [Lat. < *monēre,* to warn. See **men·¹\***.] — **mon′i·tor·ship′** *n.*

**mon·i·to·ri·al** (mŏn′ĭ-tôr′ē-əl, -tōr′-) *adj.* **1.** Of or relating to monitors. **2.** Monitory. — **mon′i·to·ri·al·ly** *adv.*

**mon·i·to·ry** (mŏn′ĭ-tôr′ē, -tōr′ē) *adj.* Conveying an admonition or a warning. —*n., pl.* **-ries.** A letter of admonition, such as one from a bishop or an ecclesiastical court. [Ult. < Med.Lat. *monitōria,* admonition < fem. of Lat. *monitōrius, monitory* < *monitor,* monitor. See **MONITOR.**]

**monk** (mŭngk) *n.* A member of a brotherhood living in a monastery and devoted to a discipline prescribed by his order. [ME *munk* < OE *munuc* < LLat. *monachus* < LGk. *monakhos* < Gk., single < *monos.* See **men·⁴\*.**]

**Monk** (mŭngk), **George.** See **George Monck.**

**Monk, Thelonious Sphere.** 1917–82. Amer. jazz pianist and composer noted for his unusual harmonic style.

**monk·er·y** (mŭng′kə-rē) *n., pl.* **-ies. 1.** Monastic life or practices. **2.** Monks considered as a group. **3.** A monastery.

**mon·key** (mŭng′kē) *n., pl.* **-keys. 1.** Any of various long-tailed medium-sized members of the order Primates, including the macaques and baboons. **2.** One that behaves in a way suggestive of a monkey, as a mischievous child. **3.** The iron block of a pile driver. **4.** *Slang.* A person who is mocked, duped, or made to appear a fool. **5.** *Slang.* Drug addiction. —*v.* **-keyed, -key·ing, -keys.** —*intr.Informal.* **1.** To play, trifle, or tamper with something. **2.** To behave in a mischievous or apish manner. —*tr.* To imitate or mimic; ape. [?]

**monkey bars** *pl.n.* A jungle gym.

**monkey bread** *n.* The hanging gourdlike fruit of the baobab.

**monkey business** *n. Slang.* Silly, mischievous, or deceitful acts or behavior.

**mon·key-faced owl** (mŭng′kē-fāst′) *n.* See **barn owl.**

**monkey flower** *n.* Any of various herbs or shrubs of the genus *Mimulus,* having variously colored two-lipped flowers.

**monkey jacket** *n.* **1.** A short tight-fitting jacket traditionally worn by sailors. **2.** See **mess jacket.**

**monkey pot** *n.* **1.a.** Any of various tropical American trees of the genus *Lecythis,* having a large woody urn-shaped pod that dehisces by a lid. **b.** The fruit of this tree. **2.** A cylindrical or barrel-shaped melting pot used in making flint glass.

**mon·key-puz·zle** (mŭng′kē-pŭz′əl) *n.* A coniferous evergreen tree (*Araucaria araucana*) native to Chile and having intricately ramifying branches covered with overlapping, leathery, lanceolate prickle-tipped leaves.

**mon·key-shine** (mŭng′kē-shīn′) *n. Slang.* A mischievous or playful trick; a prank. Often used in the plural.

**monkey wrench** *n.* **1.** A hand tool with adjustable jaws for turning nuts of varying sizes. **2.** *Informal.* Something that disrupts. [?]

**monk·fish** (mŭngk′fĭsh′) *n., pl.* **monkfish** or **-fish·es.** See **goosefish.** [Perh. < cowled appearance of its head.]

**Mon-Khmer** (mōn′kmĕr′) *n.* A subfamily of the Austro-Asiatic language family that includes Mon and Khmer.

**monk·hood** (mŭngk′hŏŏd′) *n.* **1.** The character, condition, or profession of a monk. **2.** Monks considered as a group.

**monk·ish** (mŭng′kĭsh) *adj.* **1.** Of, relating to, or characteristic of monks or monasticism. **2.** Inclined to self-denial; ascetic. — **monk′ish·ly** *adv.* — **monk′ish·ness** *n.*

**monk's cloth** (mŭngks) *n.* A heavy cotton cloth in a coarse basket weave, now used chiefly for draperies.

**monks·hood** (mŭngks′hŏŏd′) *n.* **1.** See **aconite. 2.** A poisonous perennial herb (*Aconitum napellus*) native to northern Europe, whose dried leaves and roots yield aconite.

**Mon·mouth** (mŏn′məth), Duke of. James Scott. 1649–85. English pretender to the throne who led a rebellion after the succession of the Catholic James II.

**mon·o¹** (mŏn′ō) *n. Informal.* Infectious mononucleosis.

**mon·o²** (mŏn′ō) *adj. Informal.* Monaural; monophonic.

**mono–** or **mon–** *pref.* **1.** One; single; alone: *monomorphic.* **2.** Containing a single atom, radical, or group: *monobasic.* **3.** Monomolecular; monatomic: *monolayer.* [ME < OFr. < Lat. < Gk. < *monos,* single, alone. See **men·⁴\*.**]



monkey bars

monkey wrench

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ŏŏ boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

**Stress marks:**
ˈ (primary);
ˌ (secondary); as in
**dictionary** (dĭk′shə-nĕr′ē)

**o·de·um** (ō-dē′əm, ō′dē-) *n.*, *pl.* **o·de·a** (ō-dē′ə, ō′dē-ə). **1.** A small building of ancient Greece and Rome used for public performances. **2.** A contemporary theater or concert hall. [Lat. *odēum* < Gk. *ōideion* < *aoidē*, *ōidē*, song. See ODE.]

**o·din** (ō′dĭn) *n. Myth.* The Norse god of wisdom and war, who created the cosmos. [ON *Ōdhinn*. See wet¹.]

**o·di·ous** (ō′dē-əs) *adj.* Arousing or meriting strong dislike, aversion, or intense displeasure. [ME < OFr. *odieus* < Lat. *odiōsus* < *odium*, hatred. See ODIUM.] —**o′di·ous·ly** *adv.* —**o′di·ous·ness** *n.*

**o·di·um** (ō′dē-əm) *n.* **1.** The state or quality of being odious. **2.** Strong dislike, contempt, or aversion. **3.** A state of disgrace resulting from detestable conduct. [Lat., hatred. See od-*.]

**o·do·a·cer** (ō′dō-ā′sər) also **O·do·va·car** or **O·do·va·cer** (-vā′kər). AD. 434?–493. Germanic tribal leader who deposed Romulus Augustulus (reigned 475–476), bringing the Western Roman Empire to an end.

**o·do·graph** (ō′də-grăf′) *n.* An instrument for recording the distance and course traveled by a vehicle. [Gk. *hodos*, journey + -GRAPH.]

**o·dom·e·ter** (ō-dŏm′ĭ-tər) *n.* An instrument that indicates distance traveled by a vehicle. [Fr. *odomètre* < Gk. *hodometron* : *hodos*, journey + *metron*, measure; see -METER.] —**o·dom′e·try** *n.*

**-odon** *suff.* An animal having a specified kind of teeth: *sphenodon*. [NLat. < Gk. *odōn*, tooth. See dent-*.]

**o·do·nate** (ō′də-nāt′, ō-dŏn′-) *n.* Any of the insects of the order Odonata, including the dragonflies, having two pairs of wings and compound eyes. [< NLat. *Odonata*, order name < Gk. *odōn*, tooth. See dent-*.] —**o′do·nate′** *adj.*

**-odont** *suff.* Having teeth of a specified kind: *pleurodont*. [< Gk. *odous*, *odont-*, tooth. See dent-*.]

**o·don·tal·gia** (ō′dŏn-tăl′jə, -jē-ə) *n.* A toothache.

**o·don·ti·a** *suff.* The form of, condition of, or manner of treating the teeth: *orthodontia*.

**odonto-** or **odont-** *pref.* Tooth: *odontophore*. [Gk. < *odous*, *odont-*, tooth. See dent-*.]

**o·don·to·blast** (ō-dŏn′tə-blăst′) *n.* One of the dentin-forming cells of the outer surface of dental pulp.

**o·don·toid** (ō-dŏn′toid′) *adj.* **1.** Resembling a tooth. **2.** Of or relating to the odontoid process: *the odontoid ligaments.*

**odontoid process** *n.* A small projection from the second vertebra of the neck around which the first vertebra rotates.

