IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | |
| *Plaintiff,*<br>*Counterclaim-Defendant,* | |
| vs. | Case No. 04-CV-874 GMS |
| ALCATEL USA, INC., | |
| *Defendant,*<br>*Counterclaim-Plaintiff.* | |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that

copies of (1) Proof of Service of Subpoena directed to Finnegan Henderson Farabow Garrett &

Dunner, LLP (attached) and (2) this Notice of Service were caused to be served on March 6,

2006, upon the below listed counsel in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY E-MAIL**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001


YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

Dated: March 6, 2006