# TAB 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA ------------X
TELCORDIA TECHNOLOGIES, INC.,
    Plaintiff/Counterclaim Defendant,

Case No. 04-CV-874 GMS
(Pending in the USDC - District of Delaware)
AFFIDAVIT OF SERVICE

-against-

ALCATEL USA, INC.,
    Defendant/Counterclaim Plaintiff,
----------------------------------X
                  s.s.:
DISTRICT OF COLUMBIA )

    DANIEL F. PORTNOY, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 13th day of February, 2006, at approximately 12 Noon, deponent served a Subpoena in a Civil Case with Exhibit A upon Finnegan Henderson Farabow Garrett & Dunner, LLP at 901 New York Avenue, NW, Washington, DC by personally delivering and leaving the same with Mary Sterner who informed deponent that she holds the position of Executive Director, and is authorized by Law to accept service at that address.

    Mary Sterner is a white female approximately 40 years of age, stands approximately 5 feet, 3 inches tall, weighs approximately 120 pounds with blond hair.

_____
DANIEL F. PORTNOY

Sworn to before me this
16th day of February, 2006.

_____
NOTARY PUBLIC

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009