# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,        ) | |
|                ) | |
|          Plaintiff,        ) | |
|                ) | |
|          v.        ) | C.A. No. 04-874-GMS |
|                ) | |
| ALCATEL S.A. and        ) | |
| ALCATEL USA, INC.,        ) | |
|                ) | |
|          Defendants.        ) | |

## NOTICE OF DEPOSITION OF CHARLES S. FISH, ESQUIRE

PLEASE TAKE NOTICE that Plaintiff Telcordia Technologies, Inc. will take the deposition of Charles S. Fish, Esquire by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:30 am on April 27, 2006, at the offices of Brown McCarroll, LLP, 2001 Ross Avenue, Suite 2000, Dallas, Texas 75201 and will continue from day to day until completed. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

You are invited to attend and examine the witness.

        ASHBY & GEDDES

        /s/ *Tiffany Geyer Lydon*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, Delaware  19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com

        *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Dated: March 9, 2006

167453.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2006, the attached **NOTICE OF DEPOSITION OF CHARLES S. FISH, ESQUIRE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon