IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,

*Plaintiff,*
*Counterclaim-Defendant,*

vs.

Case No. 04-CV-874 GMS

ALCATEL USA, INC.,

*Defendant,*
*Counterclaim-Plaintiff.*

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that

copies of Alcatel USA's Second Set of Requests for Admission Nos. (98-121) and Alcatel's

Second Notice of 30(B)(6) Deposition to Telcordia were caused to be served on March 13, 2006,

upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

Additionally, on March 13, 2006, copies of this Notice of Service were served upon the

following counsel in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

Dated: March 13, 2006