**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-874-GMS |
| ) | |
| ALCATEL S.A. and ) | |
| ALCATEL USA, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 13th day of March, 2006, **TELCORDIA TECHNOLOGIES, INC.'S RESPONSES TO ALCATEL USA'S THIRD SET OF INTERROGATORIES (NO. 22)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire | HAND DELIVERY |
| Young Conaway Stargatt & Taylor, LLP | |
| The Brandywine Building | |
| 1000 West Street | |
| Wilmington, DE  19801 | |
| | |
| Stuart J. Sinder, Esquire | VIA ELECTRONIC MAIL |
| Kenyon & Kenyon | |
| One Broadway | |
| New York, NY  10004 | |

                    ASHBY & GEDDES

                    */s/ Tiffany Geyer Lydon*
                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    222 Delaware Avenue, 17th Floor
                    P.O. Box 1150
                    Wilmington, Delaware 19899-1150
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated: March 13, 2006

150913.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon