IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br><br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Civil Action No. 04-874 GMS |

## NOTICE OF DEPOSITION OF SANG H. LEE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, on Tuesday, April 11, 2006 at 9:00 am, in the offices of Latham & Watkins, LLP, at 135 Commonwealth Dr., Menlo Park, CA 94025 or at such other time and place as may be mutually agreed upon by the parties, Defendant/Counterclaim-Plaintiff Alcatel USA, Inc. shall take the deposition by oral examination of Sang H. Lee.

The above noticed deposition shall be recorded by stenographic and/or videographic means before a Notary Public or other officer authorized by law. You are invited to attend and cross examine.

Dated: March 13, 2006

> */s/ Adam W. Poff*
> By: _____
> Josy W. Ingersoll (I.D. No. 1088)
> Adam Poff (I.D. No. 3990)
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street
> Wilmington, DE 19801
> Tel. (302) 571-6672
> Fax. (302) 571-1253
>
> *Attorneys for Defendant /*
> *Counterclaim Plaintiff Alcatel USA, Inc.*

OF COUNSEL:
Stuart J. Sinder
Michelle Carniaux
Mark A. Hannemann
Clement J. Naples
Michael G. Gabriel
KENYON & KENYON, LLP
One Broadway
New York, NY 10004
Tel. (212) 425-7200
Fax. (212) 425-5288

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire hereby certify that on March 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

I further certify that on March 13, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Donald R. Dunner, Esquire
>Don O. Burley, Esquire
>Finnegan, Henderson, Farabow,
>  Garrett & Dunner, L.L.P.
>901 New York Avenue, NW
>Washington, DC 20001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*

Adam W. Poff  (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
apoff@ycst.com

Attorneys for Defendants