IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| ALCATEL S.A., | ) |
| | ) Civil Action No: 04-874-GMS |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ALCATEL USA, INC., | ) |
| | ) |
| Defendant | ) |
| Counterclaim-Plaintiff | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lewis Popovski, Esquire to represent Alcatel USA, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for each admission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
Attorneys for Defendant and Counterclaim Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2006   _____
United States District Judge

DB01:1857954.1                                    063535.1001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 14, 2006

Lewis V. Popovski
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on March 14, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on March 14, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FEDERAL EXPRESS**

>John M. Williamson, Esquire
>Finnegan, Henderson, Farabow,
> Garrett & Dunner, L.L.P.
>901 New York Avenue, NW
>Washington, DC 20001

>/s/ Adam W. Poff
>Adam W. Poff (#3990)

DB01:1563672.1