**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-874-GMS |
| | ) | |
| ALCATEL S.A. and | ) | |
| ALCATEL USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 14th day of March, 2006, **TELCORDIA'S NOTICE OF SUBPOENA DIRECTED TO ASANTE TECHNOLOGIES, INC.** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                         HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Stuart J. Sinder, Esquire                                         VIA FEDERAL EXPRESS
Kenyon & Kenyon
One Broadway
New York, NY  10004

                                          ASHBY & GEDDES

                                          */s/ Tiffany Geyer Lydon*

                                          _____
                                          Steven J. Balick (I.D. #2114)
                                          John G. Day (I.D. #2403)
                                          Tiffany Geyer Lydon (I.D. #3950)
                                          222 Delaware Avenue, 17th Floor
                                          P.O. Box 1150
                                          Wilmington, Delaware 19899-1150
                                          (302) 654-1888
                                          sbalick@ashby-geddes.com
                                          jday@ashby-geddes.com
                                          tlydon@ashby-geddes.com

                                          *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated: March 14, 2006

150913.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                                HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801

Stuart J. Sinder, Esquire                                                                 VIA FEDERAL EXPRESS
Kenyon & Kenyon
One Broadway
New York, NY 10004


                                                                            */s/ Tiffany Geyer Lydon*
                                                                            _____
                                                                            Tiffany Geyer Lydon