# EXHIBIT A

# IEEE Standard

# Computer Dictionary

*Compilation of IEEE Standard Computer Glossaries*

# 610

computer-aided engineering (CAE). The use of computers to aid in engineering analysis and design. May include solution of mathematical problems, process control, numerical control, and execution of programs for performing complex or repetitive calculations. *See also:* computer-aided design; computer-aided manufacturing. [610.2

computer language. A language designed to enable human to communicate with computers. *See also:* design language; query language; programming language. [610.12

computer program. A combination of computer instructions and data definitions that enable computer hardware to perform computational or control functions. *See also:* software. [610.5, 610.12

computer software configuration item (CSCI). A computer software that is designated for configuration management and treated as a single entity in the configuration management process. *See also:* software configuration item. *See also:* config

computer system. A system containing one or more computers and associated software.

computer word. *See:* word.

computing center. A facility designed to provide data processing of users through the operation of one or more computers and the services provided


Published by the Institute of
Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394 USA.

SH13847      *January 18, 1991*

# IEEE Standard Computer Dictionary

## A Compilation of IEEE Standard Computer Glossaries

# 610

Sponsor

**Standards Coordinating Committee
of the
IEEE Computer Society**

**Abstract:** *IEEE Standard Computer Dictionary: A Compilation of IEEE Standard Computer Glossaries,* identifies terms currently in use in the computer field. Standard definitions for those terms are established.
**Keywords:** Glossary; terminology; definitions; dictionary.

Library of Congress Catalog Number 90-086306

ISBN 1-55937-079-3

Copyright © 1990 by

**The Institute of Electrical and Electronics Engineers
345 East 47th Street, New York, NY 10017, USA**

*No part of this document may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

COMPILATION OF IEEE STANDARD COMPUTER GLOSSARIES

**ragged right margin.** In text formatting, a right margin that is not aligned. *Contrast with:* right justification. [610.2]

**random.** Pertaining to a process or variable whose outcome or value depends on chance or on a process that simulates chance, often with the implication that all possible outcomes or values have an equal probability of occurrence; for example, the outcome of flipping a coin or executing a computer-programmed random number generator.[610.3]

**random access.** (1) An access mode in which specific logical records are obtained from or placed into a file in a nonsequential manner. *Contrast with:* direct access; sequential access. [610.5]
(2) * *See:* direct access. [610.5]
* Deprecated.

**random access method.** * *See:* direct access method. [610.5]
* Deprecated.

**random failure.** A failure whose occurrence is unpredictable except in a probabilistic or statistical sense. *See also:* intermittent fault; transient error. [610.12]

**randomizing.** *See:* hashing. [610.5]

**random number.** A number selected by chance from a given set of numbers, and satisfying one or more of the standard tests for statistical randomness. [610.1]

**random number sequence.** (1) A sequence of random numbers, each of which is statistically independent of its predecessors. [610.1]
(2) Loosely, a pseudo-random number sequence. [610.1]
(3) A sequence of numbers in which no number can be predicted from knowledge of its predecessors. [610.5]

**random-ordered list.** *See:* unordered list. [610.5]

**random probing.** Open-address hashing in which collision resolution is handled by randomly selecting positions in the hash table until an available position is found. *Contrast with:* linear probing; quadratic probing; uniform probing. [610.5]

**range check.** A consistency check that ensures that an item of data falls between pre-established maximum and minimum values. [610.5]

**rapid prototyping.** A type of prototyping in which emphasis is placed on developing prototypes early in the development process to permit early feedback and analysis in support of the development process. *Contrast with:* waterfall model. *See also:* data structure-centered design; incremental development; input-process-output; modular decomposition; object-oriented design; spiral model; stepwise refinement; structured design; transaction analysis; transform analysis. [610.12]

**rational number.** A real number that can be expressed as a fraction $x/y$ where $x$ and $y$ are integers and $y$ is not equal to zero. *Contrast with:* irrational number. [610.5]

**raw data.** Data that has not been processed or reduced from its original form. [610.5]

**read.** To access data from a storage device or data medium. *Contrast with:* write. *See also:* delete; destructive read; dirty read; nondestructive read; retrieve; update. [610.5, 610.12]

**read-back check.** *See:* echo check. [610.5]

**read-only access.** A type of access to data in which the data may be read but not changed or deleted. *Contrast with:* read/write access. *See also:* delete access; update access; write access. *Syn:* fixed. [610.5]

**read/write access.** A type of access to data in which the data may be both retrieved, changed, and stored. *Contrast with:* read-only access. *See also:* delete access; update access; write access. [610.5]

**real address.** The address of a storage location in the main storage part of a virtual storage system. *Contrast with:* virtual address. [610.12]

**real data.** Data used to represent real numbers. *See also:* binary coded decimal real data; floating-point real data. [610.5]

# EXHIBIT B



Fourth Edition

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 ary. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemi spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previous in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by cGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., (pyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrars' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Mtical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyrigt © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Husske, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Stadardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manal 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed. National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physic A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 157; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossy of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, omp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nulear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms n Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary oStinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Eltronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Deprtment of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserve. Printed in the United States of America. Except as permitted under the United States Copyright .ct of 1976, no part of this publication may be reproduced or distributed in any form or by any meais, or stored in a data base or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0    DOW/DOW    8 9 5 4 3 2 1 0 9

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.
    1. Science—Dictionaries.    2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34    1989    503'/21    88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

**1568** | **rational formula**                                                                ray

portional to the ratio of the currents flowing through two coils. { 'ra⋅shō ,méd⋅ər }

**rational formula** [HYD] The expression of peak discharge as equal to the product of rainfall, drainage area, and a runoff coefficient depending on drainage-basin characteristics. { 'rash⋅ən⋅əl 'fȯr⋅myə⋅lə }

**rational function** [MATH] A function which is a quotient of polynomials. { 'rash⋅ən⋅əl 'fəŋk⋅shən }

**rational horizon** *See* celestial horizon. { 'rash⋅ən⋅əl hə'rīz⋅ən }

**rationalization** [PSYCH] A defense mechanism against difficult and unpleasant situations in which the individual attempts to use plausible means to justify or defend the unacceptable situations. { ,rash⋅ən⋅əl⋅ə'zā⋅shən }

**rationalized units** [ELEC] A system of electrical units, such as occurs in the International System, in which the factor of 4π is removed from the field equations and appears instead in the explicit expressions for the fields of a point charge and current element. { 'rash⋅ən⋅əl,īzd 'yü⋅nəts }

**rational number** [MATH] A number which is the quotient of two integers. { 'rash⋅ən⋅əl 'nəm⋅bər }

**ratio of expansion** [MECH ENG] The ratio of the volume of steam in the cylinder of an engine when the piston is at the end of a stroke to that when the piston is in the cutoff position. { 'rā⋅shō əv ik'span⋅shən }

**ratio of reduction** [ENG] The ratio of the maximum size of the stone which will enter a crusher, to the size of its product. { 'rā⋅shō əv ri'dək⋅shən }

**ratio of rise** [OCEANOGR] The ratio of the height of tide at two places. { 'rā⋅shō əv 'rīz }

**ratio of specific heats** [PHYS CHEM] The ratio of specific heat at constant pressure to specific heat at constant volume. $\gamma = C_p/C_v$. { 'rā⋅shō əv spə'sif⋅ik 'hēts }

**ratio of transformation** [ELEC] Ratio of the secondary voltage of a transformer to the primary voltage under no-load conditions, or the corresponding ratio of currents in a current transformer. { 'rā⋅shō əv ,tranz⋅fər'mā⋅shən }

