IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 04-874-GMS<br>ALCATEL USA, INC., )<br>)<br>Defendant. ) | |

## PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT ALCATEL USA, INC.'S NOTICE OF DEPOSITION OF LIANG T. WU

Plaintiff Telcordia Technologies, Inc. ("Telcordia"), by its attorneys, hereby objects to Defendant Alcatel USA, Inc.'s ("Alcatel") Notice of Deposition of Liang T. Wu.

### OBJECTIONS

1. Telcordia objects to the time and location of the deposition. Telcordia will work with Alcatel to schedule the deposition at a mutually agreeable time and place.

2. Telcordia objects to the use, including use by other parties, of any testimony from the noticed deposition in separate cases, such as the pending suits against Lucent and Cisco (Telcordia Technologies, Inc. v. Lucent Technologies, Inc. Civil Action No. 04-875-GMS and Telcordia Technologies, Inc. v. Cisco Systems, Inc., Civil Action No. 04-876-GMS).

3. Telcordia objects to the extent that this deposition in combination with depositions of other witnesses would cause Alcatel to exceed any of the limits on depositions set forth in the Federal Rules of Civil Procedure.

                    ASHBY & GEDDES

                    */s/ Tiffany Geyer Lydon*

                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    222 Delaware Avenue, 17th Floor
                    P.O. Box 1150
                    Wilmington, Delaware 19899
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Dated: March 27, 2006

168041.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2006, the attached **PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT ALCATEL USA, INC.'S NOTICE OF DEPOSITION OF LIANG T. WU** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

150908.1