# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 30, 2006

VIA ELECTRONIC FILING AND HAND DELIVERY

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re: *Telcordia Technologies, Inc. v. Alcatel S.A. and Alcatel USA, Inc.*,
           C.A. No. 04-874-GMS

           *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*,
           C.A. No.04-875-GMS

           *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*,
           C.A. No. 04-876-GMS

Dear Judge Sleet:

      Pursuant to the Revised Scheduling Order in the above three actions, the parties jointly submit two sets of binders containing the final joint claim chart and claim construction briefs.

                                    Respectfully,

                                    Tiffany Geyer Lydon (I.D. #3950)

Enclosures
cc:    Clerk of the Court (via electronic filing w/out encl.)
       Josy W. Ingersoll, Esquire (via electronic mail w/out encl.)
       Stuart J. Sinder, Esquire (via electronic mail w/out encl.)
       John W. Shaw, Esquire (via electronic mail w/out encl.)
       Steven C. Cherny, Esquire (via electronic mail w/out encl.)
       David A. Nelson, Esquire (via electronic mail w/out encl.)
       Jack B. Blumenfeld, Esquire (via electronic mail w/out encl.)
       Edward R. Reines, Esquire (via electronic mail w/out encl.)
       Donald R. Dunner, Esquire (via electronic mail w/out encl.)

165929.1