IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-874-GMS |
| | ) |
| ALCATEL USA, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S
OBJECTIONS TO DEFENDANT ALCATEL USA, INC.'S
<u>NOTICE OF DEPOSITION OF THIERRY HOUDOIN</u>**

Plaintiff Telcordia Technologies Inc. ("Telcordia"), by its attorneys, hereby objects to Defendant Alcatel USA, Inc.'s ("Alcatel") Notice of Deposition of Thierry Houdoin.

<u>**OBJECTIONS**</u>

1.  Telcordia objects to the time and location of the deposition. Telcordia will work with Alcatel to schedule a properly noticed and properly conducted deposition at a mutually agreeable time and place.

2.  Telcordia objects to the extent the notice and deposition do not comply with Rules 28(b) and 29, Federal Rules of Civil Procedure, the Hague Convention, the laws of France, or other laws regarding depositions conducted in France. For example, Alcatel's March 1, 2006, notice to take the deposition of Thierry Houdoin beginning at 9:00 am on April 6, 2006, on its face does not appear to have properly notified all appropriate authorities of the deposition. Accordingly, Telcordia does not agree to any deposition conducted in violation of applicable laws and conventions.

3.  Telcordia objects to the extent that Mr. Houdoin's employer has not approved this deposition, for example, by releasing Mr. Houdoin to divulge his employer's confidential

information.

4. Telcordia objects to the use, including use by other parties, of any testimony from the noticed deposition in separate cases, such as the pending suits against Lucent and Cisco (Telcordia Technologies, Inc. v. Lucent Technologies, Inc., Civil Action No. 04-875-GMS and Telcordia Technologies, Inc. v. Cisco Systems, Inc., Civil Action No. 04-876-GMS).

5. Telcordia objects to the use of any documents at the deposition that have been obtained by Alcatel, whether by subpoena to France Telecom or otherwise, that have not been identified or provided to counsel for Telcordia by the close of business on March 31, 2006, including documents bearing a production range of KK000001-KK000121.

6. Telcordia objects to the extent that defendants Alcatel, Cisco, or Lucent have had access to the noticed deponent prior to the deposition, such as through informal interviews in which Telcordia was not present.

7. Telcordia objects to the late notice regarding contact information of the noticed deponent.

8. Telcordia objects to the redaction of information in certain documents within the production range of KK000001-KK000121, because no basis has been provided for withholding this information from Telcordia.

                      ASHBY & GEDDES

                      */s/ Tiffany Geyer Lydon*

                      _____
                      Steven J. Balick (I.D. #2114)
                      John G. Day (I.D. #2403)
                      Tiffany Geyer Lydon (I.D. #3950)
                      222 Delaware Avenue, 17th Floor
                      P.O. Box 1150
                      Wilmington, Delaware 19899
                      (302) 654-1888
                      sbalick@ashby-geddes.com
                      jday@ashby-geddes.com
                      tlydon@ashby-geddes.com

                      *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Dated: April 3, 2006

168243.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2006, the attached **PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT ALCATEL USA, INC.'S NOTICE OF DEPOSITION OF THIERRY HOUDOIN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

150908.1