IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,<br><br>        *Plaintiff,*<br>   *Counterclaim-Defendant,*<br>vs.<br><br><br>ALCATEL USA, INC.,<br><br>        *Defendant,*<br>   *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 31, 2006, copies of Alcatel USA, Inc.'s Third Supplemental Response to Plaintiff's Interrogatory No. 6, were served upon the following counsel in the manner indicated:

| **BY HAND DELIVERY & E-MAIL** | **BY E-MAIL** |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001 |

Additionally, on April 4, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

| **BY CM/ECF & HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
_____
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

Dated: April 4, 2006