IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ALCATEL USA, INC., )<br>)<br>Defendant, )<br>Counterclaim-Plaintiff. )<br>) | Case No. 04-CV-874 GMS |

### AMENDED NOTICE OF DEPOSITION OF SANG H. LEE

PLEASE TAKE NOTICE that Defendant/Counterclaim-Plaintiff Alcatel USA Inc. will take the deposition of Sang H. Lee by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on April 14, 2006, in the Business Center Meeting Room, Third Floor, of the Grand Intercontinental Hotel, located at 159-8 Samseong-Dong, Seoul, Korea, telephone 822-555-5656. You are invited to attend and cross examine.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll by Andrew A. Lundgren (No. 4429)
Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903)
Adam Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Defendant /
Counterclaim Plaintiff Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark A. Hannemann
Clement J. Naples
Michael G. Gabriel
KENYON & KENYON, LLP
One Broadway
New York, NY 10004
Tel. (212) 425-7200
Fax. (212) 425-5288

Dated: April 7, 2006

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren hereby certify that on April 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19801

I further certify that on April 7, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Donald R. Dunner, Esquire
Don O. Burley, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _____
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> alundgren@ycst.com
>
> Attorneys for Defendants

DB01:1592413.1                                                               063535.1001