IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br><br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that copies of Alcatel's Responses to Telcordia's Second Third Set of Requests for Production (Nos. 245-274) were caused to be served on April 6, 2006, upon the following counsel in the manner indicated:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

Additionally, on April 7, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Andrew A. Lundgren
                Josy W. Ingersoll (No. 1088)
                Adam W. Poff (No. 3990)
                Andrew A. Lundgren (No. 4429)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                (302) 571-6600
                apoff@ycst.com

                *Attorneys for Alcatel USA, Inc.*

Dated: April 7, 2006