IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., *Plaintiff,* v. ALCATEL USA, INC., *Defendant.* | C.A. No. 04-874-GMS |

## ORDER

IT IS HEREBY ORDERED THAT:

1. Telcordia's Motion to Dismiss, Or in the Alternative, to Sever and Stay Alcatel's Counterclaim for Infringement of the '052 Patent (D.I. 54) is GRANTED IN PART, as follows:

2. All claims in this action relating to Alcatel's U.S. Patent No. 6,247,052 (the "'052 patent") are hereby STAYED.

3. The stay may be lifted upon motion of any party after proceedings before the U.S. Patent and Trademark Office ("PTO") on an application to reissue the '052 patent have been completed.

Dated: April \_\_\_\_, 2006

_____
UNITED STATES DISTRICT JUDGE