IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ALCATEL USA, INC., <br><br> *Defendant.* | C.A. No. 04-874-GMS |

## NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION

PLEASE TAKE NOTICE that Alcatel hereby withdraws its opposition (D.I. 55) to the request for a stay contained in Telcordia's Motion to Dismiss, Or in the Alternative, to Sever and Stay Alcatel's Counterclaim for Infringement of the '052 Patent (D.I. 54), and asks that claims pertaining to the '052 patent be stayed for the reasons set forth in Alcatel's letter to the Court dated April 12, 2006.

Alcatel respectfully requests that the Court enter an Order in the form attached hereto, granting in part Telcordia's motion and staying all claims in this action relating to Alcatel's U.S. Patent No. 6,247,052 (the "'052 patent").

Dated: April 12, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll (No. 1088)
_____
Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:
Stuart J. Sinder
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel. (212) 425-7200

DB01:2065078.1                                                                                                                          063535.1001

**CERTIFICATE OF SERVICE**

I, Josy W. Ingersoll, Esquire hereby certify that on April 12, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY HAND DELIVERY**

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE  19801

I further certify that on April 12, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Donald R. Dunner, Esquire
> Don O. Burley, Esquire
> Finnegan, Henderson, Farabow
>  Garrett & Dunner, L.L.P.
> 901 New York Avenue, NW
> Washington, DC  20001

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ Josy W. Ingersoll (No. 1088)
> _____
> Josy W. Ingersoll  (No. 1088)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> jingersoll@ycst.com
> Attorneys for Alcatel USA, Inc.

**COURTESY COPIES TO:**

Jack B. Blumenfeld, Esquire  (by hand delivery)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Edward R. Reines, Esquire (by Federal Express)
Weil, Gotshal & Manges
Silicon Valley
201 Redwood Shores Parkway
Redwood Shores, CA  94065

John W. Shaw, Esquire (by hand delivery)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Steven C. Cherny, Esquire (by Federal Express)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022