IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff,*<br>*Counterclaim-Defendant,*<br><br>vs.<br><br><br>ALCATEL USA, INC.,<br><br>*Defendant,*<br>*Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that copies of Alcatel's First Supplemental Response to Telcordia's Second Third Set of Interrogatories (Nos. 16 and 19) were caused to be served on March 17, 2006, upon the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

Additionally, on April 13, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
_____
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

Dated: April 13, 2006