IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br><br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Alcatel USA, Inc., hereby certifies that copies of Alcatel's Response to Schedule B of Telcordia's Fourth Notice of 30(B)(6) Deposition were caused to be served on April 17, 2006, upon the following counsel in the manner indicated:

**BY HAND DELIVERY and ELECTRONIC MAIL**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

Additionally, on April 17, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

Dated: April 17, 2006