IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., *Plaintiff, Counterclaim-Defendant,* vs. ALCATEL USA, INC., *Defendant, Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Alcatel USA, Inc., hereby certifies that copies of (1) Alcatel USA's Fourth Set of Interrogatories (Nos 23 – 31), (2) Alcatel's Third Set of Requests for the Production of Documents (Nos. 153 – 183), and (3) Alcatel USA's Third Set of Requests for Admission (Nos. 122 – 160) were caused to be served on April 24, 2006, upon the following counsel in the manner indicated:

**BY HAND DELIVERY & E-MAIL**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY E-MAIL**

Donald R. Dunner, Esquire
Don O. Burley, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

Additionally, on April 27, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated:

|  |  |
|---|---|
| **BY CM/ECF & HAND DELIVERY** | **BY E-MAIL** |
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC  20001 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: April 27, 2006

DB01:2083018.1                                                                                                                   063535.1001