# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

May 2, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

Re: *Telcordia Technologies, Inc. v. Alcatel S.A., et al.*, C.A. No. 04-874 (GMS)
*Telcordia Technologies, Inc. v. Lucent Techologies*, C.A. No. 04-875 (GMS)
*Telcordia Technologies, Inc. v. Cisco Systems, Inc.*, C.A. No. 04-876 (GMS)

Dear Judge Sleet:

I am writing on behalf of the defendants in all three actions in response to Telcordia's letter of yesterday. The defendants have coordinated their claim construction briefing to avoid repetitive arguments, and intend to do the same thing at the argument tomorrow. We do not believe that it is necessary for the Court to set a strict allocation of time for the hearing. The defendants do not request three-quarters of the time. Because the three defendants have coordinated their efforts, however, there may be some points on which they may need to have a few extra minutes. In any event, we do not believe that there is any real dispute between the parties and no reason for the Court to address the matter.

In preparation for the hearing, defendants suggest, subject to the Court's approval, that the patents be presented in the following order: '306, '633 and '763, the same order as in Telcordia's opening brief.

Defendants' counsel will, of course, be available should the Court wish to discuss any issues in advance of the hearing.

Respectfully,

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld

The Honorable Gregory M. Sleet
May 2, 2006
Page 2

cc: Peter T. Dalleo, Clerk (By Hand)
    Steven J. Balick, Esquire (By Hand)
    Josy W. Ingersoll, Esquire (By Hand)
    John W. Shaw, Esquire (By Hand)
    Donald R. Dunner, Esquire (By Fax)
    Stuart J. Sinder, Esquire (By Fax)
    Steven C. Cherny, Esquire (By Fax)
    Edward R. Reines, Esquire (By Fax)