## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,           )
                                        )
            Plaintiff/Counterclaim -Defendant  )
                                        )
    v.                                  )
                                        )        Civil Action No. 04-874-GMS
                                        )
ALCATEL USA, INC.                       )
                                        )
            Defendant/Counterclaim-Plaintiff  )

## NOTICE OF DEPOSITION OF JOHN BERRES

PLEASE TAKE NOTICE that Plaintiff Telcordia Technologies, Inc. ("Telcordia") will take the deposition of John Berres by oral examination using videotape, audiotape, and/or stenographic means.  The deposition will begin at 9:00 am on May 16, 2006, at the offices of FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., 901 New York Avenue NW, Washington, DC 20001-4431, or such other date and location as mutually agreeable to the parties, and will continue from day to day until completed.  The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

You are invited to attend and examine the witness.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
(202) 408-4000

Dated:  May 5, 2006
169238.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2006, the attached **NOTICE OF**

**DEPOSITION OF JOHN BERRES** was served upon the below-named counsel of record at the

address and in the manner indicated:

Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Stuart J. Sinder, Esquire                                     VIA FEDERAL EXPRESS
Kenyon & Kenyon
One Broadway
New York, NY  10004


                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon


150908.1