IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br><br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Civil Action No. 04-874 GMS |

## NOTICE OF DEPOSITION OF VERNON ANTHONY

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, on Thursday, May 18, 2006 at 9:00 a.m., in the offices of Kenyon & Kenyon LLP, at One Broadway, New York, NY 10004 or at such other time and place as may be mutually agreed upon by the parties, Defendant/Counterclaim-Plaintiff Alcatel USA, Inc. shall take the deposition by oral examination of Vernon Anthony.

The above noticed deposition shall be recorded by stenographic and/or videographic means before a Notary Public or other officer authorized by law. You are invited to attend and cross examine.

Dated: May 9, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Adam W. Poff (#3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
 *Attorneys for Defendant /*
 *Counterclaim Plaintiff Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark A. Hannemann
Clement J. Naples
Michael G. Gabriel
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel. (212) 425-7200
Fax. (212) 425-5288

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick
> ASHBY & GEDDES
> 222 Delaware Avenue
> Wilmington, DE 19801
> sbalick@ashby-geddes.com

I further certify that on May 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Donald R. Dunner [don.dunner@finnegan.com]
> Don O. Burley [don.burley@finnegan.com]
> FINNEGAN, HENDERSON, FARABOW
>  GARRETT & DUNNER, LLP
> 901 New York Avenue, NW
> Washington, DC 20001
> (202) 408-4000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: May 9, 2006

/s/ Karen L. Pascale
Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Adam W. Poff (#3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
  *Attorneys for Defendant /*
  *Counterclaim Plaintiff Alcatel USA, Inc.*

## COURTESY COPIES TO:

Jack B. Blumenfeld, Esquire  (by hand delivery)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

Edward R. Reines, Esquire (by Federal Express)
WEIL, GOTSHAL & MANGES
Silicon Valley
201 Redwood Shores Parkway
Redwood Shores, CA  94065

John W. Shaw, Esquire (by hand delivery)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Steven C. Cherny, Esquire (by Federal Express)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022