IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-874-GMS |
| ) | |
| ALCATEL USA, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT ALCATEL USA, INC.'S NOTICE OF DEPOSITION OF VERNON ANTHONY

Plaintiff Telcordia Technologies, Inc. ("Telcordia"), by its attorneys, hereby objects to Defendant Alcatel USA, Inc.'s ("Alcatel") Notice of Deposition of Vernon Anthony.

### OBJECTIONS

1. Telcordia objects to the time and location of the deposition. Telcordia will work with Alcatel to schedule the deposition at a mutually agreeable time and place.

2. Telcordia objects to the use, including use by other parties, of any testimony from the noticed deposition in separate cases, such as the pending suits against Lucent and Cisco (Telcordia Technologies, Inc. v. Lucent Technologies, Inc. Civil Action No. 04-875-GMS and Telcordia Technologies, Inc. v. Cisco Systems, Inc., Civil Action No. 04-876-GMS).

3. Telcordia objects to the extent that this deposition in combination with depositions of other witnesses would cause Alcatel to exceed any of the limits on depositions set forth in the Federal Rules of Civil Procedure.

4. Telcordia objects to the extent that this deposition seeks information that is protected by claims of attorney-client privilege or attorney work product in light of the fact that

Vernon Anthony, as part of his duties at Telcordia, maintains significant contacts with Telcordia's lawyers and is extensively exposed to confidential and privileged information.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Tiffany Geyer Lydon* |
|  | _____ |
| *Of Counsel:* | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
| Donald R. Dunner | Tiffany Geyer Lydon (I.D. #3950) |
| Don O. Burley | 222 Delaware Avenue, 17th Floor |
| Steven M. Anzalone | P.O. Box 1150 |
| Richard H. Smith | Wilmington, Delaware 19899 |
| Houtan K. Esfahani | (302) 654-1888 |
| FINNEGAN, HENDERSON, FARABOW, | sbalick@ashby-geddes.com |
|   GARRETT & DUNNER, L.L.P. | jday@ashby-geddes.com |
| 901 New York Avenue, N.W. | tlydon@ashby-geddes.com |
| Washington, D.C. 20001-4413 |  |
| (202) 408-4000 | *Attorneys for Plaintiff* |
|  | *Telcordia Technologies, Inc.* |
| York M. Faulkner |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|   GARRETT & DUNNER, L.L.P. |  |
| Two Freedom Square |  |
| 11955 Freedom Drive |  |
| Reston, VA 20190-5675 |  |
| (571) 203-2700 |  |

Dated: May 16, 2006
169479.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2006, the attached **PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT ALCATEL USA, INC.'S NOTICE OF DEPOSITION OF VERNON ANTHONY** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

150908.1