IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

**NOTICE OF SUBPOENA AND DEPOSITION OF STEVE JOROFF**

PLEASE TAKE NOTICE that Defendant/Counterclaim-Plaintiff, Alcatel USA, Inc. ("Alcatel") has served the attached subpoena and will take the deposition of Steve Joroff by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 10:00 a.m. on May 24, 2006 at the offices of Kenyon & Kenyon LLP, One Broadway, New York, NY 10004, The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ 

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200


Dated: May 16, 2006

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire hereby certify that on May 16, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

I further certify that on May 16, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Donald R. Dunner, Esquire
>Don O. Burley, Esquire
>Finnegan, Henderson, Farabow
>  Garrett & Dunner, L.L.P.
>901 New York Avenue, NW
>Washington, DC 20001

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Josy W. Ingersoll (No. 1088)
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>Attorneys for Alcatel USA, Inc.

**COURTESY COPIES TO:**

Jack B. Blumenfeld, Esquire  (by hand delivery)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Edward R. Reines, Esquire (by Federal Express)
Weil, Gotshal & Manges
Silicon Valley
201 Redwood Shores Parkway
Redwood Shores, CA  94065

John W. Shaw, Esquire (by hand delivery)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Steven C. Cherny, Esquire (by Federal Express)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022