IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Alcatel USA, Inc., hereby certifies that copies of Alcatel's Responses to Telcordia's Fifth Set of Requests for Production (Nos. 329-351) were caused to be served on May 15, 2006, upon the following counsel in the manner indicated:

**BY HAND DELIVERY & E-MAIL**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY E-MAIL**

Donald R. Dunner, Esquire
Don O. Burley, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

Additionally, on May 16, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated:

| **BY CM/ECF & HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC  20001 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 16, 2006

DB01:2083018.1                                                                                       063535.1001