IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,<br><br>                *Plaintiff,*<br>      *Counterclaim-Defendant,*<br>vs.<br><br><br>ALCATEL USA, INC.,<br><br>                *Defendant,*<br>      *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Alcatel USA, Inc., hereby certifies that Andrew P. Nemiroff, Esquire of Kenyon & Kenyon LLP, One Broadway, New York, NY 10004-1007 caused copies of Alcatel's Responses to Telcordia's Third Set of Interrogatories (Nos. 24-34) to be served on May 22, 2006, upon the following counsel in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Richard H. Smith, Esquire<br>York M. Faulkner, Esquire<br>Houtan K. Esfahani, Esquire<br>Geoffrey Mason, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 |

DB01:2105453.1                                                                                                                     063535.1001

Additionally, the undersigned hereby certifies that on May 23, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the below listed counsel of record in the manner indicated below:

**BY CM/ECF & HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY E-MAIL**

Donald R. Dunner, Esquire
Don O. Burley, Esquire
John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 23, 2006