IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br> *Counterclaim-Defendant,* <br> vs. <br><br><br> ALCATEL USA, INC., <br><br> *Defendant,* <br> *Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Alcatel USA, Inc., hereby certifies that copies of Alcatel's Responses to Telcordia's Fourth Set of Interrogatories (No. 35 and Replacement Nos. 28 and 29) were caused to be served on May 26, 2006, upon the following counsel in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY E-MAIL**

Donald R. Dunner, Esquire
Don O. Burley, Esquire
Steven M. Anzalone, Esquire
Richard H. Smith, Esquire
Houtan K. Esfahani, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

The undersigned further certifies that copies of 1) Alcatel's Responses to Telcordia's Seventh Set of Requests for Production (Nos. 391-399); 2) Alcatel USA, Inc.'s Fourth Supplemental Response to Plaintiff's Interrogatory No. 6; 3) Alcatel USA's Responses to Telcordia's First Set of Requests for Admission (Nos. 1-49); 4) Alcatel USA, Inc.'s Responses to Telcordia's Second Set of Requests for Admission (Nos. 50-160), and 5) Alcatel USA, Inc.'s Third Supplemental Response to Plaintiff's Interrogatory No. 8 were caused to be served on May 26, 2006, upon the following counsel in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>Steven M. Anzalone, Esquire<br>Richard H. Smith, Esquire<br>Houtan K. Esfahani, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br><br>York M. Faulkner, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |

Additionally, on May 30, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated:

| BY CM/ECF & HAND DELIVERY | BY E-MAIL |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>Steven M. Anzalone, Esquire<br>Richard H. Smith, Esquire<br>Houtan K. Esfahani, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br><br>York M. Faulkner, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200


Dated: May 30, 2006

DB01:2109628.1                                                                                                                           063535.1001