IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff,*<br>*Counterclaim-Defendant,*<br>vs.<br><br><br>ALCATEL USA, INC.,<br><br>*Defendant,*<br>*Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

**NOTICE OF SERVICE**

The undersigned, counsel for Alcatel USA, Inc., hereby certifies that copies of Alcatel USA, Inc.'s Supplemental Response to Telcordia's Interrogatory Nos. 1, 2 and 27 were caused to be served on June 19, 2006, upon the following counsel in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>John M. Williamson, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br><br>York M. Faulkner, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |

The undersigned further certifies that on June 20, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated:

| **BY CM/ECF & HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>John M. Williamson, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br><br>York M. Faulkner, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: June 20, 2006

DB01:2127747.1                                                                                                    063535.1001