IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) ) | |
| v. | ) | C.A. No. 04-874-GMS |
| ALCATEL USA, INC., | ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | C. A. No. 04-875-GMS |
| v. | ) | |
| LUCENT TECHNOLOGIES, INC., | ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | C. A. No. 04-876-GMS |
| v. | ) | |
| CISCO SYSTEMS, INC., | ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) | |

**MOTION FOR ONE-WEEK EXTENSION
OF DUE DATE FOR OPENING EXPERT REPORTS**

Plaintiff Telcordia Technologies, Inc. respectfully moves the Court for a one-week extension of the due date for opening expert reports from the party or parties bearing the burden of proof, which currently is June 26, 2006. The reasons for this motion are as follows:

1. Yesterday, Thursday June 22, 2006, the Court issued its claim construction order in the above matters.

2. By previous agreement of the parties, the current due date for service of opening expert reports by the party or parties bearing the burden of proof is Monday June 26, 2006, two business days after issuance of the Court's claim construction order.

3. Telcordia believes that a one-week extension of the agreed-upon due date for service of opening expert reports would be in the best interests of the Court and the parties because it would permit the parties' experts to review and digest the Court's construction of claim terms and incorporate the Court's claim construction into their reports before submitting them.

4. Accordingly, Telcordia respectfully requests that paragraph 5 of the Scheduling Order in these actions be amended to extend the due date for opening expert reports from the party or parties bearing the burden of proof to July 3, 2006.

5. This morning, counsel for Telcordia asked each defendant whether it was willing to consent to Telcordia's proposed extension, but an agreement has not been reached. Although under ordinary circumstances counsel for Telcordia would have allowed more time for the parties to confer before burdening the Court with a motion, given the press of time we wanted to provide the Court with as much time as possible before the current deadline to consider Telcordia's request.

ASHBY & GEDDES

/s/ John G. Day
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675
(650) 849-6600

Dated: June 23, 2006

   SO ORDERED this ____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

170740.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23nd day of June, 2006, the attached **MOTION FOR ONE-WEEK EXTENSION OF DUE DATE FOR OPENING EXPERT REPORTS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Stuart J. Sinder, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | **VIA ELECTRONIC MAIL** |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 | **VIA ELECTRONIC MAIL** |
| David A. Nelson, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | **VIA ELECTRONIC MAIL** |
| David M. Farnum, Esquire<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004-1304 | **VIA ELECTRONIC MAIL** |

| | |
|---|---|
| Sean S. Pak, Esquire<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007 | <u>**VIA ELECTRONIC MAIL**</u> |
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | <u>**HAND DELIVERY**</u> |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | <u>**VIA FEDERAL EXPRESS**</u> |

*/s/ John G. Day*
_____
John G. Day