IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-874 GMS |
| ALCATEL USA, INC., | ) | |
| Defendants. | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-875 GMS |
| LUCENT TECHNOLOGIES, INC., | ) | |
| Defendants. | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-876 GMS |
| CISCO SYSTEMS, INC., | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on June 23, 2006, Telcordia Technologies, Inc. ("Telcordia") filed a motion for a one-week extension of the due date for opening expert reports (D.I. 206) in the above-captioned cases;

WHEREAS, the motion asserts that extending the due date for service of opening expert reports from June 26, 2006 to July 3, 2006 would be in the parties' best interests because it would

permit the parties' experts to review and digest the court's claim construction Order, and incorporate the court's claim construction into their opening reports;

WHEREAS, on June 26, 2006 the defendants filed a response (D.I. 207) in opposition to Telcordia's motion, contending that an extension of the due date would disrupt the schedule that is currently in place; and

WHEREAS, after having considered the parties' submissions on the issue, the court concludes that extending the due date of the parties' opening expert reports to Wednesday, June 28, 2006 is appropriate in the present case;

IT IS HEREBY ORDERED that:

1. Telcordia's Motion for One-Week Extension of Due Date for Opening Expert Reports (D.I. 206) is GRANTED in part.

2. The parties shall serve opening expert reports on issues for which they bear the burden of proof by close of business on **Wednesday, June 28, 2006**.

Dated: June 26, 2006

UNITED STATES DISTRICT JUDGE