IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,

*Plaintiff,*
*Counterclaim-Defendant,*

vs.

Case No. 04-CV-874 GMS

ALCATEL USA, INC.,

*Defendant,*
*Counterclaim-Plaintiff.*

## NOTICE OF SERVICE

The undersigned, counsel for Alcatel USA, Inc., hereby certifies that copies of the Expert

Report of Vincent C. Jones, PE, Ph.D. Re: U.S. RE36,633 were caused to be served on June 28,

2006, upon the following counsel in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL ON JUNE 28, 2006 AND BY FEDERAL EXPRESS ON JUNE 29, 2006** |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Donald R. Dunner, Esquire<br>Don O. Burley, Esquire<br>John M. Williamson, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br><br>York M. Faulkner, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 |

The undersigned further certifies that on June 29, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY E-MAIL**

Donald R. Dunner, Esquire
Don O. Burley, Esquire
John M. Williamson, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Alcatel USA, Inc.*

OF COUNSEL:

Stuart J. Sinder
Michelle Carniaux
Mark Hannemann
Clement J. Naples
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200


Dated: June 29, 2006

3