IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., *Plaintiff, Counterclaim-Defendant,* vs. ALCATEL USA, INC., *Defendant, Counterclaim-Plaintiff.* | Case No. 04-CV-874 GMS |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that Alcatel USA's Motion for Mandatory Stay of Proceedings Pursuant to 28 U.S.C. § 1659(a) is granted.

Dated: _____, 2006

_____
The Honorable Gregory M. Sleet
United States District Court Judge