IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,

        *Plaintiff,*
    *Counterclaim-Defendant,*

vs.

Case No. 04-CV-874 GMS

ALCATEL USA, INC.,

        *Defendant,*
    *Counterclaim-Plaintiff.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Alcatel USA's Motion for Mandatory Stay of Proceedings Pursuant to 28 U.S.C. § 1659(a) is granted.

Dated: July 18, 2006

_____
The Honorable Gregory M. Sleet
United States District Court Judge