CLOSED, PATENT, PaperDocuments

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-00874-GMS**
**Internal Use Only**

Telcordia Tech Inc. v. Alcatel S.A., et al
Assigned to: Judge Gregory M. Sleet
Demand: $0
 Case in other court:  USDC/DE, 04cv875UNA
                     USDC/DE, 04cv876et al
                     USDC/DE, 98cv586JJF
                     USDC/DE, 99cv357JJF
Cause: 28:1338 Patent Infringement

Date Filed: 07/16/2004
Date Terminated: 05/04/2007
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Telcordia Technologies Inc.**                      represented by   **Steven J. Balick**
                                                                      Ashby & Geddes
                                                                      500 Delaware Avenue, 8th Floor
                                                                      P.O. Box 1150
                                                                      Wilmington, DE 19899
                                                                      (302) 654-1888
                                                                      Fax: (302) 654-2067
                                                                      Email: sbalick@ashby-geddes.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Geoffrey Mason**
                                                                      Pro Hac Vice
                                                                      Email: geoff.mason@finnegan.com

                                                                      **John G. Day**
                                                                      Ashby & Geddes
                                                                      500 Delaware Avenue, 8th Floor
                                                                      P.O. Box 1150
                                                                      Wilmington, DE 19899
                                                                      (302) 654-1888
                                                                      Email: jday@ashby-geddes.com
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **John M. Williamson**
                                                                      Pro Hac Vice
                                                                      Email: john.williamson@finnegan.com
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Tiffany Geyer Lydon**
                                                                      Ashby & Geddes
                                                                      500 Delaware Avenue, 8th Floor
                                                                      P.O. Box 1150
                                                                      Wilmington, DE 19899
                                                                      (302) 654-1888
                                                                      Email: tlydon@ashby-geddes.com
                                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alcatel S.A.**                                      represented by   **Josy W. Ingersoll**
                                                                      Young, Conaway, Stargatt & Taylor

        The Brandywine Building  
        1000 West Street, 17th Floor  
        P.O. Box 391  
        Wilmington, DE 19899-0391  
        (302) 571-6600  
        Email: jingersoll@ycst.com  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alcatel USA Inc.**   represented by   **Adam Wyatt Poff**  
        Young, Conaway, Stargatt & Taylor  
        The Brandywine Building  
        1000 West Street, 17th Floor  
        P.O. Box 391  
        Wilmington, DE 19899-0391  
        (302) 571-6600  
        Email: apoff@ycst.com  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

        **Josy W. Ingersoll**  
        (See above for address)  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

        **Kevin M. Baird**  
        Prickett, Jones & Elliott, P.A.  
        11 North State Street  
        Dover, DE 19901  
        302-674-3841  
        Fax: 302-674-5864  
        Email: kmbaird@prickett.com  
        *TERMINATED: 05/11/2005*  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alcatel USA Inc.**   represented by   **Josy W. Ingersoll**  
        (See above for address)  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

        **Kevin M. Baird**  
        (See above for address)  
        *TERMINATED: 05/11/2005*  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Telcordia Technologies Inc.**   represented by   **Steven J. Balick**  
        (See above for address)  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alcatel USA Inc.**   represented by   **Josy W. Ingersoll**  
        (See above for address)  
        *ATTORNEY TO BE NOTICED*

V.