**o·don·tol·o·gy** (ō′dŏn-tŏl′ə-jē) *n.* The study of the structure, development, and abnormalities of the teeth. —**o·don′to·log′i·cal** (-tə-lŏj′ĭ-kəl) *adj.* —**o′don·tol′o·gist** *n.*

**o·don·to·phore** (ō-dŏn′tə-fôr′, -fōr′) *n.* A structure at the base of the mouth of most mollusks over which the radula is drawn back and forth in breaking up food.

**o·dor** (ō′dər) *n.* **1.** The property or quality of a thing that affects, stimulates, or is perceived by the sense of smell. See Syns at **smell**. **2.** A sensation, stimulation, or perception of the sense of smell. **3.** A strong, pervasive quality. **4.** Esteem; repute. [ME *odour* < OFr. < Lat. *odor*.]

**o·dor·if·er·ous** (ō′də-rĭf′ər-əs) *adj.* Having or giving off an odor. —**o′dor·if′er·ous·ness** *n.*

**o·dor·ous** (ō′dər-əs) *adj.* Having a distinctive odor: *odorous jasmine flowers.* —**o′dor·ous·ly** *adv.* —**o′dor·ous·ness** *n.*

**o·dour** (ō′dər) *n. Chiefly British.* Var. of **odor**.

**o·do·va·car** or **o·do·va·kar** (ō′dō-vä′kər). See **Odoacer**.

**O·dys·seus** (ō-dĭs′yōōs′, ō-dĭs′ē-əs) *n. Gk. Myth.* The king of Ithaca, a leader of the Greeks in the Trojan War, who reached home after ten years of wandering.

**od·ys·sey** (ŏd′ĭ-sē) *n.*, *pl.* **-seys. 1.** A long adventurous voyage or trip. **2.** An intellectual or spiritual quest. [After the *Odyssey*, a Homeric epic about Odysseus's wanderings after Troy's fall. < Gk. *Odusseia* < *Odusseus*, Odysseus.]

**oe** *abbr.* Oersted.

**OE** also **O.E.** *abbr.* Old English.

**OECD** *abbr.* Organization for Economic Cooperation and Development.

**oe·de·ma** (ĭ-dē′mə) *n. Pathol. & Bot.* Var. of **edema**.

**oed·i·pal** also **Oed·i·pal** (ĕd′ə-pəl, ē′də-) *adj.* Of or relating to the Oedipus complex. —**oed′i·pal·ly** *adv.*

**Oed·i·pus** (ĕd′ə-pəs, ē′də-) *n. Gk. Myth.* A son of Laius and Jocasta, who unwittingly killed his father and then married his mother. [Lat. < Gk. *Oidipous* : *oidein*, to swell + *pous*, foot; see OCTOPUS.]

**Oedipus complex** *n.* In psychoanalysis, a subconscious sexual desire in a child, esp. a male child, for the parent of the opposite sex, which may result in neurosis in adulthood.

**OEM** *abbr.* Original equipment manufacturer.

**oe·nol·o·gy** (ē-nŏl′ə-jē) *n.* Var. of **enology**. [Gk. *oinos*, wine + -LOGY.]

**oe·no·mel** (ē′nə-mĕl′) *n.* An ancient Greek beverage of wine and honey. [Lat. *oenomeli* < Gk. *oinomeli* : *oinos*, wine + *meli*, honey; see MELI-.*]

**OEO** *abbr.* Office of Economic Opportunity.

**o'er** (ôr, ōr) *prep. & adv.* Over.

**oer·sted** (ûr′stĕd′) *n.* The centimeter-gram-second electromagnetic unit of magnetic field strength. [After Hans Christian *Oersted* (1777–1851), Danish physicist.]

**oe·soph·a·gus** (ĭ-sŏf′ə-gəs) *n.* Var. of **esophagus**.

**oes·tro·gen** (ĕs′trə-jən) *n.* Var. of **estrogen**.

**oes·trus** (ĕs′trəs) *n.* Var. of **estrus**.

**oeu·vre** (œ′vrə) *n.*, *pl.* **oeu·vres** (œ′vrə). **1.** A work of art. **2.** The sum of the lifework of an artist, a writer, or a composer. [Fr. < OFr. *uevre*, work < Lat. *opera* < pl. of *opus*, work. See OPUS.]

**of** (ŭv, ŏv; əv *when unstressed*) *prep.* **1.** Derived or coming from; originating at or from: *men of the north.* **2.** Caused by; resulting from: *a death of flu.* **3.** Away from; at a distance from: *a mile east of here.* **4.** So as to be separated or relieved from: *cured of distemper.* **5.** From the total or group comprising: *most of the cases.* **6.** Composed or made from: *a dress of silk.* **7.** Associated with or adhering to: *a man of your religion.* **8.** Belonging or connected to: *the rungs of a ladder.* **9.a.** Possessing; having: *a person of honor.* **b.** On one's part: *nice of you.* **10.** Containing or carrying: *a bag of toys.* **11.** Specified as; named or called: *the Garden of Eden.* **12.** Centering on; directed toward: *a love of horses.* **13.** Produced by; issuing from: *products of the vine.* **14.** Characterized or identified by: *a year of famine.* **15.a.** With reference to; about: *will speak of it later.* **b.** In respect to: *slow of speech.* **16.** Set aside for; taken up by: *a day of rest.* **17.** Before; until: *five minutes of two.* **18.** During or on a specified time: *of recent years.* **19.** By: *beloved of the family.* **20.** Used to indicate an appositive: *that idiot of a driver.* **21.** *Archaic.* On. [ME < OE. See apo-*.]

**Usage Note:** Grammarians have sometimes condemned the so-called double genitive construction, as in *a friend of my father's; a book of mine.* However, this useful construction is well supported by literary precedent.

**OF** *abbr. Baseball.* Outfield; outfielder.

**O'Fao·lain** (ō-fā′ən, ō-fā′lən), Seán. 1900–91. Irish writer best known for his short stories.

**o·fay** (ō′fā′) *n. Offensive Slang.* Used as a disparaging term for a white person. [Poss. of West African orig.]

**off** (ôf, ŏf) *adv.* **1.** From a place or position: *drove off.* **2.a.** At a certain distance in space or time: *a week off.* **b.** From a given course or route; aside: *off the road.* **c.** Into a state of unconsciousness: *dozed off.* **3.a.** So as to be no longer on, attached, or connected: *shaved off his beard.* **b.** So as to be divided: *marked off the field.* **4.** So as to be no longer continuing, operating, or functioning: *switched off the TV.* **5.** So as to be completely removed, finished, or eliminated: *kill off the mice.* **6.** So as to be smaller, fewer, or less: *Sales dropped off.* **7.** So as to be away from work or duty: *a day off.* **8.** Offstage. —*adj.* **1.a.** Distant or removed; farther: *the off side.* **b.** Remote; slim: *an off chance.* **2.** Not on, attached, or connected with his shoes off. **3.** Not operating or operational: *The oven is off.* **4.** No longer taking place; canceled: *The trip is off.* **5.** Slack: *Sales are off.* **6.a.** Not up to standard; below a normal or satisfactory level. **b.** Not accurate; incorrect: *Your results are off.* **c.** Somewhat crazy; eccentric. **7.** Started on the way; going: *I'm off to school.* **8.a.** Absent or away from work or duty. **b.** Spent away from work or duty: *an off day.* **9.a.** Being on the right side of an animal or a vehicle. **b.** Being the animal or vehicle on the right. **10.** *Sports.* Toward or being the side of the field facing the batsman in cricket. **11.** Off-color. —*prep.* **1.** So as to be removed or distant from: *off the branch.* **2.** Away or relieved from: *off duty.* **3.a.** By consuming: *living off milk.* **b.** With the means provided by: *living off my pension.* **c.** *Informal.* From. **4.** Extending or branching out from: *an artery off the heart.* **5.** Not up to the usual standard of: *off his game.* **6.** So as to abstain from: *off narcotics.* **7.** *Naut.* To seaward of. —*v.* **offed**, **off·ing. offs.** —*intr.* To go away; leave. —*tr. Slang.* To murder. [Var. of ME *of* < OE. See apo-*.]