**ratio of transformer** [ELEC] Ratio of the number of turns in one winding of a transformer to the number of turns in the other, unless otherwise specified. { 'rā⋅shō əv tranz'fȯr⋅mər }

**ratio print** [GRAPHICS] A print the scale of which has been changed from that of the negative by photographic enlargement or reduction. { 'rā⋅shō ,print }

**ratio resistor** [ELEC] One of the resistors in a Wheatstone or Kelvin bridge whose resistances appear in a pair of ratios which are equal in a balanced bridge. { 'rā⋅shō ri,zis⋅tər }

**ratio scale** [STAT] A rule or system for assigning numbers to objects which has all the properties of an interval scale and, in addition, has a natural origin, so that ratios of numbers assigned to different objects have meaning. { 'rā⋅shō ,skāl }

**ratio test** *See* Cauchy ratio test. { 'rā⋅shō ,test }

**ratites** [VERT ZOO] A group of flightless, mostly large, running birds comprising several orders and including the emus, cassowaries, kiwis, and ostriches. { 'ra,tīts }

**rato** [AERO ENG] A rocket system providing additional thrust for takeoff of an aircraft. Derived from rocket-assisted takeoff. { 'rād⋅ō }

**rat race** [ELECTR] A particular type of radar waveguide configuration which allows the handling of greater power. { 'rat ,rās }

**rattail** [MET] A small irregular line marking a minor buckle on the surface of a casting. { 'rat,tāl }

**rattail file** [DES ENG] A round tapering file used for smoothing or enlarging holes. { 'rat,tāl 'fīl }

**rattan** [BOT] Any of several long-stemmed, climbing palms, especially of the genera *Calanius* and *Daemonothops*; stem material is used to make walking sticks, wickerwork, and cordage. { ra'tan }

**rattlesnake** [VERT ZOO] Any of a number of species of the genera *Sistrurus* or *Crotalus* distinguished by the characteristic rattle on the end of the tail. { 'rad⋅əl,snāk }

**rattlesnake ore** [GEOL] A gray, black, and yellow mottled ore of carnotite and vanoxite; its spotted appearance resembles that of a rattlesnake. { 'rad⋅əl,snāk ,ȯr }

**rattle stone** [GEOL] A concretion composed of concentric laminae of different compositions, in which the more soluble layers have been removed by solution, leaving the central part detached from the outer part, such as a concretion of iron oxide



**RATTLESNAKE**

Rattlesnake (*Crotalus horridus*), one of the crotalid vipers.



**RAY**

Devil ray, which is named for the anterior cephalic fins, extensions of the pectoral fins.

filled with loose sand that rattles on shaking. Also known as klapperstein. { 'rad⋅əl ,stōn }

**rat typhus** *See* murine typhus. { 'rat 'tī⋅fəs }

**rauhaugite** [PETR] A carbonatite that contains ankerite. { 'raü'haü,gīt }

**Raunkiaer system** [BOT] A classification system for plant life-forms based on the position of perennating buds in relation to the soil surface. { 'raún⋅kē⋅ir ,sis⋅təm }

**Rauracian** [GEOL] A substage of Upper Jurassic geologic time in Great Britain forming the middle Lusitanian, above the Argovian and below the Sequanian. { raú'rā⋅shən }

**Rauschelback rotor** [GEOL] A free-turning S-shaped propeller used to measure ocean currents; the number of rotations per unit time is proportional to the flow. { 'raúsh⋅əl,bak ,rōd⋅ər }

**Rauwolfia** [BOT] A genus of mostly poisonous, tropical trees and shrubs of the dogbane family (Apocynaceae); certain species yield substances used as emetics and cathartics, while *R. serpentina* is a source of alkaloids used as tranquilizers. { raü'wúl⋅fē⋅ə }

**ravely ground** [GEOL] Rock that breaks into small pieces when drilled and tends to cave or slough into the hole when the drill string is pulled, or binds the drill string by becoming wedged or locked between the drill rod and the borehole wall. { 'rav⋅lē 'graúnd }

**ravine** [GEOGR] A small and narrow valley with steeply sloping sides. { rə'vēn }

**ravinement** [GEOL] 1. The formation of a ravine or ravines. 2. An irregular junction which marks a break in sedimentation, such as an erosion line occurring where shallow-water marine deposits have cut down into slightly eroded underlying beds. { rə'vēn⋅mənt }

**raw** [METEOROL] Colloquially descriptive of uncomfortably cold weather, usually meaning cold and damp, but sometimes cold and windy. { rȯ }

**raw data** [SCI TECH] Data that have not been processed; may be in machine-readable form. { 'rȯ 'dad⋅ə }

**rawhide** [MATER] Untanned animal hide that has been dried or treated with a preservative. { 'rȯ,hīd }

**raw humus** *See* eciohumus. { 'rȯ 'hyü⋅məs }

**rawin** [METEOROL] A method of winds-aloft observation, that is, the determination of wind speeds and directions in the atmosphere above a station; accomplished by tracking a balloon-borne radar target, responder, or radiosonde transmitter with either radar or a radio direction finder. { 'rā,win }

**rawinsonde** [METEOROL] A method of upper-air observation consisting of an evaluation of the wind speed and direction, temperature, pressure, and relative humidity aloft by means of a balloon-borne radiosonde tracked by a radar or radio direction finder. { 'rā⋅wən,sänd }

**rawin target** [ELECTROMAG] A special type of radar target tied beneath a free balloon, and designed to be an efficient reflector of radio energy; such targets usually consist of a corner reflector and are made of some reflecting material stretched over light wooden or metal struts. { 'rā⋅wən ,tär⋅gət }

**raw map** [GEOPHYS] A seismic map in which the z coordinate is time. { 'rȯ 'map }

**raw material** [IND ENG] A crude, unprocessed or partially processed material used as feedstock for a processing operation; for example, crude petroleum is the raw material from which naphtha is obtained; naphtha is the raw material from which benzene-toluene-xylene aromatics are obtained. { 'rȯ mə'tir⋅ē⋅əl }

**raw score** [STAT] Any number as it originally appears in an experiment; for example, in evaluating test results the raw scores express the number of correct answers, uncorrected for position in the reference population. { 'rȯ 'skȯr }

**raw sewage** [CIV ENG] Untreated waste materials. { 'rȯ 'sü⋅ij }

**raw silk** [TEXT] A stage in the production of silk from the cocoons of cultivated silkworms when the silk filament consists of 80% fibroin and 20% sericin. { 'rȯ 'silk }

**raw sludge** [CIV ENG] Sewage sludge preliminary to primary and secondary treatment processes. { 'rȯ 'sləj }

**raw water** [CIV ENG] Water that has not been purified. { 'rȯ 'wȯd⋅ər }

**ray** [ASTRON] One of the broad streaks that radiate from some craters on the moon, especially Copernicus and Tycho; they consist of material of high reflectivity and are seen from earth best at full moon. [MATH] A straight-line segment emanating

# EXHIBIT C

US005495484A

# United States Patent [19]

## Self et al.

[11] **Patent Number:** **5,495,484**

[45] **Date of Patent:** **Feb. 27, 1996**

[54] **DISTRIBUTED TELECOMMUNICATIONS SWITCHING SYSTEM**

[75] Inventors: **L. David Self**, McKinney; **Clement R. Nickle, Jr.**, Garland; **Frederick H. Skoog**, Colleyville, all of Tex.

[73] Assignee: **DSC Communications Corporation**, Plano, Tex.