| | | |
|---|---|---|
| | | 8 through 17# 3 Exhibit 18 through 20# 4 Exhibit 21 through 23 with Exhibit 22 Filed Under Seal) (Day, John) (Entered: 09/29/2005) |
| 10/14/2005 | 55 | SEALED ANSWERING BRIEF in Opposition re 54 MOTION to Dismiss MOTION to Sever *and Stay Alcatel USA, Inc.'s Patent Infringement Counterclaim* MOTION to Sever *and Stay Alcatel USA, Inc.'s Patent Infringement Counterclaim* filed by Alcatel USA Inc..Reply Brief due date per Local Rules is 10/21/2005. (Poff, Adam) (Entered: 10/14/2005) |
| 10/19/2005 | 56 | REPLY to Telcordia's Counterclaim by Alcatel USA Inc. re 53 Answer to Counterclaim (Poff, Adam) Modified on 10/20/2005 (asw ). (Entered: 10/19/2005) |
| 10/21/2005 | 57 | STIPULATION TO EXTEND TIME to file plaintiff's reply brief in support of its motion to dismiss, or in the alternative, to sever and stay defendant's infringement counterclaim, to November 1, 2005 - filed by Telcordia Technologies Inc.. (Balick, Steven) (Entered: 10/21/2005) |
| 10/21/2005 | | SO ORDERED, re 57 STIPULATION TO EXTEND TIME to file plaintiff's reply brief in support of its motion to dismiss, or in the alternative, to sever and stay defendant's infringement counterclaim, to November 1, 2005 filed by Telcordia Technologies Inc., Reset Briefing Schedule: re 54 MOTION to Dismiss MOTION to Sever *and Stay Alcatel USA, Inc.'s Patent Infringement Counterclaim* MOTION to Sever *and Stay Alcatel USA, Inc.'s Patent Infringement Counterclaim*. Reply Brief due 11/1/2005. Signed by Judge Gregory M. Sleet on 10/21/05. (asw, ) (Entered: 10/21/2005) |
| 11/01/2005 | 58 | REPLY BRIEF re 54 MOTION to Dismiss MOTION to Sever *and Stay Alcatel USA, Inc.'s Patent Infringement Counterclaim* MOTION to Sever *and Stay Alcatel USA, Inc.'s Patent Infringement Counterclaim* filed by Telcordia Technologies Inc.. (Attachments: # 1 Exhibit A)(Lydon, Tiffany) (Entered: 11/01/2005) |
| 11/07/2005 | 59 | NOTICE of Withdrawal of Counsel by Telcordia Technologies Inc. (Day, John) (Entered: 11/07/2005) |
| 11/14/2005 | 60 | NOTICE OF SERVICE of Telcordia Technologies, Inc.'s Second Supplemental Response to Alcatel USA's First Set of Interrogatories (1-17) by Telcordia Technologies Inc..(Day, John) (Entered: 11/14/2005) |
| 11/18/2005 | 61 | NOTICE OF SERVICE of Plaintiff's List of Disputed Claim Terms by Telcordia Technologies Inc.. (Maguire, Lauren) (Entered: 11/18/2005) |
| 11/18/2005 | 62 | NOTICE OF SERVICE of Telcordia's Response to Alcatel USA Inc.'s Second Set of Requests for the Production of Documents (Nos. 74-152) by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 11/18/2005) |
| 11/18/2005 | 63 | NOTICE OF SERVICE of (1) First Supplemental Response to Plaintiff's Interrogatory No. 1 (2) Supplemental Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) by Alcatel USA Inc., Alcatel USA Inc..(Keller, Karen) (Entered: 11/18/2005) |
| 12/05/2005 | 64 | ORDER SETTING DISCOVERY TELECONFERENCE: A discovery teleconference has been set for Thursday, 12/15/2005, at 11:30 AM before Honorable Gregory M. Sleet. In accordance with the Scheduling Order, a joint letter agenda (a sample can be found on the court's website) shall be filed not less than forty-eight hours prior to the conference. Signed by Judge Gregory M. Sleet on 12/5/05. (ctd) (Entered: 12/05/2005) |
| 12/07/2005 | 65 | MOTION for Pro Hac Vice Appearance of Attorney Ronald E. Myrick - filed by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 12/07/2005) |
| 12/07/2005 | | SO ORDERED, re 65 MOTION for Pro Hac Vice Appearance of Attorney Ronald E. Myrick filed by Telcordia Technologies Inc . Signed by Judge Gregory M. Sleet on 12/7/05. (asw ) (Entered: 12/07/2005) |
| 12/09/2005 | 66 | NOTICE OF SERVICE of Plaintiff's Proposed Constructions of the Disputed Claim Terms by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 12/09/2005) |
| 12/09/2005 | 67 | NOTICE OF SERVICE of Third Supplemental Response to Alcatel USA's First Set of Interrogatories (1-17) by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 12/09/2005) |
| 12/13/2005 | 68 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding Telcordia's proposed teleconference agenda. (Balick, Steven) (Entered: 12/13/2005) |
| 12/13/2005 | 69 | Letter to The Honorable Gregory M. Sleet from Karen E. Keller regarding letter agenda in preparation for the teleconference scheduled on December 15, 2005. (Keller, Karen) (Entered: 12/13/2005) |