**Usage Note:** In Modern English the compound preposition *off of* is best avoided in formal speech and writing: *He stepped off (not off of) the platform. Off* is informal as well in its use to indicate a source: formal style requires *I borrowed it from* (not *off*) *my brother.*

**off.** *abbr.* Office; officer; official.

**Of·fa** (ŏf′ə). d. 796. King of Mercia (757–796) who signed the first recorded English commercial treaty (796).

**off-air** (ôf′âr′, ŏf′âr′) *adj.* Spoken, occurring, or used not during broadcasting or not while being recorded for broadcasting.

**of·fal** (ô′fəl, ŏf′əl) *n.* **1.** Waste parts, esp. of a butchered animal. **2.** Refuse; rubbish. [ME : *of*, off (< OE < *of*; see apo-*) + *fal*, fall.]

**off and on** *adv.* In an intermittent manner.

**off·beat** (ôf′bēt′, ŏf′-) *n. Mus.* An unaccented beat in a measure. —*adj.* (ôf′bēt′, ŏf′-). *Slang.* Not conforming to an ordinary type or pattern; unconventional: *offbeat humor.*

**off-Broad·way** (ôf′brôd′wā′, ŏf′-) *n. Theatrical* work, often experimental, presented outside the Broadway entertainment district of New York City. —*adj.* **1.** Of, relating to, or being such theatrical activity. **2.** Located outside the Broadway entertainment district. —**off-Broad′way′** *adv.*

**off-col·or** (ôf′kŭl′ər, ŏf′-) *adj.* **1.** Exhibiting bad taste: *an off-color joke.* **2.** Varying from the usual, expected, or required color. **3.** Not in good health or spirits.



**Oedipus**
**With the sphinx**

tance for past misdeeds; bitter regret. **2.** *Obsolete.* Compassion. [ME *remors* < OFr. < Med.Lat. *remorsum* < neut. p.part. of Lat. *remordēre*, to torment : *re-*, re- + *mordēre*, to bite; see mer-*.]

**re•morse•ful** (ri-môrs′fəl) *adj.* Marked by or filled with remorse. **—re•morse′ful•ly** *adv.* **—re•morse′ful•ness** *n.*

**re•morse•less** (ri-môrs′lĭs) *adj.* **1.** Having no pity or compassion; merciless. **2.** Unyielding; relentless. **—re•morse′-less•ly** *adv.* **—re•morse′less•ness** *n.*

**re•mote** (ri-mōt′) *adj.* **-mot•er, -mot•est. 1.a.** Located far away; distant in space. **b.** Hidden away; secluded: *a remote hamlet.* **2.** Distant in time. **3.** Faint; slight: *a remote possibility.* **4.** Far removed in connection or relevance. **5.** Distantly related by blood or marriage. **6.** Distant in manner; aloof. **7.** Operating or controlled from a distance. **8.** *Comp. Sci.* Of, relating to, or being a computer device or system situated at some distance from but communicating with a central computer. **— n. 1.** A radio or television broadcast originating from a point outside a studio. **2.** Remote control. [ME *remot* < Lat. *remōtus*, p.part. of *removēre*, to remove. See REMOVE.] **—re•mote′ly** *adv.* **—re•mote′ness** *n.*

**remote control** *n.* **1.** The control of an activity, a process, or a machine from a distance, as by railroad instructions or coded signals. **2.** A device used to control an apparatus or a machine from a distance. **—re•mote′-con•trol′** (ri-mōt′-kən-trōl′), **re•mote′-con•trolled′** (-trōld′) *adj.*

**re•mo•tion** (ri-mō′shən) *n.* **1.** The act of removing; removal. **2.** The state of being remote. **3.** *Obsolete.* Departure.

**ré•mou•lade** (rā′mŏŏ-läd′) *n.* A piquant cold sauce made with mayonnaise, chopped pickles, capers, anchovies, and herbs. [Fr. < dial. *rémola*, large black radish < Lat. *armoracia*, wild radish.]

**re•mount** (rē-mount′) *tr.v.* **-mount•ed, -mount•ing, -mounts. 1.** To mount again. **2.** To supply with a fresh horse. **— n.** (rē′mount′, rē-mount′). A fresh horse.

**re•mov•a•ble** (ri-mŏŏ′və-bəl) *adj.* That can be removed. **—re•mov′a•bil′i•ty, re•mov′a•ble•ness** *n.*

**re•mov•al** (ri-mŏŏ′vəl) *n.* **1.a.** The act of removing. **b.** The fact of being removed. **2.** Relocation, as of a residence or business. **3.** Dismissal, as from office.

**re•move** (ri-mŏŏv′) *v.* **-moved, -mov•ing, -moves. — tr. 1.** To move from a place or position occupied. **2.** To transfer or convey from one place to another. **3.** To take off. **4.** To take away; withdraw. **5.** To do away with; eliminate. **6.** To dismiss from office. **— intr. 1.** To change one's place of residence or business; move. **2.** To go away; depart. **3.** To be removable. **— n. 1.** The act of removing; removal. **2.** Distance or degree of separation or remoteness. [ME *removen* < OFr. *removoir* < Lat. *removēre* : *re-*, re- + *movēre*, to move; see MOVE.] **—re•mov′er** *n.*

**re•moved** (ri-mŏŏvd′) *adj.* **1.** Distant in space, time, or nature; remote. **2.** Separated in relationship by a given degree of descent: *a first cousin once removed.* **—re•mov′ed•ly** (-mŏŏ′-vĭd-lē) *adv.* **—re•mov′ed•ness** *n.*

**Rem•scheid** (rĕm′shīt′). A city of W-central Germany NE of Cologne. Pop. 121,830.

**REM sleep** *n.* A stage in the normal sleep cycle during which dreams occur as well as rapid eye movement, loss of reflexes, and increased pulse rate and brain activity.

**re•mu•da** (ri-mŏŏ′də) *n. Southwestern U.S.* A herd of horses from which ranch hands select their mounts. [Am.Sp. < Sp., exchange < *remudar*, to exchange : *re-*, in return (< Lat.; see RE-) + *mudar*, to change (< Lat. *mūtāre*; see mei-¹*).]