[21] Appl. No.: **135,724**

[22] Filed: **Oct. 12, 1993**

[51] Int. Cl.6 .............................................. **H04J 3/12**
[52] U.S. Cl. ...................... **370/110.1; 370/55; 370/85.12; 379/84**
[58] Field of Search ......................... 370/55, 60, 60.1, 370/61, 94.1, 94.2, 109, 110.1, 95.1, 95.3, 85.12; 379/84, 309; 348/12

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,625,308 | 11/1986 | Kim et al. | 370/95.3 |
| 4,750,036 | 7/1988 | Martinez | 348/12 |
| 5,293,379 | 3/1994 | White | 370/55 |
| 5,351,235 | 9/1994 | Lahtinen | 370/95.1 |

| | | | |
|---|---|---|---|
| 5,355,362 | 10/1994 | Gorshe et al. | 370/110.1 |

*Primary Examiner*—Douglas W. Olms
*Assistant Examiner*—Shick Hom
*Attorney, Agent, or Firm*—Baker & Botts

[57] **ABSTRACT**

A distributed personal communication service system (30) includes a plurality of delivery units (14) under the control and supervision of a service unit (12). Each delivery unit (14) receives wireless call information from a plurality of radio transceivers (32) as transmitted by wireless hand held personal telephone units (34) within a zone of coverage (36) of the radio transceivers (32). Each delivery unit (14) provides the switching function and network interfaces to transmit the call information to other delivery units (14) along a fiber optic ring (16) or other wireless or wire line networks. Each delivery unit (14) also outputs call information to the radio transceiver (32) for transmission to and receipt by the wireless personal telephone unit (34). Each delivery unit (14) supports wire line telephony network interfaces through interconnection to central offices (38), local exchange carriers, and interexchange carrier carriers. The service unit (12) controls and directs each delivery unit (14) in the switching of call information from origination to destination.

**27 Claims, 7 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 7*

FIG. 4



*FIG. 5*



FIG. 6



FIG. 8



*FIG. 9*

5,495,484

1

# DISTRIBUTED TELECOMMUNICATIONS SWITCHING SYSTEM

## TECHNICAL FIELD OF THE INVENTION

The present invention relates in general to telecommunications systems and more particularly to a distributed telecommunications switching system.

## BACKGROUND OF THE INVENTION

The trend in telecommunication systems of today is toward increased mobility, as evident in the cellular environment where nearly ninety percent of new cellular phone sales are portable units. However, portable cellular phones require relatively high power, have a limited talk time duration, and are relatively high in price for a subscriber. Further, the transmission path for cellular traffic goes from a radio port to a radio port controller where it travels through a private line facility through a local central office to a central switching facility. The central switching facility switches the call traffic to a nearby central office where it is trunked back to the local central office for termination. Such a roundabout switching path is expensive and time consuming in operation.

Telecommunication subscribers demand small, light weight, hand held portable phones with longer talk times and lower power requirements at a lower cost to the subscriber. The demand and trend has led to a personal communications service, a tetherless local access service that will serve a variety of business and residential communities of interest. However, presently discussed personal communication networks are dependent upon conventional wireline switching systems similarly used with cellular traffic. These conventional wireline switching systems employ centralized switching facilities which cause the lengthy switching path described above. Therefore, it is desirable to have a distributed telecommunications switching system that can provide a calling service through low power, long talk time, hand held portable communication devices that avoids the centralized switching facility requirement.

From the foregoing, it may be appreciated that a need has arisen for a distributed telecommunications switching system that can process call information without the use of a centralized switching facility. A need has also arisen for a specific application of a communications network in the form of a personal communications service network that can provide improved service to telecommunication subscribers. Further, a need has also arisen for a personal communications service network that can utilize existing wire line equipment while implementing its own switching architecture. Additionally, a need has arisen for a personal communications service network that has a minimal dependency upon local exchange carriers and centralized switching facilities.

## SUMMARY OF THE INVENTION

In accordance with the present invention, a distributed telecommunications switching system is provided which substantially eliminates or reduces disadvantages and problems associated with conventional telecommunication systems.

According to an embodiment of the present invention, there is provided a distributed telecommunications switching system that includes a plurality of delivery units to provide network telephony interfaces and radio system interfaces in order to receive and transmit call information to and from wire line and wireless communication devices. Each delivery unit provides call information to destination communication devices by local switching through other delivery units or other personal communications networks. A service unit provides centralized control, administration, operations, and maintenance for all delivery units under its control in order to direct where and how each delivery unit is to deliver the call information.

The distributed telecommunications switching system of the present invention provides various technical advantages over conventional telecommunication systems. For example, one technical advantage is co-locating the delivery units that provide call information switching within each community of interest or geographical area where a significant quantity of service traffic is originated or terminated. Another technical advantage is in reducing dependency upon local exchange carriers by providing separate switching, independent service transport, and intelligent network services. Yet another technical advantage is in having a service unit to provide centralized control of the delivery units and their distributed switching. Still another technical advantage is in having centralized service management capabilities. Other technical advantages are readily apparent to one skilled in the art from the following figures, descriptions, and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference is now made to the following description taken in conjunction with the accompanying drawings, wherein like reference numerals represent like parts, in which:

FIG. 1 illustrates a block diagram of a distributed telecommunication switching system;

FIG. 2 illustrates a block diagram of a conventional switching system as compared to the distributed telecommunication switching system;

FIG. 3 illustrates a block diagram of an example of switch connections within the distributed telecommunication switching system;

FIG. 4 illustrates a simplified diagram of an architecture applying the distributed telecommunications switching system within a personal communications service environment;

FIG. 5 illustrates a block diagram of a service unit within the personal communications service environment;

FIG. 6 illustrates a block diagram of a delivery unit within the personal communications service environment;

FIG. 7 illustrates a block diagram of a common control element within the delivery unit;

FIG. 8 illustrates a block diagram of a radio bank within the delivery unit; and

FIG. 9 illustrates a block diagram of a radio frequency transceiver providing information to the radio bank.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a block diagram of a distributed telecommunications switching system 10. Distributed telecommunications switching system 10 includes a service unit subsystem 12 that provides control and management on an advanced intelligent network (AIN) service platform using information network architecture (INA) software design principles.

5,495,484

3

Distributed telecommunications switching system 10 also includes a plurality of delivery unit subsystems 14 that provide the message transport mechanism for call information under the control and direction of service unit subsystem 12. Service unit subsystem 12 and delivery unit subsystems 14 communicate with one another through a fiber optic ring 16. Call information is transported between delivery unit subsystems 14 and between service unit subsystem 12 and each delivery unit subsystem 14 on fiber optic ring 16 in asynchronous transfer mode (ATM) cell format.

Service unit subsystem 12 provides the control and management functions for distributed telecommunications switching system 10 and is separated from the transport mechanism function of delivery unit subsystem 14. This separation of functionality allows service unit subsystem 12 and delivery unit subsystem 14 to independently evolve and be upgraded to support new services or new technologies for unique enhancements to service unit subsystem 12 or delivery unit subsystems 14. Service unit subsystem 12 can support multiple types of delivery unit subsystems 14 that can provide multiple services including broadband, video, conventional telephone, and personal communications services. Service unit subsystem 12 and delivery unit subsystems 14 of distributed telecommunications switching system 10 may be geographically grouped within a single area or geographically disbursed in several remote areas while maintaining the distributed nature of the switching function performed.

FIG. 2 is a block diagram comparing a conventional switch architecture 11 with the architecture of distributed telecommunications switching system 10. Conventional switch architecture 11 includes a common control unit 13 that communicates to trunk units 15 through a control bus 17. Trunk units 15 interface with each other through a matrix 19 having a center stage 21. Distributed telecommunications switching system 10 is classified into three types of subsystems—a service unit subsystem 12, a delivery unit subsystem 14, and a distributed center stage switching subsystem 18. Distributed center stage switching subsystem 18 allows communication between service unit subsystem 12 and delivery unit subsystem 14 and between multiple delivery unit subsystems 14 through fiber optic ring 16 having add/drop multiplexers (ADM) 20 to interface with each subsystem.