**re•mu•ner•ate** (ri-myŏŏ′nə-rāt′) *tr.v.* **-at•ed, -at•ing, -ates. 1.** To pay (a person) a suitable equivalent in return for goods provided, services rendered, or losses incurred; recompense. **2.** To compensate for; make payment for. [Lat. *remūnerārī, remūnerāt-* : *re-*, re- + *mūnerārī*, to give (< *mūnus, mūner-*, gift; see mei-¹*).] **—re•mu′ner•a•bil′i•ty** (-bĭl′ĭ-tē) *n.* **—re•mu′ner•a•ble** *adj.* **—re•mu′ner•a′tor** *n.*

**re•mu•ner•a•tion** (ri-myŏŏ′nə-rā′shən) *n.* **1.** The act of remunerating. **2.** Something that remunerates.

**re•mu•ner•a•tive** (ri-myŏŏ′nər-ə-tĭv, -nə-rā′tĭv) *adj.* **1.** Yielding recompense; profitable. **2.** Serving to remunerate. **—re•mu′ner•a•tive•ly** *adv.* **—re•mu′ner•a•tive•ness** *n.*

**Re•mus** (rē′məs) *n. Rom. Myth.* The twin brother of Romulus.

**ren•ais•sance** (rĕn′ĭ-säns′, -zäns′, rĕn′ĭ-säns′, -zäns′, rĭ-nā′səns) *n.* **1.** A rebirth or revival. **2. Renaissance. a.** The humanistic revival of classical art, architecture, literature, and learning that originated in Italy in the 14th century. **b.** The period of this revival, roughly the 14th through the 16th century, marking the transition from medieval to modern times. **3.** Often **Renaissance. a.** A revival of intellectual or artistic achievement and vigor. **b.** The period of such a revival. **— adj. Renaissance. 1.** Of, relating to, or characteristic of the Renaissance or its artistic and intellectual works and styles. **2.** Of or being the neoclassic style of architecture and decoration that originated in Italy in the 15th century. [Fr. < OFr. *renaistre*, to be born again < VLat. *renāscere* < Lat. *renāscī* : *re-*, re- + *nāscī*, to be born; see genə-*.]

**Renaissance man** *n.* A man who has broad intellectual interests and is accomplished in both the arts and the sciences.

**Renaissance woman** *n.* A woman who has broad intellectual interests and is accomplished in both the arts and the sciences.

**re•nal** (rē′nəl) *adj.* Of, relating to, or in the region of the kidneys. [LLat. *rēnālis* < Lat. *rēnēs*, kidneys.]

**renal clearance** *n. Physiol.* The volume of plasma completely cleared of a specific compound per unit time and measured as a test of kidney function.

**renal corpuscle** *n. Anat.* See Malpighian corpuscle 1.

**renal pelvis** *n. Anat.* See pelvis 2.

**Re•nan** (rə-näN′), **Joseph Ernest.** 1823—92. French philologist, philosopher, and historian who wrote the series *History of the Origins of Christianity* (1863—81).

**re•nas•cence** (rĭ-näs′əns, -nā′səns) *n.* **1.** A new birth or life; a rebirth. **2.** A cultural revival; a renaissance. **3. Renascence.** Renaissance.

**re•nas•cent** (rĭ-näs′ənt, -nā′sənt) *adj.* Coming again into being; showing renewed growth or vigor. [Lat. *renāscēns, renāscent-*, pr.part. of *renāscī*, to be born again. See RENASSANCE.]

**Re•nault** (rə-nō′), **Jean Louis.** 1843—1918. French jurist who shared the 1907 Nobel Peace Prize.

**ren•coun•ter** (rĕn-koun′tər) *Archaic.* **— n. 1.** An unplanned meeting. **2.** A hostile encounter or contest. **— v. & intr. -tered, -ter•ing, -ters.** To meet unexpectedly or have an unexpected meeting. [Fr. *rencontre* < OFr. < *rencontrer*, to meet : *re-*, re- + *encontrer*, to meet; see ENCOUNTER.]

**rend** (rĕnd) *v.* **rent** (rĕnt) or **rend•ed, rend•ing, rends. — tr. 1.** To tear or split apart or into pieces violently. See Syns at **tear**¹. **2.** To tear (one's garments or hair) in anguish or rage. **3.** To tear away forcibly; wrest. **4.** To pull, split, or divide as if by tearing. **5.** To pierce or disturb with sound. **6.** To cause pain or distress to. **— intr.** To become torn or split; come apart. [ME *renden* < OE *rendan*.]

**ren•der** (rĕn′dər) *tr.v.* **-dered, -der•ing, -ders. 1.** To submit or present, as for consideration or payment. **2.** To give or make available; provide. **3.** To give what is due or owed. **4.** To give in return or retribution. **5.** To surrender or relinquish; yield. **6.a.** To represent in verbal form; depict. **b.** To represent in a drawing or painting, esp. in perspective. **7.** To perform an interpretation of (a musical piece, for example). **8.** To express in another language or form; translate. **9.** To deliver or pronounce formally. **10.** To cause to become; make. **11.** To reduce, convert, or melt down (fat) by heating. **12.** To coat (brick, for example) with plaster or cement. **— n.** A payment in kind, services, or cash from a tenant to a feudal lord. [ME *rendren* < OFr. *rendre*, to give back < VLat. **render*, alteration of Lat. *reddere* : *red-*, re- + *-dare*, to give; see dō-*.] **—ren′der•a•ble** *adj.* **—ren′der•er** *n.*

**ren•der•ing** (rĕn′dər-ĭng) *n.* **1.** A depiction or an interpretation, as in painting. **2.** A drawing in perspective of a proposed structure. **3.** A translation. **4.** A coat of plaster or cement applied to a masonry surface.

**ren•dez•vous** (rän′dā-vŏŏ′, -də-) *n., pl.* **ren•dez•vous** (-vŏŏz′). **1.** A meeting at a prearranged time and place. See Syns at **engagement. 2.** A prearranged meeting place, esp. an assembly point for troops or ships. **3.** A popular gathering place. **4.** *Aerospace.* The process of bringing two spacecraft together. **— tr. & intr.v. -voused** (-vŏŏd′), **-vous•ing** (-vŏŏ′-ĭng), **-vous** (-vŏŏz′). To cause to assemble or to assemble at a prearranged time and place. [Fr. < the phrase *rendez vous*, present yourselves < OFr. : *rendez*, second pers. pl. imper. of *rendre*, to present; see RENDER + *vous*, yourselves, you (< Lat. *vōs*, you; see wōs*).]

**ren•di•tion** (rĕn-dĭsh′ən) *n.* **1.** The act of rendering. **2.** An interpretation of a musical score or a dramatic piece. **3.** A performance of a musical or dramatic work. **4.** A translation, often interpretive. **5.** A surrender. [Obsolete Fr. < OFr. *rendre*, to give back. See RENDER.]

**ren•dzi•na** (rĕn-jē′nə) *n.* A dark soil that develops under grass on limestone and chalk. [Pol. *rędzina*.]

**ren•e•gade** (rĕn′ĭ-gād′) *n.* **1.** One who rejects a religion, a cause, an allegiance, or a group for another; a deserter. **2.** An outlaw; a rebel. **— adj.** Of, relating to, or resembling a renegade; traitorous. **— intr.v. -gad•ed, -gad•ing, -gades.** To become a deserter or an outlaw. [Sp. *renegado* < Med.Lat. *renegātus*, p.part. of *renegāre*, to deny : Lat. *re-*, re- + Lat. *negāre*, to deny; see nec̄*.]