Information received by and transmitted from delivery unit subsystem 14 is time slot interchanged prior to and after transmission to and from fiber optic ring 16 and add/drop multiplexer 20, respectively, of distributed center stage switching subsystem 18. Distributed center stage switching subsystem 18 allows for the replacement of the center stage matrix 21 and control bus structure 17 found in conventional switching architecture 11 through the use of fiber optic ring 16.

The centralized control and management provided by service unit subsystem 12 allows an end user to be connected to different delivery unit subsystems 14 while maintaining a common directory number. Conventional switching systems would require two directory numbers in order to connect an end user to two different switches. Service unit subsystem 12 exceeds telecommunications reliability requirements by providing fault tolerance such that single point failures can occur without loss of information. Service unit subsystem 12 also provides a centralized control for services, connection, maintenance, and external signaling interfaces to other switching systems.

Delivery unit subsystem 14 provides the switching fabric for distributed telecommunications switching system 10.

4

Distributed telecommunications switching system 10 can support multiple delivery unit subsystems 14 that can provide a multitude of services. These services include broadband interfacing, cable applications, telephony interfacing, and personal communication services. Delivery unit subsystems 14 may be dedicated to a specific type of service or multiple services may be accommodated within a single delivery unit subsystem 14.

Distributed center stage switching subsystem 18 allows for communication of service control, user traffic transport (including video, data, image, and voice), and operations, administration, maintenance, and provisioning (OAM&P) message transport through fiber optic ring 16. Fiber optic ring 16 provides quality information transmission and dual physical path transmission capability. Information may be transmitted between subsystems along one portion of fiber optic ring 16, leaving other portions of fiber optic ring 16 available for simultaneous transmissions between other subsystems within distributed telecommunications switching system 10. Distributed center stage switching subsystem 18 can dynamically allocate and reallocate bandwidths for fiber optic ring 16 transmission in order to handle times of increased information transmission demand. The bandwidth of fiber optic ring 16 may also be allocated to support concurrent multiple services and concurrent multi service transport and allow for simultaneous use of a specific bandwidth during simultaneous transmissions on different portions of fiber optic ring 16.

FIG. 3 is a block diagram of an example of switch connection routing for distributed telecommunications switching system 10. Each delivery unit subsystem 14 performs switching connections for end users in a switch function 22 and the ATM cell adaptation in an ATM adaptor 24 in order to interface with fiber optic ring 16 of distributed center stage switching subsystem 18. For an intra-delivery unit call connection, switching function 22 connects end user 1 with end user 2 within delivery unit B without the necessity of interfacing with fiber optic ring 16. This intra-delivery unit call connection is performed by all delivery unit subsystems 14 with corresponding end users for the origination and destination of a call.

For an inter-delivery unit call connection, end user 3 originates a call that is processed by its corresponding delivery unit C. Switch function 22 of delivery unit C makes the appropriate connection to ATM adapter 24 and subsequent placement of information on fiber optic ring 16. Distributed center stage switching subsystem 18 selects a primary path 16a for information transmission to destination delivery unit D. Distributed center stage switching subsystem 18 also allocates an appropriate bandwidth for transmission of information on primary path 16a of fiber optic ring 16. Destination delivery unit D receives the call information and performs translation at ATM adapter 24 and connection at switch function 22 to appropriate end user 4.

In the event that primary path 16a is damaged or unavailable, call information transmission from delivery unit C to delivery unit D may still occur along secondary path 16b. Distributed center stage switching subsystem 18 allows for dual path interconnection of subsystems in order to provide continuous operation of switch connections for overcoming any breaks or cuts in fiber optic ring 16. If call information can flow through primary path 16a, the portions of fiber optic ring 16 corresponding to secondary virtual path 16b can be available for use by other delivery units for simultaneous transmission of multiple sets of call information at the same allocated bandwidth in order to increase the transmission capacity of fiber optic ring 16.

5,495,484

5

For calls made between delivery unit subsystems 14 of different distributed telecommunications switching systems, the call connection can be made as in delivery unit B or delivery units C and D with originating end users 1 and 3 and end users 2 and 4 as remote destination delivery units, respectively. The originating end user, the destination end user, and the link between separate delivery unit subsystems determine the appropriate connections for the call between different telecommunications switching systems.

FIG. 4 is a block diagram of a specific application of distributed telecommunications switching system 10. FIG. 2 shows a distributed personal communications service (PCS) system 30 for operation within a particular service area composed of multiple service communities of interest. Distributed PCS system 30 includes a service unit 12 that communicates to a plurality of delivery units 14. Delivery units 14 receive and transmit call information from and to a plurality of radio frequency transceivers 32 as well as conventional wireline facilities. Radio frequency transceivers 32 receive call information from originating lightweight, portable personal telephone unit 17 within a specific zone of coverage 36 and transmit call information to similar portable personal telephone units 34 as determined by delivery units 14 and service unit 12. All delivery units are interconnected by a fiber optic ring 16 as shown. Delivery units 14 may also receive and transmit call information through local central offices 38 co-located with each delivery unit 14 within a specific community of interest.

Service unit 12 is shown in a logical centralized configuration but still physically couples to fiber optic ring 16 as previously described. Service unit 12 communicates with each delivery unit 14 and also communicates with other wireless networks 40, wire line networks 41, and mobility databases 42, through an SS7 signalling network 43. Service unit 12 also communicates with a network manager 44 to enable external operations and maintenance activities.

Service unit 12 communicates with a service creation environment (SCE) and service management system (SMS) processor 45 to enable development of reusable services in order to minimize the development cycle, and significantly increase the speed and reliability of new service deployment. Service unit 12 employs advanced intelligent network (AIN) and information network architecture (INA) concepts enabling rapid service introduction through application modularity, reusability, and portability. The modularity aspect of distributed PCS system 30 allows for operating a variety of hardware and software products developed and modified by different vendors at different times. Service unit 12 and delivery units 14 are designed according to Information Network Architecture (INA) principles that separate service control from service delivery functionality. The separation of service control from service delivery allows distributed PCS system 30 to evolve as new services are developed and additional services are provided.

In operation, distributed PCS system 30 handles calls to and from wireless personal telephone units 34. Call information is transmitted from an originating personal telephone unit 34 to an originating radio frequency transceiver 32 within a zone of coverage 36 of personal telephone unit 34. Call information is transferred from originating radio frequency transceiver 32 to an originating delivery unit 14. Originating delivery unit 14 performs the necessary switching operation to deliver the call information to its appropriate destination as directed by service unit 12. Service unit 12 provides centralized control, operation, administration, and maintenance for each delivery unit 14 to assist in the delivery of the call information.

6

Originating delivery unit 14 switches the call information to the appropriate destination delivery unit 14 over fiber optic ring 16. Destination delivery unit 14 sends the call information to an appropriate destination radio frequency transceiver 32 for transmission to an appropriate destination personal telephone unit 34. For destinations outside distributed PCS system 30 or within a wire line network, destination delivery unit 14 sends the call information to its associated central office 38 for transmission over the public switch telephone network to a wire line telephone or a delivery unit within another distributed PCS network.

Fiber optic ring 16 is a self healing asynchronous transfer mode (ATM) synchronous optical network (SONET) ring that provides high speed transfer of call information along two possible paths to and from origination and destination delivery units 14. Fiber optic ring 16 forms the center stage of the distributed telecommunications switching system 10 implemented in distributed PCS system 30. Fiber optic ring 16 is utilized whenever two or more delivery units 14 are associated with a call as determined by applications software within service unit 12. In the event of a fiber cut, the self healing nature of fiber optic ring 16 provides for virtual path rerouting for call information transportation. Distributed PCS system 30 has the most power and flexibility when implemented with fiber optic ring 16. However, if distributed PCS system 30 is comprised of a smaller number of delivery units 14, point to point fiber optic connections may be implemented in distributed PCS system 30 between delivery units 14 for call information transmission.