**re•nege** (ri-nĭg′, -nĕg′, -nēg′) *v.* **-neged, -neg•ing, -neges. — intr. 1.** To fail to carry out a promise or commitment. **2.** *Games.* To fail to follow suit in cards when able and required to do so. **— tr.** To renounce; disown. **— n.** The act of reneging. [Med.Lat. *renegāre*, to deny. See RENEGADE.] **—re•neg′er** *n.*

**re•ne•go•ti•ate** (rē′nĭ-gō′shē-āt′) *tr.v.* **-at•ed, -at•ing, -ates. 1.** To negotiate anew. **2.** To revise the terms of (a contract) so as to limit or regain excess profits gained by the contractor. **—re′ne•go′ti•a•ble** (-shē-ə-bəl, -shə-bəl) *adj.* **—re′ne•go′ti•a′tion** *n.*

**re•new** (ri-nŏŏ′, -nyŏŏ′) *v.* **-newed, -new•ing, -news. — tr. 1.** To make new or as if new again; restore. **2.** To take up again; resume. **3.** To repeat so as to reaffirm. **4.** To regain or restore the vigor of; revive. **5.a.** To arrange for the extension

| ă | pat | oi | boy |
| ā | pay | ou | out |
| âr | care | ŏŏ | took |
| ä | father | ŏŏ | boot |
| ĕ | pet | ŭ | cut |
| ē | be | ûr | urge |
| ĭ | pit | th | thin |
| ī | pie | th | this |
| îr | pier | hw | which |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |

**Stress marks:**
′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)

# EXHIBIT H

# The
# American
# Heritage®Dictionary
## *of the English Language*

**FOURTH EDITION**



HOUGHTON MIFFLIN COMPANY
Boston   New York



Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
    p.    cm.
  ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1 (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21

                            00-025369

Manufactured in the United States of America

**Mongolian | Monnet**

**Mon·go·li·an** (mŏng-gōʹlē-ən, -gōlʹyən, mŏn-) *adj.* **1.** Of or relating to Mongolia, the Mongols, or their language or culture. **2.** also **mongolian** *Offensive* Of or relating to Down syndrome. ✧ *n.* **1.** A native or inhabitant of Mongolia. **2.** A member of the Mongol people. **3.** *Anthropology* A member of the Mongoloid racial division. No longer in scientific use. **4a.** A subfamily of the Altaic language family, Mongolian and Kalmyk being the most important members. **b.** Any of the various spoken and written dialects and languages of the Mongols living in Mongolia and China. Also called *Mongol.*

**Mon·go·lic** (mŏng-gŏlʹĭk, mŏn-) *adj. Anthropology* Of or relating to the Mongoloid racial division. No longer in scientific use.

**mon·gol·ism** *also* **Mon·gol·ism** (mŏngʹgə-lĭzʹəm, mŏnʹ-) *n. Offensive* Down syndrome. [From MONGOLIAN, term used in a system of classification for mentally retarded people, devised around ethnic lines by John Langdon Haydon Down (1828–1896), British physician.]

**Mon·gol·oid** (mŏngʹgə-loidʹ, mŏnʹ-) *adj.* **1.** *Anthropology* Of or being a major human racial classification traditionally distinguished by physical characteristics such as yellowish-brown skin pigmentation, straight black hair, dark eyes with pronounced epicanthic folds, and prominent cheekbones and including peoples indigenous to central and eastern Asia. Not in scientific use. See Usage Note at **race**[1]. **2.** Characteristic of or resembling a Mongol. **3.** also **mongoloid** *Offensive* Of or relating to Down syndrome. ✧ *n.* **1.** *Anthropology* A member of the Mongoloid racial classification. Not in scientific use. **2.** also **mongoloid** *Offensive* A person affected with Down syndrome.

**mon·goose** (mŏngʹgo͞os, mŏnʹ-) *n., pl.* **-goos·es** Any of various Old World carnivorous mammals of the genus *Herpestes* and related genera, having a slender agile body and a long tail and noted for the ability to seize and kill venomous snakes. [Marathi *maṅgūs,* of Dravidian origin.]



mongoose
small Indian mongoose
*Herpestes auropunctatus*

**mon·grel** (mŭngʹgrəl, mŏngʹ-) *n.* **1.** An animal or a plant resulting from various interbreedings, especially a dog of mixed or undetermined breed. **2.** A cross between different breeds, groups, or varieties, especially a mixture that is or appears to be incongruous. ✧ *adj.* Of mixed origin or character. [Middle English, probably from *mong,* mixture, from Old English *gemang.* See *mag-* in Appendix I.] **—monʹgrelism** *n.* **—monʹgrel·ly** *adv.*

**mon·grel·ize** (mŭngʹgrə-līzʹ, mŏngʹ-) *tr.v.* **-ized, -iz·ing, -iz·es** To make mongrel in race, nature, or character. **—monʹgrel·i·zaʹtion** (-grə-lĭ-zāʹshən) *n.*

**mon·ied** (mŭnʹēd) *adj.* Variant of **moneyed.**

**mon·ies** (mŭnʹēz) *n.* A plural of **money.**

**mon·i·ker** *or* **mon·ick·er** (mŏnʹĭ-kər) *n. Slang* A personal name or nickname. [Probably from Shelta *munik,* name, possibly alteration of Irish Gaelic *ainm,* from Old Irish. See *nō-men-* in Appendix I.]

**mo·nil·i·al** (mə-nĭlʹē-əl) *adj.* Of, relating to, or caused by a fungus of the genus *Monilia* (or *Candida*): *monilial infections.*

**mo·nil·i·a·sis** (mŏʹnə-līʹə-sĭs, mŏnʹə-) *n.* See **candidiasis.** [New Latin *Monīlia,* type genus (from Latin *monīle,* necklace) + -IASIS.]

**mo·nil·i·form** (mō-nĭlʹə-fôrmʹ) *adj.* Resembling a string of beads, as the roots of certain plants or the antennae of certain insects. [Latin *monīle,* necklace + -FORM.] **—mo·nilʹi·formʹly** *adv.*

**mon·ish** (mŏnʹĭsh) *tr.v.* **-ished, -ish·ing, -ish·es** To admonish; warn. [Middle English *monesten, monishe,* from Old French *monester,* from Vulgar Latin *\*monestāre,* alteration of Latin *monēre,* to warn. See *men-*[1] in Appendix I.]

**mo·nism** (mōʹnĭzʹəm, mŏnʹĭzʹəm) *n. Philosophy* **1.** The view in metaphysics that reality is a unified whole and that all existing things can be ascribed to or described by a single concept or system. **2.** The doctrine that mind and matter are formed from, or reducible to, the same ultimate substance or principle of being. **—moʹnist** *n.* **—mo·nisʹtic** (mō-nĭsʹtĭk, mŏ-) *adj.* **—mo·nisʹti·cal·ly** *adv.*

**mo·ni·tion** (mō-nĭshʹən, mə-) *n.* **1.** A warning or an intimation of something imminent, especially of impending danger. **2.** *Cautionary advice or counsel;* an admonition. **3.** *A formal order from a bishop or an ecclesiastical court to refrain from a specified offense.* **4.** A summons or citation in civil or admiralty law. [Middle English *monicioun,* from Old French *monicion,* from Latin *monitiō, monitiōn-,* from *monitus,* past participle of *monēre,* to warn. See *men-*[1] in Appendix I.]

**mon·i·tor** (mŏnʹĭ-tər) *n.* **1.** One that admonishes, cautions, or reminds, especially with respect to matters of conduct. **2.** A pupil who assists a teacher in routine duties. **3a.** A usually electronic device used to record, regulate, or control a process or system. **b.** A receiver, such as a screen or speaker, that is used to check the quality or content of an electronic transmission: *followed the broadcast on the television monitor.* **c.** *Computer Science* A device that accepts video signals from a computer and displays information on a screen; a video display. **4.** *Computer Science* A program that observes, supervises, or controls the activities of other programs. **5.** An articulated device holding a rotating nozzle with which a jet of water is regulated, used in mining and firefighting. **6a.** A heavily ironclad warship of the 19th century with a low, flat deck and one or more gun turrets. **b.** A modern warship designed for coastal bombardment. **7.** *Biology* Any of various tropical lizards of the family *Varanidae,* living in the East Indies, southern Asia, Africa, Australia, and New Guinea and ranging in length from several centimeters to 3 meters (10 feet). ✧ *v.* **-tored, -tor·ing, -tors** *—tr.* **1.** To check the quality or content of (an electronic audio or visual signal) by means of a receiver. **2.** To check by means of an electronic receiver for significant content, such as military, political, or illegal activity: *monitor a suspected criminal's phone conversations.* **3.** To keep track of systematically with a view to collecting information: *monitor the bear population of a national park; monitored the political views of the people.* **4.** To test



monkey wrench

or sample, especially on a regular or ongoing basis: *monitored the city's drinking water for impurities.* **5.** To keep close watch over; supervise: *monitor an examination.* **6.** To direct. *—intr.* To act as a monitor. [Latin, from *monēre,* to warn. See *men-*[1] in Appendix I.] **—monʹi·torʹship** *n.*

**mon·i·to·ri·al** (mŏnʹĭ-tôrʹē-əl, -tōrʹ-) *adj.* **1.** Of, relating to, or performed by monitors. **2.** Monitory. **—monʹi·toʹri·al·ly** *adv.*

**mon·i·to·ry** (mŏnʹĭ-tôrʹē, -tōrʹē) *adj.* Conveying an admonition or a warning: *a monitory glance.* ✧ *n., pl.* **-ries** A letter of admonition, such as one from a bishop or an ecclesiastical court. [Middle English *monitorie,* letter of admonition, admonitory, from Medieval Latin *monitōrius,* admonition, from feminine of Latin *monitōrius,* monitory, from *monitor,* monitor. See MONITOR.]