FIG. 5 is a simplified block diagram of service unit 12 showing its various services and applications. Service unit 12 provides centralized service and connection management for distributed PCS system 30 using advanced intelligent network (AIN) concepts. Service unit 12 provides administrative, maintenance, and network level management, and call processing functions, including connection, service, and mobility management. A programmable application computing environment (PACE™) provides the basis for the service unit 12 component of the distributed PCS system 30. Service unit 12 communicates with delivery units 14 over a high speed data link 46 and an add/drop multiplexer interface 47 to the fiber optic ring 16. Service unit 12 communicates to local exchange carriers and interexchange carriers of the public switch telephone network and other networks and databases through SS7 links 48 of the SS7 network 43. The SS7 signaling connection provided by service unit 12 to other networks and databases 49 allows for call set up to external networks and database queries and responses.

During processing of a call, service unit 12 controls the alerting process by establishing that the subscriber unit is capable of communicating and by directing the appropriate delivery unit 14 to establish a voice connection to an appropriate radio frequency transceiver 32 for alerting the subscriber of an incoming telephone call. Calls destined for subscribers are delivered to the appropriate delivery unit 14 that serves the radio frequency transceiver 32 in the area where the subscriber is active. Service unit 12 directs the appropriate delivery unit 14 to deliver the call to the appropriate radio frequency transceiver 32. Service unit 12 interacts with internal databases to determine the subscriber's radio location, status, alerting information, and terminating features. From information stored within the internal databases, service unit 12 controls where and how to deliver the call to the subscriber.

Service unit 12 also works with the appropriate delivery unit to provide originating service for wireless calls. Service unit 12 instructs the appropriate delivery unit 14 to associate

5,495,484

7

the call origination with the subscriber and queries the appropriate database for the subscriber's originating features and controls the delivery unit 14 in providing that set of features. In the event of subscriber movement from one zone of coverage 36 to another zone of coverage 36, service unit 12 controls the actions required to maintain a seamless connection for the call. Service unit 12 controls the transfer between delivery units 14 by controlling switch actions of delivery units 14.

Service unit 12 provides the storage, maintenance, access, and control of the data necessary to provide all the services for distributed PCS system 30. Databases necessary to provide appropriate services include call processing information, encryption information, radio equipment configuration, routing instructions, subscriber features, subscriber location mapping, and subscriber status. The call models, conventionally placed in the switching modules of a cellular and public switched telephone network, appropriate for distributed PCS system 30 are centrally placed within service unit 12. Security provided by service unit 12 includes authentication and registration for the subscribers and terminals. Service unit 12 also provides operations, administration, maintenance, and provisioning (OAM&P) functionality through interfaces to operation support systems 50. Service unit 12 also records and generates details of the call to ensure accurate billing data. By having a centralized control, service unit 12 ensures that each delivery unit 14 can support the various services and features for distributed PCS system 30.

FIG. 6 is a simplified block diagram of a delivery unit 14. The switching functionality for distributed PCS system 30 is distributed around the service area through delivery units 14 that operate as small switching modules under the centralized control and management of service unit 12. Delivery unit 14 is the local access element providing the switching fabric and network interfaces and interconnected with other delivery units by fiber optic ring 16. Interfacing of delivery unit 14 to fiber optic ring 16 is through an ATM add drop multiplexer 20.

Delivery unit 14 includes an integrated radio bank 51, a channel bank 52, and a fiber bank 54, and a cable bank 55. The use of these different banks allows for delivery unit 14 to accommodate integration of different radio technologies and wireline connectivity. Integrated radio bank 51 provides an interface to a radio frequency transceiver 32 that utilize different communication links, including fiber, coaxial cable, and copper. A base station controller 56 may provide an external interface to a radio frequency transceiver 32 and communicate call information to delivery unit 14 over an integrated services digital network (ISDN) communication link to channel bank 52. Though shown external to delivery unit 14, base station controller 56 may be integrated into delivery unit 14 instead of interconnected via a standard open interface, as similarly shown with respect to integrated radio bank 51. Delivery unit 14 may also interface with a radio network unit 58 that receives communication data from a radio frequency transceiver 32 and relays the data to delivery unit 14 at fiber bank 54 through a fiber optic connection. Switching service using cable television distribution may also be provided by delivery unit 14 through cable bank 55 interface with a cable head 57.

As described above, delivery unit 14 has flexibility to accommodate a variety of radio technologies. Delivery unit 14 can also support conventional wire line and switching technology through interfacing with local exchange carriers and interexchange carriers through a channel bank 59. By providing trunk interfacing to a nearby central office 38,

8

delivery unit 14 allows for ingress and egress of public, local, and interexchange network call information without the need for expensive back haul to a central switch as found in cellular communication transmission. Co-location of delivery units 14 with central office 38 allows access to radio resource distribution facilities and unbundling of services for subscriber specific usage. Delivery unit 14 also has a common control element 60 to provide local control and management and diagnostic capabilities. Common control element 60 also provides a local switching matrix to connect bank channels to bank channels or bank channels to ATM add drop multiplexer 20 interface to fiber optic ring 16 and stand alone emergency operation in the event of isolation from service unit 12.

FIG. 7 is a block diagram of common control element 60 of delivery unit 14. Common control element 60 interfaces with fiber optic ring 16 though an optical receiver 61 and an optical transmitter 62 that provide modulation and demodulation of call information for fiber optic ring 16. An add/drop multiplexer 20 processes call information from and to optical receiver 61 and optical transmitter 62, respectively. A service unit ATM adaptation layer (AAL) 64 handles communications between service unit 12 and delivery unit 14. A delivery unit AAL 65 handles call information transfer between delivery units 14. A SONET framer 66 formats call information for placement onto fiber optic ring 16 through delivery unit AAL 65 and provides conversion of call information obtained by optical receiver 61 through delivery unit AAL 65.

Call information to and from SONET framer 66 traverses through a time slot interchanger 67. Time slot interchanger 67 performs the appropriate switching for the call information to and from bank control units found in each of the various banks of delivery unit 14. A control unit 68 includes clock generation, system memory, and control processor functions to control operation of delivery unit 14 as directed by service unit 12. A set of service circuits 69 supervise operation of time slot interchanger 67.

FIG. 8 is a block diagram of an example of radio bank 70 for use in delivery unit 14. Radio bank 70 has a plurality of line interfaces 72, each line interface 72 connecting to a corresponding radio frequency transceiver 32 over a digital link 74. Each line interface 72 also connects to a selector matrix 76. Selector matrix 76 provides call information from an appropriate line interface 72 to, and receives call information for an appropriate line interface 72 from, a plurality of digital signal processing channels 78. Digital signal processing channels 78 include a call control signaling circuit 82 which are under the control of a control processor 80. Call control signaling circuit 82 performs encryption and decryption of call information, transcoding of call information, fax and data service, as well as other digital signal processing functions. Each call control signaling circuit 82 within each digital signal processing channel 80 receives and transmits call information from and to a bank control unit 84. Bank control unit 84 sends and receives information to and from time slot interchanger 65 of common control element 60 in each delivery unit 14.