**monk** (mŭngk) *n.* A man who is a member of a brotherhood living in a monastery and devoted to a discipline prescribed by his order: *Carthusian monk; a Buddhist monk.* [Middle English *munk,* from Old English *munuc,* from Late Latin *monachus,* from Late Greek *monakhos,* from Greek, single, from *monos.* See *men-*[1] in Appendix I.]

**Monk** (mŭngk), **(James) Arthur** Known as "Art." Born 1957. American football player. As a wide receiver with the Washington Redskins, he set (1992) a National Football League record for career receptions.

**Monk, George** See George **Monck.**

**Monk, Thelonious Sphere** 1917–1982. American jazz pianist and composer whose spare style and unusual harmonic sense made him one of the most influential modern jazz musicians.

**monk·er·y** (mŭngʹkə-rē) *n., pl.* **-ies** **1.** Monastic life or practices. **2.** Monks considered as a group. **3.** A monastery.

**mon·key** (mŭngʹkē) *n., pl.* **-keys** **1.** Any of various long-tailed, medium-sized members of the order Primates, including the macaques, baboons, guenons, capuchins, marmosets, and tamarins and excluding the anthropoid apes and the prosimians. **2.** One that behaves in a way suggestive of a monkey, as a mischievous child or a mimic. **3.** The iron block of a pile driver. **4.** *Slang* A person who is mocked, duped, or made to appear a fool: *They made a monkey out of him.* **5.** *Slang* Drug addiction: *have a monkey on one's back.* ✧ *v.* **-keyed, -key·ing, -keys** *—intr. Informal* **1.** To play, fiddle, trifle, or tamper with something. **2.** To behave in a mischievous or apish manner: *Stop monkeying around!* *—tr.* To imitate or mimic ape. [Origin unknown.]

**monkey bars** *pl.n.* A three-dimensional structure of poles and bars on which children can play, as in a playground; a jungle gym.

**monkey bread** *n.* The hanging, edible gourdlike fruit of the baobab.

**monkey business** *n. Slang* Silly, mischievous, or deceitful acts or behavior.

**mon·key-faced owl** (mŭngʹkē-fāstʹ) *n.* See **barn owl.**

**monkey flower** *n.* Any of various herbs or shrubs of the genus *Mimulus,* having variously colored, two-lipped flowers. [From the pattern of spots on its flowers.]

**monkey jacket** *n.* **1.** A short, tight-fitting jacket, traditionally worn by sailors. **2.** See **mess jacket.** [From its resemblance to the jacket worn by an organ grinder's monkey.]

**monkey pot** *n.* **1a.** Any of various tropical American trees of the genus *Lecythis,* having a large, woody, urn-shaped pod that dehisces by a lid. **b.** The fruit of this tree. **2.** A cylindrical or barrel-shaped melting pot used in making flint glass.

**mon·key-puz·zle** (mŭngʹkē-pŭzʹəl) *n.* A coniferous evergreen tree (*Araucaria araucana*) native to Chile, having intricately ramifying branches covered with overlapping, leathery, lanceolate, prickle-tipped leaves. [Perhaps from the obstacle its intertwined branches would pose.]

**mon·key-shine** (mŭngʹkē-shīnʹ) *n. Slang* A mischievous or playful trick; a prank. Often used in the plural: *laughed at my daughter's monkeyshines.*

**monkey wrench** *n.* **1.** A hand tool with adjustable jaws for turning nuts of varying sizes. **2.** *Informal* Something that disrupts: *He threw a monkey wrench into our plans.* [Origin unknown.]

**monk·fish** (mŭngkʹfĭshʹ) *n., pl.* **monkfish** *or* **-fish·es** See **goosefish.** [Perhaps from the cowled appearance of its head.]

**Mon-Khmer** (mōnʹkmĕrʹ) *n.* A subfamily of the Austro-Asiatic language family that includes Mon, Khmer, and other languages of southeast Asia.

**monk·hood** (mŭngkʹho͝odʹ) *n.* **1.** The character, condition, or profession of a monk; monasticism. **2.** Monks considered as a group.

**monk·ish** (mŭngʹkĭsh) *adj.* **1.** Of, relating to, or characteristic of monks or monasticism. **2.** Inclined to self-denial; ascetic. **—monkʹish·ly** *adv.* **—monkʹish·ness** *n.*

**monk's cloth** (mŭngks) *n.* A heavy cotton cloth in a coarse basket weave, now used chiefly for draperies.

**monk seal** *n.* Any of several small hydropical seals of the genus *Monachus* found in the Hawaiian, Mediterranean, and Caribbean regions and characterized by brown, black, or gray coloration and by folds of skin on the neck. [From the resemblance of the skin folds to a monk's cowl.]

**monks·hood** (mŭngksʹho͝odʹ) *n.* **1.** See **aconite.** **2.** A slender, erect, poisonous perennial herb (*Aconitum napellus*) native to northern Europe, having violet flowers and whose dried leaves and roots yield aconite.

**Mon·mouth** (mŏnʹməth), Duke of. Title of James Scott. 1649–1685. English pretender to the throne. The illegitimate son of Charles II, he led a rebellion after the succession of the Catholic James II but was defeated in battle, captured, and beheaded.

**Mon·net** (mō-nāʹ), **Jean** 1888–1979. French economist and politician who laid the plans for the Common Market.

# EXHIBIT I







**ABI:** See application binary interface (ABI).

**abort:** To terminate, in a controlled manner, a processing activity in a computer system because it is impossible or undesirable for the activity to proceed.

**abortive release:** An abrupt termination of a transport connection, which may result in the loss of data.

**absolute address:** (1) An address that identifies a storage location or a device without the use of any intermediate reference. (2) An address permanently assigned by the designer to a storage location. (3) Synonymous with explicit address, machine address, specific address.

**absolute coordinate:** A location relative to a coordinate system's origin. In Cartesian coordinates a two-dimensional point known by its distance from the origin along the x and y axes, and a three-dimensional point known by its distance from the origin along the x, y, and z axes. Contrast with relative coordinate.

**absolute path name:** For a file or directory, the list of directories from the root directory through the tree structure to the desired file name or directory name, each name in the series separated by a slash character (/).

**absolute value:** The magnitude of a number, without respect to its sign (+ or -). An absolute value is always either zero or positive.

**abstract class:** A class that should never be instantiated; only its subclasses should be instantiated. Abstract classes are defined so that other classes can inherit from them.

**abstract syntax:** A description of a data structure that is independent of machine-oriented structures and encodings.

**abstract syntax notation one (ASN.1):** The International Organization for Standardization's open systems interconnection (OSI) language for describing abstract syntax. See also basic encoding rules (BER).