FIG. 9 is a block diagram of an example of radio frequency transceiver 32 that interfaces with radio bank 70. Radio frequency transceiver 32 receives call information on redundant receivers 90 of one of a plurality of radio ports 92. Call information is processed by redundant decoders 94 and placed onto signal line 98 by a diversity switch 96. The call information on signal line 98 is processed by a quality measure circuit 100 and switched by a multiplexer 102 to a line interface 104. Line interface 104 transmits the call

5,495,484

9                                                    10

information to radio bank 70 over digital link 74 according to clock generator 106. For transmission to a wireless subscriber, call information flows from radio bank 70 on digital link 74 through line interface 104 to multiplexer 102. Multiplexer 102 selects an available radio port 92 and sends the call information on signal line 98 to an encoder 108. The call information is modulated by a modulator 110 for transmission to the wireless subscriber by power amplifier 112.

Though a specific radio bank and radio frequency transceiver 32 cell site using time division multiple access (TDMA) technology shown, delivery unit 14 may accommodate other radio banks and radio frequency transceivers having different radio technologies.

In summary, a distributed telecommunications switching system includes a service unit that provides centralized control, administration, and maintenance function for a plurality of delivery units. Each delivery unit is associated with a central office to support local communities of interest and provide easy interconnect for local terminating and originating traffic in a most efficient and economical manner. The delivery units provide the switching function for the distributed personal communications network. Each delivery unit within the distributed telecommunications switching system is tied to each other delivery unit by a fiber optic ring or through a point-to-point fiber connection. Each delivery unit receives call information from personal wireless telephone units through a series of radio frequency transceivers. In a specific application, each delivery unit also can receive wire line transmissions through connection with the public switch telephone network or through its own equipped wireline subscriber interfaces. A delivery unit switches call information to other delivery units or other wire line or wireless networks under the control and supervision of the service unit.

Thus, it is apparent that there has been provided, in accordance with the present invention, a distributed telecommunications switching system that satisfies the advantages set forth above. Although the preferred embodiment has been described in detail, it should be understood that various changes, substitutions, and alterations can be made herein without departing from the spirit and scope of the present invention as defined by the following claims.

What is claim is:

1. A distributed telecommunications switching system, comprising:

a plurality of delivery units for providing subscriber line and/or network trunk interfaces to receive and transmit call control information and call traffic information for a particular call, each of said plurality of delivery units distributed throughout the system to provide a local switching function for said call traffic information according to destination and service requirements of said call control information;

a service unit for providing centralized control, management, and maintenance functions for each of said plurality of delivery units in order to direct where and how each of said plurality of delivery units is to deliver said call traffic information in response to said call control information, said service unit providing said centralized control, management, and maintenance functions independently and separately from said local switching function provided by said plurality of delivery units; and

a distributed center stage switching fabric providing a communication path between each of said plurality of

delivery units and other of said plurality of delivery units and between said service unit and each of said plurality of delivery units.

2. The system of claim 1, further comprising:

a plurality of radio frequency transceivers each associated with one of said plurality of delivery units for receiving and transmitting call traffic and call control information from and to a plurality of individual radio frequency portable units associated with each radio frequency transceiver, each of said plurality of delivery units receiving said call traffic and call control information from a corresponding originating radio frequency transceiver and delivering said call traffic information to an appropriate destination radio frequency transceiver as directed by said service unit in response to said call control information.

3. The system of claim 2, wherein each of said plurality of delivery units includes a plurality of radio banks to provide wireless interfaces to local subscribers.

4. The system of claim 1, wherein said distributed center stage switching fabric includes a fiber optic ring that provides multiple communication paths for simultaneous delivery of said call traffic and call control information for a plurality of calls and a plurality of call types.

5. The system of claim 1, wherein said distributed center stage switching fabric includes point to point fiber optic connections to provide multiple communication paths for simultaneous delivery of said call traffic and call control information for a plurality of calls.

6. The system of claim 1, further comprising:

a local central office associated with each of said plurality of delivery to allow communications between subscribers served by said plurality of delivery units and subscribers served by said local central office.

7. The system of claim 1, wherein each of said plurality of delivery includes a plurality of channel banks to provide wireline interfaces to local subscribers.

8. The system of claim 1, wherein each of said plurality of delivery includes a common control element to perform switching of said call traffic and call control information to and from other of said plurality of delivery units under the direction of said service unit.

9. The system of claim 1, wherein each of said plurality of delivery units processes call traffic and call control information in asynchronous transfer mode cells for transfer of call traffic information between said plurality of delivery units and call control information between each of said plurality of delivery units and said service unit.

10. The system of claim 1, wherein said service unit provides various services to subscribers of the network, said service unit being adaptable to provide additional services without affecting operation of existing services.

11. The system of claim 1, wherein each delivery unit includes a cable bank to accommodate cable television distribution for telecommunications services.

12. A distributed personal communications services system, comprising:

a plurality of delivery units for providing wireline and wireless communication interfaces to a plurality of wireless subscribers in order to transmit and receive call traffic information and call control information to and from said wireless subscribers, each delivery unit distributed throughout the system to provide local switching of call traffic information to and from said wireless subscribers according to destination and service requirements within said call control information;

a service unit for providing centralized control, management, and maintenance of each delivery unit to direct

5,495,484

11

where and how each delivery unit is to deliver said call traffic information in response to said call control information;

a fiber optic ring for providing a communication path between each delivery unit and other delivery units and between said service unit and each delivery unit, each delivery unit including an add/drop multiplexer for interfacing with said fiber optic ring in order to process and communicate call traffic and call control information through asynchronous transfer mode cells; and

a plurality of radio frequency transceivers associated with each delivery unit for transmitting and receiving said call traffic and call control information to and from said wireless subscribers, each delivery unit receiving said call traffic information from a corresponding originating radio frequency transceiver and delivering said call traffic information to an appropriate destination radio frequency transceiver as directed by said service unit in response to said call control information.

13. The system of claim 12, further comprising:

a local central office associated with each delivery unit to allow communications between a wireless subscriber and a wireline subscriber and between wireline subscribers.

14. The system of claim 12, wherein each delivery unit includes a channel bank to allow communications between a wireless subscriber and a wireline subscriber and between wireline subscribers.

15. The system of claim 12, wherein each delivery unit allows wireline and wireless communications between local subscribers and subscribers on other networks including public and private switched telephone network.

16. The system of claim 12, wherein said service unit locates a particular subscriber and determines that said particular subscriber is capable of communicating call traffic and call control information destined for said particular subscriber, said service unit directing a particular delivery unit associated with a zone of coverage where said particular subscriber is found to establish a communication path to a particular radio frequency transceiver within said zone of coverage and associated with said particular delivery unit and said particular subscriber.

17. The system of claim 16, wherein said service unit controls a transfer of said communication path between delivery units and radio frequency transceivers in the event of subscriber movement from one zone of coverage to a different zone of coverage during a single continuous call.

18. The system of claim 12, wherein said service unit directs a specific delivery unit associated with an originating subscriber to establish an originating connection path for call traffic and call control information from said originating subscriber.

19. The system of claim 18, wherein said service unit controls a transfer of said originating connection path between delivery units and radio frequency transceivers in the event of subscriber movement from one zone of cover-

12

age to a different zone of coverage during a single continuous call.

20. The system of claim 12, wherein said service unit performs database queries and initiates call setup procedures for call traffic information destined for external wireline or wireless networks in response to said call control information.

21. A distributed telecommunication switching system, comprising:

a plurality of delivery units each operable to provide at least one of a plurality of telecommunication services, each of said plurality of delivery units being distributed throughout the system and operable to provide a switching function for information to other delivery units according to a telecommunication service associated with said information and according to destination requirements of said information;

a service unit operable to provide control, management, and maintenance functions for each of said plurality of delivery units, said service unit operable to direct how each of said plurality of delivery units is to perform said plurality of telecommunication services said service unit providing said control, management, and maintenance functions independently and separately from said switching function provided by said delivery units; and

a fiber optic ring operable to provide a communication path for said plurality of delivery units and said service unit.