**accelerator:** (1) Deprecated term for shortcut keys. (2) A type of frame buffer. See graphics accelerator.

**access:** To obtain entry to or to locate, read into memory, and make ready for some operation. Access is usually used with regard to disks, files, records, and network entry procedures.

**access code:** A unique combination of characters, usually letters or numbers, used in communications as identification for gaining access to a remote computer. On a network or an on-line service, the access code is generally referred to as user name, user ID, or password.

**access control list:** An authorization mechanism in the X protocol that maintains lists of hosts that are allowed to access each server controlling a display. By default, only the local host may use the display, plus any hosts specified in the access control list for that display.

**access time:** Generally, the time required for information to be gathered from some remote source, such as data from a computer's memory or data from a hard disk.

**account:** See user account.

**ack:** See acknowledge character (ACK).

**acknowledge character (ACK):** A transmission control character transmitted by a station as an affirmative response to the station with which the connection has been set up.

**ACSE:** See association control service element (ACSE).

**action:** A desktop construct used to provide a user interface for running applications, executing commands, and other activities such as printing, removing files, and changing directories. Also see action icon.

**action icon:** An icon that represents an action in a File Manager or Application Manager window. It is displayed by creating an executable file with the same name as the action it represents.

**action server:** A host computer that provides access to a collection of actions. See also application server, caching-only server, communications server, file server, session server.

**active:** A window, window element, or icon that is currently affected by keyboard and mouse input. Active windows are differentiated from other windows on the workspace by a distinctive title bar color or shade. An active window element is indicated by a highlight or selection cursor.

**active caret:** See caret.

**active grab:** In the X protocol, keyboard keys, the keyboard, pointer buttons, the pointer, and the server can be "grabbed" for exclusive use by a client, usually for a short time period. An active grab causes the pointer and keyboard events to be sent to the grabbing window regardless of the current pointer position. Contrast with passive grab.

**active star:** A configuration of networked computers in which information goes from workstations to a central node, then on to its destination. The central node manages and controls all the traffic on the network.

**ADC:** See analog-to-digital converter (ADC).

**additive color system:** In computer graphics, a color model in which colors are built by adding together primary colors. The RGB color system is an example. See also RGB color.

**address:** (1) A number used by the system software to identify a storage location. (2) In networking, a unique code that identifies a node to the network.

**addressable point:** The smallest coordinate point on the raster screen that can be addressed. Usually refers to pixel, which can be individually addressed and illuminated by the display processing hardware. Raster displays were once named "all points addressable."

**address bus:** A hardware pathway, typically consisting of from 20 to 32 separate lines, that carries the signals specifying locations in a computer's memory. The address bus enables the microprocessor to select a specific location in memory for transfer of data via the data bus. See also data bus.

**address mask:** A bit mask used to select bits from an Internet address for subnet addressing. The mask is 32 bits long and selects the network portion of the Internet address and one or more bits of the local portion. Synonymous with subnet mask.

**address resolution:** A means for mapping network layer addresses onto media-specific addresses. See address resolution protocol (ARP).

**address resolution protocol (ARP):** The Internet protocol used to dynamically map Internet addresses to physical (hardware) addresses on local area networks. Limited to networks that support hardware broadcast.

**address space:** The range of memory locations to which a CPU can refer; effectively, the amount of memory a CPU could use if all of the memory were available.

**address translation:** The process of computing an address by evaluating an expression that describes it.

**administration:** See system administration and network administration.

**Advanced Research Projects Agency (ARPA):** Now called Defense Advanced Research Projects Agency (DARPA), the U.S. government agency that funded the ARPANET.

**advertise:** In remote file system (RFS) terminology, means making a file system available for access over the network. Analogous to the "export" mechanism of NFS.

**AEC:** See architecture, engineering, and construction (AEC).

**agent:** In the client-server model, the part of the system that performs information preparation and exchange on behalf of a client or server application. See network management station (NMS), directory user agent (DUA), and message transfer agent (MTA).

**air restrictor board:** A blank board with a special air deflector fin used in Sun server systems to simulate the airflow pattern of an actual board. If air restrictor boards are not installed in blank slots, a condition called a "thermal short" is created. Thermal shorts severely reduce the cooling capability of the system, which can lead to equipment damage.

**alarm:** A warning signal from the computer that an error has occurred or a critical situation has arisen. An alarm can be audible or visible, or it can be a combination of the two.

**alarm clock:** Part of the signal C library function. The signal SIGALRM is sent to the invoking process after a specified number of seconds. Unless caught or ignored, the SIGALRM signal kills the process.

**alert:** In many graphical user interfaces, an audible or visible alarm that signals an error or serves as a warning of some sort. On the screen, an alert is displayed in an alert box, which describes the problem to the user--for example, the printer is out of paper or a file is too large.

**alert box:** In many graphical user interfaces, an on-screen box used to display a message or a warning - for example, a message that electronic mail has arrived or a warning that a program has encountered an error from which it cannot recover.

**alert window:** See alert box.

**algorithm:** A sequence of steps designed to solve a problem or execute a process such as drawing a curve from a set of control points.

**alias:** (1) In electronic mail, an easy-to-remember name used in place of a full name and address. Also, a name used to identify a distribution list-several user names grouped under a single name. (2) An alternate label. For example, a label and one or more aliases may be used to refer to the same data element or point in a computer program. (3) A distortion or artifact in the digital reproduction of an audio waveform that results when the signal frequency is too high compared to the sampling frequency.

**aliasing:** (1) The jagged <u>artifact</u> in a line or in the silhouette of a curve that results from drawing on a <u>raster</u> grid. Aliasing occurs in all graphical images drawn on raster displays, but it is especially noticeable in low-resolution monitors. The <u>sampling</u> frequency is a major factor in aliasing. Synonymous with <u>jaggies</u>. See also <u>antialiasing</u>. (2) See <u>command aliasing</u>.

**alpha:** In computer graphics, a fourth color component. Alpha is typically used to control color blending with a background or underlying object. Typically, an alpha value of 1.0 implies complete opacity, and an alpha value of 0.0 is complete transparency.

**alpha channel:** In computer graphics, memory associated with each <u>pixel</u> used to store the fractional coverage of the pixel. Typically used to assign the opacity of an object.

**ALU:** See <u>arithmetic logic unit (ALU)</u>.

**ambient light:** Non-directional illumination or surrounding light.

**American National Standards Institute (ANSI):** An organization that reviews and approves product standards in the United States. In the electronics industry, its work enables designers and manufacturers to create and support products that are compatible with other hardware <u>platforms</u> in the industry. Examples are <u>PHIGS</u> and <u>GKS</u>. See also <u>International Organization for Standardization (ISO)</u>.

**American standard code for information interchange (ASCII):** The standard binary encoding of alphabetical characters, numbers, and other keyboard symbols.

**analog:** An electronic device, that represents values by a continuously variable voltage in an electronic circuit. An analog device represents an infinite number of values within the the voltage range of the device. Contrast with <u>digital</u>.

**analog-to-digital converter (ADC):** A device that translates analog signals to digital signals. Contrast with <u>digital-to-analog converter (DAC)</u>.

**ancestor window:** In the X protocol, a window that is a parent window or a parent of a parent window, and so on. If window W is an inferior of window A, then window A is an ancestor of window W. The root window is the ancestor of all windows on a screen. See also <u>inferior window</u>, <u>parent window</u>.

**animation:** Simulation of motion through rapidly changing images.

**ANSI:** See <u>American National Standards Institute (ANSI)</u>.

**AnswerBook on-line documentation:** Sun's on-line documentation for use with OpenWindows. See <u>on-line documentation</u>.

Sun Glossary - A                                                                                                    Page 5 of 8

**antialiasing:** An algorithm designed to reduce the stair-stepping artifacts (sometimes called jaggies) that result from drawing graphic primitives on a raster grid. The solution usually relies on the multi-bit raster's ability to display a number of pixel intensities. If the intensities of neighboring pixels lie between the background and line intensities, the line becomes slightly blurred, and the jagged appearance is thereby diffused.