22. The distributed telecommunications switching system of claim 21, wherein said plurality of services include broadband, conventional telephone, video, and wireless services.

23. The distributed telecommunications switching system of claim 21, wherein one of said plurality of delivery units provides different services than another of said plurality of delivery units.

24. The distributed telecommunications switching system of claim 21, wherein said fiber optic ring has a bandwidth allocated to support concurrent multiple services and concurrent multi-service transport of said information.

25. The distributed telecommunications switching system of claim 24, wherein each of said plurality of delivery units dynamically allocates said bandwidth of said fiber optic ring according to said information and services associated with said information.

26. The distributed telecommunications switching system of claim 21, wherein said service unit and said plurality of delivery units are adaptable to provide additional telecommunication services without affecting operation of existing telecommunication services.

27. The distributed telecommunication switching system of claim 21, wherein said fiber optic ring provides multiple communication paths between said plurality of delivery units to allow for multiple transfers of information among said plurality of delivery units.

*   *   *   *   *

# EXHIBIT D

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

Sixth Edition



Published by the
Institute of Electrical and
Electronics Engineers, Inc.

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

**Standards Coordinating Committee 10, Terms and Definitions**
**Jane Radatz, Chair**

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.



ISBN 1-55937-833-6



90000

9 781559 378338

## Introduction

Since the first edition in 1941 of the American Standard Definitions of Electrical Terms, the work now known as IEEE Std 100, The IEEE Standard Dictionary of Electrical and Electronics Terms, has evolved into the unique compendium of terms that it is today.

The current edition includes all terms defined in approved IEEE standards through December 1996. Terms are categorized by their technical subject area. They are also associated with the standards or publications in which they currently appear. In some cases, terms from withdrawn standards are included when no current source can be found. Earlier editions of IEEE Std 100 included terms from sources other than IEEE standards, such as technical journals, books, or conference proceedings. These terms have been maintained for the sake of consistency and their sources are listed with the standards in the back of the book.

The practice of defining terms varies from standard to standard. Many working groups that write standards prefer to work with existing definitions, while others choose to write their own. Thus terms may have several similar, although not identical, definitions. Definitions have been combined wherever it has been possible to do so by making only minor editorial changes. Otherwise, they have been left as written in the original standard.

Users of IEEE Std 100 occasionally comment on the surprising omission of a particular term commonly used in an electrical or electronics field. This occurs because the terms in IEEE Std 100 represent only those defined in the existing or past body of IEEE standards. To respond to this, some working groups obtain authorization to create a glossary of terms used in their field. All existing, approved standard glossaries have been incorporated into this edition of IEEE Std 100, including the most current glossaries of terms for computers and power engineering.

IEEE working groups are encouraged to refer to IEEE Std 100 when developing new or revised standards to avoid redundancy. They are also encouraged to investigate deficiencies in standard terms and create standard glossaries to alleviate them.

The sponsoring body for this document was Standards Coordinating Committee 10 on Definitions (SCC10), which consisted of the following members:

**Jane Radatz,** *Chair*

| | | |
|---|---|---|
| John W. Balde | Chris Heegard | F. A. Saal |
| Arthur Ballato | John Horch | Ralph M. Showers |
| Bruce Barrow | J. L. Koepfinger | Edward N. Skomal |
| William Carey | Allen H. Meitzler | Kenneth L. Swinth |
| Frank A. Denbrock | Frank D. Myers | Raymond S. Turgel |
| Jay Forster | Donald T. Roberts | Edward F. Vance |

When the IEEE Standards Board approved this standard on 10 December 1996, it had the following membership.

**Donald C. Loughry,** *Chair*     **Richard J. Holleman,** *Vice Chair*
**Andrew G. Salem,** *Secretary*

Gilles A. Baril
Clyde R. Camp
Joseph A. Cannatelli
Stephen L. Diamond
Harold E. Epstein
Donald C. Fleckenstein
Jay Forster*
Donald N. Heirman
Ben C. Johnson

E. G. "Al" Kiener
Joseph L. Koepfinger*
Stephen R. Lambert
Lawrence V. McCall
L. Bruce McClung
Marco W. Migliaro
Mary Lou Padgett
John W. Pope

Jose R. Ramos
Arthur K. Reilly
Ronald H. Reimer
Gary S. Robinson
Ingo Rüsch
John S. Ryan
Chee Kiow Tan
Leonard L. Tripp
Howard L. Wolfman

*Member Emeritus

Also included are the following nonvoting IEEE Standards Board liaisons:

Satish K. Aggarwal
Alan H. Cookson
Chester C. Taylor

Kim Breitfelder (1995-present), *IEEE Std 100 Editor*
Stephen Huffman (1993-1995), *IEEE Std 100 Editor*

Assistance was provided by the IEEE Standards editorial staff.

## How to use this dictionary

The terms defined in this dictionary are listed in *letter-by-letter* alphabetical order. Spaces are ignored in this style of alphabetization, so *cable value* will come before *cab signal*. Descriptive categories associated with the term in earlier editions of IEEE Std 100 will follow the term in parentheses. New categories appear after the definitions (see Categories, below), followed by the designation of the standard or standards that include the definition. If a standard designation is followed by the letter s, it means that edition of the standard was superseded by a newer revision and the term was not included in the revision. If a designation is followed by the letter w, it means that edition of the standard was withdrawn, and not replaced by a revision. A bracketed number refers to the non-IEEE standard sources given in the back of the book.

Acronyms and abbreviations are no longer listed in a separate section in the dictionary; rather, they are incorporated alphabetically with other terms. Each acronym or abbreviation refers to its expanded term, where it is defined. Acronyms and abbreviations for which no definition was included in past editions have been deleted from this edition of IEEE Std 100.

Abstracts of the current set of approved IEEE standards are provided in the back of the book. It should be noted that updated information about IEEE standards can be obtained at any time from the IEEE Standards World Wide Web site at http://standards.ieee.org/.

## Categories

The category abbreviations that are used in this edition of IEEE Std 100 are defined below. This information is provided to help elucidate the context of the definition. Older terms for which no category could be found have had the category "Std100" assigned to them. Note that terms from sources other than IEEE standards, such as the National Electrical Code® (NEC®) or the National Fire Protection Association, may not be from the most recent editions; the reader is cautioned to check the latest editions of all sources for the most up-to-date terminology.

iv

receiver sensitivity and linearity, etc. *See also:* measurement system. (IM) 284-1968w

(3) (A) (electrothermic unit) The ratio of the substituted reference power (dc, audio, or rf) in the electrothermic unit to the power incident upon the electrothermic unit for the same dc output voltage from the electrothermic unit at a prescribed temperature. *Notes:* 1. Calibration factor and effective efficiency are related as in the equation above, where $K_b$, $\eta_e$, and $\Gamma$ are the calibration factor, effective efficiency, and reflection coefficient of the electrothermic unit, respectively. 2. The reference frequency is to be supplied with the calibration factor. (B) (electrothermic-coupler unit) The ratio of the substituted reference power (dc, audio, or rf) in the electrothermic unit attached to the side arm of the directional coupler to the power incident upon a nonreflecting load connected to the output port of the main arm of the directional coupler for the same dc output voltage from the electrothermic unit is attached to the main arm of the directional coupler, the calibration factor is the ratio of the substituted reference (dc, audio, or rf) power in the electrothermic unit attached to the main arm of the directional coupler to the power incident upon a nonreflecting load connected to the output port of the side arm of the directional coupler for the same dc output voltage from the electrothermic unit at a prescribed temperature. *Note:* The reference frequency is to be supplied with the calibration factor. (IM) 544-1975w