**AOW:** See Asia and Oceania Workshop (AOW).

**API:** See application programmer's interface (API).

**applet:** A program written in the Java language to run within HotJava, the world wide web (WWW) browser.

**application:** A software program specially designed for a particular task or the specific use of a software program. Graphics applications are usually designed to enable the user to manipulate data or images, or to create images from data or from a library of shapes.

**application binary interface (ABI):** Defines the binary system interface between compiled applications and the operating system on which they run.

**application context:** A pointer to an opaque data structure containing all the information the OLIT toolkit maintains for one application.

**application development:** The process of designing, specifying, and researching the appearance and function of an application program.

**application group:** An Application Manager container that holds a specific software application.

**application programmer's interface (API):** (1) The interface to a library of language-specific subroutines (such as a graphics library) that implement higher level functions. See also binding. (2) A set of calling conventions defining how a service is invoked through a software package.

**application server:** A host computer that provides access to a software application. See also action server, caching-only server, communications server, session server.

**architecture:** The specific components of a computer system and the way they interact with one another.

**architecture, engineering, and construction (AEC):** A computer graphics market requiring specialized applications that facilitate efficient planning, design, drafting, and analysis.

**archive:** A collection of several files bundled into one file by a program (such as ar, tar, bar, or cpio) for shipment or archiving.

**archiving:** The storage of backup files and associated journals, usually for a given period of time. See also SCCS.

**area sampling:** The determination of a pixel's color and intensity based on the color and intensity of the pixels surrounding it.

**arg:** See argument.

**arg list:** Argument list.

**argument:** An item of information following a command. It may, for example, modify the command or identify a file to be affected.

**arithmetic logic unit (ALU):** A part of a computer that performs arithmetic, logical, and related operations.

**ARP:** See address resolution protocol (ARP).

**ARPA:** See Advanced Research Projects Agency (ARPA).

**ARPANET:** A packet switched network developed in the early 1970s. The "grandfather" of today's Internet. ARPANET was decommissioned in June 1990.

**array:** (1) An arrangement of elements in one or more dimensions. (2) A collection of data items, all of the same type, in which each item's position is uniquely designated by an integer.

**arrow keys:** The four directional keys on the numeric keypad.

**artifact:** (1) A visible error or oddity in a displayed image. aliasing, for instance, is an artifact resulting from producing images on a raster grid. (2) An audible error or oddity in a reproduced sound resulting from the digital sampling or compression of the sound.

**ASCII:** (Pronounced "as-kee.") See American standard code for information interchange (ASCII).

**ASET:** See Automated Security Enhancement Tool (ASET).

**Asia and Oceania Workshop (AOW):** One of the three regional OSI implementors workshops, equivalent to Workshop for Implementors of OSI (OIW) and European Workshop for Open Systems (EWOS).

**ASIC:** (Pronounced a-sic). Application-specific integrated circuit. A gate array or other non-standard chip design for proprietary use.

**ASN.1:** See abstract syntax notation one (ASN.1).

**aspect ratio:** (1) The ratio of the height of an object to its width. (2) In computer graphics, the ratio of a pixel's height to its width. Pixels that have equal height and width are called square pixels.

**assembler:** A program that accepts instructions written in the assembly language of the computer and translates them into a binary representation of the corresponding machine instructions. See also compiler.

**assembly language:** A computer-oriented language with instructions that are usually in a one-to-one correspondence with computer instructions. It may provide facilities such as use of microinstructions.

**asserted:** The state of a signal used to initiate an action. Contrast with unasserted.

**assertion:** (1) A conditional statement in the operating system source code intended to prevent the kernel from going astray and damaging important data. (2) A Boolean statement in a program that tests a condition that should, if the program is operating correctly, evaluate as true. If the condition is false, an error has occurred, and the program will typically terminate with an appropriate error message. Assertions are useful for debugging programs.

**association control service element (ACSE):** The method used in International Organization for

Standardization's open systems interconnection (OSI) for establishing a call between two applications. Checks the identities and contexts of the application entities, and could apply an authentication security check.

**association table:** A fast lookup table for data that must be searched frequently. Association tables associate arbitrary information with resource identifiers.

**associative array:** A collection of data (an array) where individual items may be indexed (accessed) by a string, rather than by an integer as is common in most programming languages.

**asymmetric application:** An application in which the decoding of data is central (as opposed to encoding and decoding playing equal parts). An example of such an application is a program that plays movies. Contrast with symmetric application.

**asymmetric multiprocessing:** A form of multiprocessing in which a single processor acts as a master to a series of slave processors. Contrast with symmetric multiprocessing.

**asynchronous:** (1) Without regular time relationship; unexpected and unpredictable with respect to the execution of a program's instructions. Contrast with synchronous. (2) A form of data transmission in which information is sent one character at a time, with variable time intervals between characters; generally used in communicating via modem. Asynchronous transmission does not use a separate clock signal to enable the sending and receiving units to separate characters by specific time periods. Instead, each transmitted character consists of a number of data bits (the character itself) preceded by a "begin character" signal, called a start bit, and ending with an optional parity bit followed by one or more "end character" signals, called stop bits.

**asynchronous line multiplexer (ALM):** A device that connects multiple terminals or other serial interface devices to Sun network file servers or workstations. Also known as "multiple terminal interface." The SunLink communications processor (SCP) is an example of an ALM.

**asynchronous transfer mode (ATM):** A standard for switching and routing all types of digital information, including video, voice, and data. With ATM, digital information is broken up into standard-sized packets, each with the "address" of its final destination.

**ATM:** See asynchronous transfer mode (ATM).

**atom:** (1) In XIL (the X Imaging Library), a single library function call. With the XIL library's deferred execution feature, groups of atoms can be combined to create a molecule, which avoids redundant operations. (2) In the X protocol, a unique numeric identifier corresponding to a string name. Atoms are used to identify properties, types, and selections to avoid the overhead of passing arbitrary length property name strings.

**atomicity:** Refers to an operation that is never interrupted or left in an incomplete state under any circumstance.

**atomic transaction:** An uninterrupted sequence of instructions. Atomic transactions are used to implement semaphores.

**attachment:** An encapsulated data object inside a document.

**attachment unit interface (AUI):** A special port built into some SPARCstation system units that attaches the system unit to a Sun SpeakerBox or to a thick Ethernet network.

**AT&T System V:** See System V.

**audio port:** A circuit to which the computer sends signals to be output as audible tones. The circuit is a digital-to-analog converter.

**AUI:** See attachment unit interface (AUI).

**auto answer:** The feature of a modem that answers incoming telephone calls automatically.

**autoconfiguration:** The process by which the host fetches SBus IDs and FCodes, beginning at location 0 of each slave used to identify the device.

**auto dial:** The feature of a modem that opens a telephone line and initiates a call by transmitting a stored telephone number as a series of pulses or tones.

**Automated Security Enhancement Tool (ASET):** A tool, bundled with the SunOS 5.3 operating system, that allows a user to specify an overall system security level (low, medium, or high) and automatically maintain systems at those levels.

**automounter:** Software that automatically mounts a directory when the user changes into it, and unmounts the directory when it is no longer in use.

**autonomous system:** Internet (TCP/IP) terminology for a collection of gateways (routers) that fall under one administrative entity and cooperate using a common interior gateway protocol (IGP). See subnetwork.

**autopush:** A STREAMS mechanism that enables a pre-specified list of modules to be pushed automatically onto the Stream when a STREAMS device is opened. This mechanism is used only for administrative purposes.

---



---

Questions or comments regarding this service? *webmaster@sun.com*

Copyright 1997 Sun Microsystems, Inc., 2550 Garcia Ave., Mtn. View, Ca 94043-1100 USA. All Rights Reserved