**calibration interval, period, or cycle (test, measurement, and diagnostic equipment)** The maximum length of time between calibration services during which each standard and test and measuring equipment is expected to remain within specific performance levels under normal conditions of handling and use. (BT) 511-1979w

**calibration level (signal generators)** The level at which the signal generator output is calibrated against a standard. *See also:* signal generator. (IM) [40]

**calibration marks (navigation aids) (radar)** Indications superimposed on a display to provide a numerical scale of the parameters displayed. (AE) 172-1983w, 686-1990w

**calibration procedure (test, measurement, and diagnostic equipment)** A document which outlines the steps and operations to be followed by standards and calibration laboratory and field calibration activity personnel in the performance of an instrument calibration. (MIL) [2]

**calibration programming (power supplies)** Calibration with reference to power-supply programming describes the adjustment of the control-bridges current to calibrate the programming ratio in ohms per volt. *Note:* Many programmable supplies incorporate a calibrate control as part of the reference resistor that performs this adjustment.
(AE/PE) [41], [78]

**calibration scale** A set of graduations marked to indicate values of quantities, such as current, voltage, or time at which an automatic device can be set to operate.
(PE/SWG) C37.100-1992

**calibration voltage** The voltage applied during the adjustment of a meter. *See also:* test. (ELM) C12.1-1982s

**calibrator (oscilloscopes)** The signal generator whose output is used for purposes of calibration, normally either amplitude or time or both. (IM) 311-1970w

**caliche (cable plowing)** Common sedimentary rock normally formed from ancient marine life. (PE/T&D) 590-1977r

**call (1) (computers)** The action performed by the calling party, or the operations necessary in making a call, or the effective use made of a connection between two stations.
(COM/C) [85]

(2) (telephone switching systems) A demand to set up a connection. (COM) 312-1977w

(3) (A) (software) A transfer of control from one software module to another, usually with the implication that control will be returned to the calling module. *Contrast:* go to. (B) (software) A computer instruction that transfers control from one software module to another as in definition (A)

and, often, specifies the parameters to be passed to and from the module. (C) (software) To transfer control from one software module to another as in definition (A) and, often, to pass parameters to the other module. *Synonym:* cue. *See also:* call by name; call by reference; call by value; call list; calling sequence. (C) 610.12-1990

(4) (telecommunications) A measure of traffic intensity or event data. *Synonym:* call attempts per hour. *See also:* CCS; time-consistent traffic measures. (COM) 973-1990w

**call announcer (automatic telephone office)** A device for receiving pulses and audibly reproducing the corresponding number in words so that it may be heard by a manual operator.
(EEC/PE) [119]

**call attempts per hour** A measure of traffic intensity or event data. *Synonym:* call. *See also:* CCS; time-consistent traffic measures. (COM) 973-1990w

**callback** A function written as part of the application, associated with a specific widget resource, that is invoked as a result of a specific change of state associated with that widget. For example, the XmNactivateCallback resource of the PushButton widget points to the callback function that is called when the button is pushed. (C) 1295-1993

**call back** A security procedure that verifies the identity of a terminal accessing a computer system by terminating the original connection and then reestablishing it by placing a new call to the terminal. (C) 610.7-1995

**call by address** *See:* call by reference.

**call by location** *See:* call by reference.

**call by name** A method for passing parameters, in which the calling module provides to the called module a symbolic expression representing the parameter to be passed, and a service routine evaluates the expression and provides the resulting value to the called module. *Note:* Because the expression is evaluated each time its corresponding formal parameter is used in the called module, the value of the parameter may change during the execution of the called module. *Contrast:* call by reference. (C) 610.12-1990

**call by reference** A method for passing parameters, in which the calling module provides to the called module the address of the parameter to be passed. *Note:* With this method, the called module has the ability to change the value of the parameter stored by the calling module. *Synonyms:* call by address; call by location. *Contrast:* call by name; call by value.
(C) 610.12-1990

**call by value** A method of passing parameters, in which the calling module provides to the called module the actual value of the parameter to be passed. *Note:* With this method, the called module cannot change the value of the parameter as stored by the calling module. *Contrast:* call by name; call by reference. (C) 610.12-1990

**call capacity** The number of call attempts per busy hour that can be processed without exceeding various service standards. The capacity may alternatively be expressed in terms of originating-plus-incoming (O + I) calls that can be processed during the busy hour. (COM) 973-1990w

**call circuit (manual switching)** A communication circuit between switching points used by the traffic forces for the transmission of switching instructions. (EEC/PE) [119]

**call count** Occurs when one digit of the called number is received by the system after dial tone or wink is sent.
(COM) 973-1990w

**called-line release (telephone switching systems)** Release under the control of the line to which the call was directed.
(COM) 312-1977w

**call forwarding (telephone switching systems)** A feature that permits a customer to instruct the switching equipment to transfer calls intended for his or her station to another station. (COM) 312-1977w

**call graph** A diagram that identifies the modules in a system or computer program and shows which modules call one another. *Note:* The result is not necessarily the same as that

# EXHIBIT E









ABOUT JAVA TECHNOLOGY

## Learn About Java Technology

Java technology was created as a computer programming tool in a small, secret effort called "the Green Project" at Sun Microsystems in 1991 .

The secret "Green Team," fully staffed at 13 people and led by James Gosling, locked themselves away in an anonymous office on Sand Hill Road in Menlo Park, cut off all regular communications with Sun, and worked around the clock for 18 months.

They were trying to anticipate and plan for the "next wave" in computing. Their initial conclusion was that at least one significant trend would be the convergence of digitally controlled consumer devices and computers.

A device-independent programming language code-named "Oak" was the result.

To demonstrate how this new language could power the future of digital devices, the Green Team developed an interactive, handheld home-entertainment device controller targeted at the digital cable television industry. But the idea was too far ahead of its time, and the digital cable television industry wasn't ready for the leap forward that Java technology offered them.

As it turns out, the Internet was ready for Java technology, and just in time for its initial public introduction in 1995, the team was able to announce that the Netscape Navigator Internet browser would incorporate Java technology.

Now, nearing its tenth year, the Java platform has attracted over 4 million software developers, worldwide use in every major industry segment, and a presence in a wide range of devices, computers, and networks of any programming technology.

In fact, its versatility, efficiency, platform portability, and security have made it the ideal technology for network computing, so that today, Java powers more than 2.5 billion devices:

- over 700 million PCs
- over 1 billion mobile phones and other handheld devices (source: Ovum)
- 1.25 billion smart cards
- plus set-top boxes, printers, web cams, games, car navigation systems, lottery terminals, medical devices, parking payment stations, etc.

Today, you can find Java technology in networks and devices that range from the Internet and scientific supercomputers to laptops and cell phones, from Wall Street market simulators to home game players and credit cards — just about everywhere.

The best way to preview these applications is to explore Java.com, the ultimate marketplace, showcase, and central information resource for businesses, consumers, and software developers who use Java technology.

**Why Software Developers Choose Java Technology**

The Java programming language has been thoroughly refined, extended, tested, and proven by an active community of over four million software developers.

Mature, extremely robust, and surprisingly versatile Java technology has become invaluable in allowing developers to:

- Write software on one platform and run it on practically any other platform
- Create programs to run within a web browser and web services
- Develop server-side applications for online forums, stores, polls, HTML forms processing, and more
- Combine Java technology-based applications or services to create highly customized applications or services
- Write powerful and efficient applications for mobile phones, remote processors, low-cost consumer products, and practically any device with a digital heartbeat

Back to top